IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GENETICS INSTITUTE, LLC, )
a Delaware limited liability company, )
)
Plaintiff, )
)
v. )          C. A. No. _____
)
NOVARTIS VACCINES AND )
DIAGNOSTICS, INC., a Delaware corporation,)
)
Defendant. )

## COMPLAINT FOR THE ADJUDICATION OF
## PLAINTIFF'S PRIORITY OF INVENTION OVER
## DEFENDANT'S INTERFERING PATENTS UNDER 35 U.S.C. § 291

Plaintiff Genetics Institute, LLC ("GI") files this Complaint against Novartis

Vaccines and Diagnostics, Inc. ("Novartis") seeking an adjudication of priority of invention

under 35 U.S.C. § 291 of U.S. Patent No. 4,868,112 ("the '112 patent"), assigned to GI, over

U.S. Patent Nos. 6,060,447 ("the '447 patent") and 6,228,620 ("the '620 patent"), which on

information and belief, are assigned to Novartis.

### PARTIES

1.      Plaintiff GI is a Delaware limited liability company located at 87

CambridgePark Drive, Cambridge, MA 02140.  Plaintiff GI owns certain real and intellectual

property assets, including the '112 patent, and conducts no other business in any jurisdiction in

the United States.

2.      On information and belief, Defendant Novartis is a Delaware corporation

with a principal place of business at 350 Massachusetts Avenue, Cambridge MA 02139.

Novartis's registered agent for service of process in Delaware is the Corporation Trust Company,

whose address is 1209 Orange Street, Wilmington, DE 19801.

## JURISDICTION AND VENUE

3.    This is an action for the adjudication of priority of invention arising under 35 U.S.C. § 291. This Court has subject matter jurisdiction over this action under 35 U.S.C. § 291, 28 U.S.C. §§ 1331 and 1338(a).

4.    This Court has personal jurisdiction over Novartis. Novartis is a Delaware corporation and, on information and belief, is purposely engaged in substantial business activities within this judicial district sufficient to subject it to the general jurisdiction of this Court.

5.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c).

## THE TEXAS ACTION

6.    On February 15, 2008, Novartis filed suit in the United States District Court for the Eastern District of Texas against Wyeth and Wyeth Pharmaceuticals, Inc., asserting that the sale of REFACTO®, Wyeth's recombinant B-domain deleted Factor VIII:C product for the treatment of hemophilia A, infringes the '447 and '620 patents.

7.    GI is a subsidiary of Wyeth, but is not a party to the Texas action.

## THE INTERFERING PATENTS

### A.   GI's '112 Patent

8.    By no later than January 22, 1985, Dr. John Toole, an employee of Genetics Institute, Inc., the predecessor of Plaintiff GI, had conceived and actually reduced to practice truncated human Factor VIII:C proteins lacking a portion of the B domain of the full-length Factor VIII:C protein, and related recombinant DNA, vectors, host cells, and methods.

9.    On April 12, 1985, Genetics Institute, Inc. filed, on Dr. Toole's behalf, U.S. App. No. 06/725,350 ("the '350 application"), which describes and claims truncated human

2

Factor VIII:C proteins lacking a portion of the B domain of the full-length Factor VIII:C protein, and related recombinant DNA, vectors, host cells, and methods.

10.    On April 11, 1986, Genetics Institute, Inc. filed, on Dr. Toole's behalf, U.S. App. No.07/010,085 ("the '085 application") as a continuation-in-part of the '350 application. The '085 application also describes and claims truncated human Factor VIII:C proteins lacking a portion of the B domain of the full-length Factor VIII:C protein, and related recombinant DNA, vectors, host cells, and methods.

11.    The United States Patent and Trademark Office ("the USPTO") allowed the '085 application, and issued it as the '112 patent, entitled "Novel Procoagulant Proteins," on September 19, 1989. A true and correct copy of the '112 patent is attached as Exhibit A.

12.    GI is the successor to Genetics Institute, Inc. and owns all right, title and interest in the '112 patent.

13.    After the issuance of the '112 patent, the USPTO declared an interference between the claims of the '112 patent, then assigned to Genetics Institute, Inc., and the claims of U.S. App. No. 06/907,297, assigned to Genentech, Inc. ("the interference").

14.    The USPTO accorded Genetics Institute, Inc. the benefit of the April 12, 1985 filing date of the '350 application, determined that Dr. Toole was the first and only inventor of the subject matter of the interference, and awarded priority of invention to the '112 patent.

15.    The USPTO granted a patent term extension under 35 U.S.C. § 156 for the '112 patent until February 28, 2010, based on the time necessary to conduct clinical trials and obtain FDA approval of REFACTO®. A true and correct copy of the Certificate of patent term extension for the '112 patent is attached as Exhibit B.

3

**B. Novartis's '447 and '620 Patents**

16.    On information and belief, Novartis is the assignee of all right, title and interest in the '447 and '620 patents.

17.    The '447 patent, entitled "Protein Complexes Having Factor VIII:C Activity and Production Thereof," was issued by the USPTO on May 9, 2000. Copies of the '447 and '620 patents are attached as Exhibits C and D, respectively.

18.    The '447 patent, through a series of divisional, continuing, and continuation-in-part applications, purports to have an earliest effective filing date of January 27, 1986.

19.    The '620 patent, entitled "Protein Complexes Having Factor VIII:C Activity and Production Thereof," was issued by the USPTO on May 8, 2001.

20.    The '620 patent, through a series of divisional, continuation, and continuation-in-part applications, purports to have an earliest effective filing date of January 27, 1986.

21.    On information and belief, by alleging that REFACTO® infringes the '447 and '620 patents, Novartis asserts that the claims of the '447 and '620 patents encompass truncated human Factor VIII:C proteins lacking a portion of the B domain of the full-length Factor VIII:C protein, and related recombinant DNA, vectors, host cells, and methods.

<u>CLAIM FOR RELIEF</u>

<u>ADJUDICATION OF PRIORITY OF INVENTION OF THE
'112 PATENT OVER DEFENDANT'S INTERFERING PATENTS</u>

22.    On information and belief, pursuant to Novartis's allegations concerning the '447 and '620 patents, one or more claims of GI's '112 patent and one or more interfering

4

claims of Novartis's '447 and '620 patents encompass the same or substantially the same subject matter.

23.    Consequently, an interference-in-fact exists between one or more claims of the '112 patent and one or more claims of the '447 and '620 patents.

24.    GI's '112 patent has an earlier effective filing date than the purported effective filing date for Novartis's '447 and '620 patents.  In patent interferences for the determination of priority by the USPTO, the party with the earlier filing date is the Senior Party and is presumed to be the first to invent. 37 C.F.R. § 41.207(a)(1)("Parties are presumed to have invented the interfering subject matter in the order of the dates of their accorded benefit for each count."); 37 C.F.R. § 41.201 ("'Senior party' means the party entitled to the presumption under § 41.207(a)(1) that it is the prior inventor.") Accordingly, GI is the Senior Party and Novartis is the Junior Party in determining priority of invention.

25.    The '112 patent has priority of invention over the '447 and '620 patents.

26.    Because the '112 patent has priority of invention over the '447 and '620 patents, all the interfering claims of the '447 and '620 patents are invalid.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A.    That the '112 patent has priority of invention over the '447 and '620 patents.

B.    That, because the '112 patent has priority of invention over the claims of the '447 and '620 patents, the interfering claims of the '447 and '620 patents are invalid.

C.    Such other and further relief as the Court deems just and proper.

5

May 16, 2008

Of Counsel:

Barbara C. McCurdy
Steven P. O'Connor
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Willem G. Schuurman
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
(512) 542-8400

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

*Attorney for Plaintiff*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

6

℆JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Genetics Institute, LLC | Novartis Vaccines and Diagnostics, Inc. |

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jack B. Blumenfeld, MORRIS, NICHOLS, ARSHT & TUNNELL LLP,
1201 North Market Street, P.O. Box 1347,
Wilmington, DE  19899-1347, (302) 658-9200

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. § 291

Brief description of cause:
adjudication of priority of interfering patents

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE
May 16, 2008

SIGNATURE OF ATTORNEY OF RECORD
_[signature]_

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example:

U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.C.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

EXHIBIT A

# United States Patent [19]

## Toole, Jr.

[11]  Patent Number:  4,868,112

[45]  Date of Patent:  Sep. 19, 1989

[54]  **NOVEL PROCOAGULANT PROTEINS**

[75]  Inventor:  **John J. Toole, Jr.,** Jamaica Plain, Mass.

[73]  Assignee:  **Genetics Institute, Inc.,** Cambridge, Mass.

[21]  Appl. No.:  **10,085**

[22]  PCT Filed:  **Apr. 11, 1986**

[86]  PCT No.:  **PCT/US86/00774**

§ 371 Date:  **Apr. 11, 1986**

§ 102(e) Date:  **Apr. 11, 1986**

[87]  PCT Pub. No.:  **WO86/06101**

PCT Pub. Date:  **Oct. 23, 1986**

### Related U.S. Application Data

[63]  Continuation-in-part of Ser. No. 725,350, Apr. 12, 1985, abandoned.

[51]  Int. Cl.[4] ........................ C12P 21/00; C12P 21/02; C12N 15/00; C07H 15/12

[52]  U.S. Cl. ........................................ 435/68; 435/70; 435/172.3; 435/240.1; 435/240.2; 435/320; 435/948; 435/252.33; 530/383; 536/27; 514/2; 514/8

[58]  Field of Search ............... 435/68, 70, 172.3, 253, 435/255, 256, 240.1, 240.2, 320; 530/383; 534/27; 935/11, 32, 34, 56, 57, 60, 70; 514/2, 8

[56]  **References Cited**

### PUBLICATIONS

Wood et al, *Nature,* vol. 312, 22 Nov. 1984, pp. 330–336, "Expression of Active Human Factor VIII from Recombinant DNA Clones".

Toole et al, *Nature,* vol. 312, 22 Nov. 1984, pp. 342–347, "Molecular Cloning of a cDNA Encoding Human Antihaemophilic Factor".

Vehar et al, *Nature,* vol. 312, 22 Nov. 1984, pp. 337–342, "Structure of Human Factor VIII".

Orr et al, *Thrombos Haemostasis,* vol. 57(1), p. 57, 1985, "Spacer Function Imp for the Heavily Glycosylated Region of Factor VIII".

Toole et al, *Proc. Natl. Acad. Sci.,* vol. 83, pp. 5939–5942, Aug. 1986, "A Large Region (≈95 kDa) of Human Factor VIII is Dispensable for in vitro Procoagulant Activity".

Kaufman et al, *Proteases in Biological Control and Biotechnol.,* J. Gen. Biochem. Supp., 10D 275 (1968).

*Primary Examiner*—Robin Teskin
*Attorney, Agent, or Firm*—David L. Berstein; Bruce M. Eisen; Ellen J. Kapinos

[57]  **ABSTRACT**

Novel procoagulant proteins are disclosed which comprise the amino acid sequence:

A-X-B

wherein region A represents the polypeptide sequence Ala-20 through Arg-759 substantially as shown in Table 1; region B represents the polypeptide sequence Ser-1709 through Tyr-2351 substantially as shown in Table 1; and region X represents a polypeptide sequence comprising up to 949 amino acids substantially duplicative of sequences of amino acids within the sequence SER-760 through Arg-1708 of Table 1, wherein the amino terminus of X is covalently bonded through a peptide bond designated "-" to the carboxy terminus of A, and the carboxy terminus of X is likewise bonded to the amino terminus of B. Methods of making such proteins and their use in pharmaceutical preparations is also disclosed.

**12 Claims, No Drawings**

4,868,112

1

## NOVEL PROCOAGULANT PROTEINS

This application is a continuation in part of U.S. Ser. No. 725,350 (filed Apr. 12, 1985), now abandoned, the contents of which are hereby incorporated by reference.

This invention relates to a novel series of proteins which exhibit procoagulant properties. These proteins have marked structural differences from human factor VIII:C, but have similar procoagulant activity.

Factor VIII:C is the blood plasma protein that is defective or absent in Hemophilia A disease. This disease is a hereditary bleeding disorder affecting approximately one in 20,000 males. The structure of factor VIII:C is described in U.S. Patent Applications Ser. Nos. 546,650 filed Oct. 28, 1983 and 644,036 filed Aug. 24, 1984, which are incorporated herein by reference and in *Nature.* 312:306, 307, 326 and 342.

One of the problems presently encountered with the use of human factor VIII:C for treatment of hemophilia arises from its antigenicity. A significant percentage of hemophiliacs have developed an immune reaction to the factor VIII:C used for their treatment. Non-hemophiliacs can also develop or acquire hemophilia when their immune systems become sensitized to factor VIII:C and produce circulating antibodies or "inhibitors" to factor VIII:C. In either case, the effect is the neutralization of whatever factor VIII:C is present in the patient, making treatment very difficult. Until now, the method of choice for treating hemophiliacs with this problem has been to administer, in cases of severe bleeding episodes, non-human factor VIII:C, such as treated porcine factor VIII:C. See Kernoff et al., *Blood* 63:31 (1984). However, the antibodies which neutralize the clotting ability of human factor VIII:C will react to a varying extent with factor VIII:C of other species, and the porcine protein is itself antigenic, thus both the

2

short-term and long-term effectiveness of such treatment will vary.

Additionally, patients frequently display adverse reactions to infusion with the porcine factor VIII:C. The use of porcine factor VIII:C in spite of the risks has been justified because of the lack of reliably effective alternatives. Kernoff, supra at 38. The present invention provides an alternative to the administration of porcine factor VIII:C.

This invention provides for proteins which have procoagulant activity similar to that of factor VIII:C and also have substantially lower molecular weight. These proteins are schematically depicted by formula (1) as follows:

A-X-B        (1)

wherein A represents a polypeptide sequence substantially duplicative of the sequence Ala-20 through Arg-759; B represents a polypeptide sequence substantially duplicative of the sequence Ser-1709 through the C-terminal Tyr-2351; and X represents a polypeptide sequence of up to 949 amino acids substantially duplicative of sequences of amino acids within the sequence Ser-760 through Arg-1708. The amino terminus of region X is covalently bonded through a peptide bond (designated "-" in formula 1) to the carboxy terminus of A. The carboxy terminus of region X is likewise bonded to the amino terminus of B. Numbering of amino acids throughout this disclosure is with reference to the numbering of amino acids in Table 1 in which the first amino acid, Met, of the leader sequence is assigned Number 1. Protein domain X may comprise a continuous but shorter sequence selected from the region Ser-760 through Arg-1708. Alternatively X may comprise two or more amino acid sequences selected from that region which are covalently bonded by a peptide bond (maintaining an ascending numerical order of amino acids).

TABLE 1

5' GAATTCCCCACTGGGTAAGTTCCTTAAAGCTCTGGAAAGAAATTCCGACTTTTCATTAAATCAGAAATT

TTACTTTTTTCCCCTCCTGGGACCTAAAGATATTTTAGAGAAGAATTAACCTTTTGCTTCTCCAGTTGAACATTTCTAGCAATAAGTC

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MET<br>ATG | Gln<br>CAA | Ile<br>ATA | Glu<br>CAG | Leu<br>CTC | Ser<br>TCC | Thr<br>ACC | Cys<br>TGC | Phe<br>TTC | Phe<br>TTT | Leu<br>CTG | Cys<br>TGC | Leu<br>CTT | Leu<br>TTG | Arg<br>CCA | Phe<br>TTC | Cys<br>TCC | Phe<br>TTT | 18 |
| Ser<br>ACT | Ala<br>CCC | Thr<br>ACC | Arg<br>AGA | Arg<br>AGA | Tyr<br>TAC | Tyr<br>TAC | Leu<br>CTG | Gly<br>GGT | Ala<br>CCA | Val<br>CTG | Glu<br>GAA | Leu<br>CTC | Ser<br>TCA | Trp<br>TGC | Asp<br>GAC | Tyr<br>TAT | MET<br>ATC | 36 |
| Gln<br>CAA | Ser<br>AGT | Asp<br>GAT | Leu<br>CTC | Gly<br>GGT | Glu<br>CAG | Leu<br>CTG | Pro<br>CCT | Val<br>GTG | Asp<br>CAC | Ala<br>GCA | Arg<br>AGA | Phe<br>TTT | Pro<br>CCT | Pro<br>CCT | Arg<br>AGA | Val<br>CTG | Pro<br>CCA | 54 |
| Lys<br>AAA | Ser<br>TCT | Phe<br>TTT | Pro<br>CCA | Phe<br>TTC | Asn<br>AAC | Thr<br>ACC | Ser<br>TCA | Val<br>CTC | Val<br>GTG | Tyr<br>TAC | Lys<br>AAA | Lys<br>AAG | Thr<br>ACT | Leu<br>CTG | Phe<br>TTT | Val<br>GTA | Glu<br>GAA | 72 |
| Phe<br>TTC | Thr<br>ACG | Val<br>GTT | His<br>CAC | Leu<br>CTT | Phe<br>TTC | Asn<br>AAC | Ile<br>ATC | Ala<br>CCT | Lys<br>AAG | Pro<br>CCA | Arg<br>ACC | Pro<br>CCA | Pro<br>CCC | Trp<br>TGG | MET<br>ATG | Gly<br>CCT | Leu<br>CTG | 90 |
| Leu<br>CTA | Gly<br>GGT | Pro<br>CCT | Thr<br>ACC | Ile<br>ATC | Gln<br>CAG | Ala<br>CCT | Glu<br>GAG | Val<br>GTT | Tyr<br>TAT | Asp<br>CAT | Thr<br>ACA | Val<br>GTG | Val<br>GTC | Ile<br>ATT | Thr<br>ACA | Leu<br>CTT | Lys<br>AAG | 108 |
| Asn<br>AAC | MET<br>ATG | Ala<br>GCT | Ser<br>TCC | His<br>CAT | Pro<br>CCT | Val<br>GTC | Ser<br>ACT | Leu<br>CTT | His<br>CAT | Ala<br>GCT | Val<br>GTT | Gly<br>CGT | Val<br>GTA | Ser<br>TCC | Tyr<br>TAC | Trp<br>TGG | Lys<br>AAA | 126 |
| Ala<br>GCT | Ser<br>TCT | Glu<br>CAG | Gly<br>CCA | Ala<br>CCT | Glu<br>CAA | Tyr<br>TAT | Asp<br>CAT | Asp<br>CAT | Gln<br>CAC | Thr<br>ACC | Ser<br>ACT | Gln<br>CAA | Arg<br>AGG | Glu<br>CAG | Lys<br>AAA | Glu<br>GAA | Asp<br>CAT | 144 |
| Asp<br>GAT | Lys<br>AAA | Val<br>GTC | Phe<br>TTC | Pro<br>CCT | Gly<br>CCT | Gly<br>GGA | Ser<br>ACC | His<br>CAT | Thr<br>ACA | Tyr<br>TAT | Val<br>CTC | Trp<br>TCC | Gln<br>CAG | Val<br>CTC | Leu<br>CTG | Lys<br>AAA | Glu<br>GAG | 162 |
| Asn<br>AAT | Gly<br>GGT | Pro<br>CCA | MET<br>ATG | Ala<br>GCC | Ser<br>TCT | Asp<br>CAC | Pro<br>CCA | Leu<br>CTG | cys<br>TCC | Leu<br>CTT | Thr<br>ACC | Tyr<br>TAC | Ser<br>TCA | Tyr<br>TAT | Leu<br>CTT | Ser<br>TCT | His<br>CAT | 180 |
| Val<br>GTG | Asp<br>GAC | Leu<br>CTG | Val<br>CTA | Lys<br>AAA | Asp<br>GAC | Leu<br>TTG | Asn<br>AAT | Ser<br>TCA | Gly<br>CGC | Leu<br>CTC | Ile<br>ATT | Gly<br>GGA | Ala<br>CCC | Leu<br>CTA | Leu<br>CTA | Val<br>CTA | Cys<br>TGT | 198 |
| Arg<br>AGA | Glu<br>CAA | Gly<br>GGG | Ser<br>AGT | Leu<br>CTG | Ala<br>GCC | Lys<br>AAG | Glu<br>CAA | Lys<br>AAG | Thr<br>ACA | Gln<br>CAG | Thr<br>ACC | Leu<br>TTG | His<br>CAC | Lys<br>AAA | Phe<br>TTT | Ile<br>ATA | Leu<br>CTA | 216 |
| Leu<br>CTT | Phe<br>TTT | Ala<br>GCT | Val<br>GTA | Phe<br>TTT | Asp<br>CAT | Glu<br>GAA | Gly<br>GGG | Lys<br>AAA | Ser<br>ACT | Trp<br>TGC | His<br>CAC | Ser<br>TCA | Glu<br>GAA | Thr<br>ACA | Lys<br>AAG | Asn<br>AAC | Ser<br>TCC | 234 |
| Leu<br>TTG | MET<br>ATG | Gln<br>CAG | Asp<br>CAT | Arg<br>AGG | Asp<br>CAT | Ala<br>GCT | Ala<br>CCA | Ser<br>TCT | Ala<br>CCT | Arg<br>CCG | Ala<br>GCC | Trp<br>TGG | Pro<br>CCT | Lys<br>AAA | MET<br>ATG | His<br>CAC | Thr<br>ACA | 252 |
| Val<br>GTC | Asn<br>AAT | Gly<br>CGT | Tyr<br>TAT | Val<br>GTA | Asn<br>AAC | Arg<br>AGG | Ser<br>TCT | Leu<br>CTG | Pro<br>CCA | Gly<br>CCT | Leu<br>CTG | Ile<br>ATT | Gly<br>CCA | Cys<br>TCC | His<br>CAC | Arg<br>ACG | Lys<br>AAA | 270 |
| Ser<br>TCA | Val<br>CTC | Tyr<br>TAT | Trp<br>TGG | His<br>CAT | Val<br>CTG | Ile<br>ATT | Gly<br>GCA | MET<br>ATG | Gly<br>GGC | Thr<br>ACC | Thr<br>ACT | Pro<br>CCT | Glu<br>GAA | Val<br>GTC | His<br>CAC | Ser<br>TCA | Ile<br>ATA | 288 |
| Phe<br>TTC | Lue<br>CTC | Glu<br>CAA | Gly<br>CCT | His<br>CAC | Thr<br>ACA | Phe<br>TTT | leu<br>CTT | Val<br>CTC | Arg<br>ACC | Asn<br>AAC | His<br>CAT | Arg<br>CCC | Gln<br>CAC | Ala<br>CCG | Ser<br>TCC | Leu<br>TTG | Glu<br>CAA | 306 |

4,868,112

5        6

TABLE 1-continued

| Pos. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324 | Ile ATC | Ser TCG | Pro CCA | Leu CTG | Phe TTC | Thr ACT | Leu CTT | Phe TTC | Thr ACT | Gln CAA | Ala CCT | Leu CTC | Leu TTG | MET ATG | Asp GAC | Leu CTT | Gly GGA | Gln CAG |
| 342 | Phe TTT | Leu CTA | Leu CTG | Lys AAA | His CAT | Cys TGT | Ile ATC | Thr ACT | Asp GAC | Pro CCC | Gln CAA | Ser TCT | Glu GAG | Gly GGC | MET ATG | Asp GAT | Ala GCT | Tyr TAT |
| 360 | Val GTC | Lys AAA | Val GTA | Glu GAA | Asp GAC | Asn AAC | Arg AGG | Asp GAC | Pro CCA | Asn AAC | Gln CAA | Arg CGA | MET ATG | MET ATG | Lys AAA | Arg CGA | Asn AAT | Glu GAA |
| 378 | Glu GAA | Ala GCG | Glu GAA | Asp GAT | Thr ACT | Ser TCT | Pro CCA | Gly GAT | Pro CCT | Asn AAT | Leu CTT | Asp GAT | MET ATG | MET ATG | Lys AAA | Glu GAA | Val GTC | Arg AGG |
| 396 | Phe TTT | Asp GAT | Asp GAT | Lys AAA | Ile ATC | Phe TTC | Tyr TAC | Ile ATT | Ser TCT | His CAT | Ala GCC | Ile ATT | Val CTG | Ser TCA | Val GTT | Asp GAC | Lys AAG | Lys AAG |
| 414 | His CAT | Pro CCT | Lys AAA | Leu TTA | Tyr TAT | Ile ATT | Ile ATT | Ser AGC | Phe TTT | Val GTA | Ala GCC | Glu GAG | Glu GAG | Ser AGT | Asp GAT | Asp GAC | Leu TTG | Tyr TAT |
| 432 | Ala GCT | Pro CCC | Leu TTA | Pro CCT | Asp GAT | Ile ATT | Thr ACA | Ser AGT | Ile ATT | Ala GCC | Leu TTA | Arg CGA | Ser AGT | Gln CAA | Gln CAA | Gln CAA | Ala CCA | Asn AAC |
| 450 | Asn AAT | Gly GGC | Pro CCT | Gln CAG | Arg AGG | Ser TCT | His CAC | Lys AAA | Thr ACA | Asp GAC | Lys AAA | Val CTC | Glu GAA | Phe TTT | Arg CGA | Ile ATC | Lys AAG | Tyr TAC |
| 468 | Thr ACA | Asp GAT | Glu GAA | Thr ACC | Thr ACC | Ala GCC | Lys AAA | Thr ACA | Pro CCT | Val GTA | Arg AGG | Ile ATC | Thr ACT | Ser TCA | Asp GAT | Phe TTT | Val GTT | Leu CTG |
| 486 | Gly GGA | Pro CCT | Leu TTA | Glu GAA | Leu CTG | Asp GAC | Pro CCT | Ser TCA | Thr ACA | Gly GTA | Ile ATA | Thr ACT | Ile ATT | Glu GAG | Glu GAA | Asp GAT | Tyr TAC | Asn AAT |
| 504 | Gln CAA | Ala GCA | Ser AGC | Arg AGG | Asp GAC | His CAT | Pro CCT | Tyr TAT | Tyr TAT | Glu GAA | Gly GGG | Tyr TAT | Phe TTT | Val GTA | Ser ACT | Arg AGG | Gln CAA | Pro CCT |
| 522 | Leu TTG | Ser AGC | Ser TCA | Arg AGG | Arg AGC | Leu TTC | Gly GGA | Leu CTG | Tyr TAT | Leu CTG | Tyr TAT | Val GTC | Val GTC | Phe TTT | Asp GAT | Glu GAA | Pro CCA | Ile ATT |
| 540 | Leu CTG | Pro CCA | Gly GGA | Gly GGA | Glu GAG | Val GTA | Trp TGG | Thr ACA | Pro CCT | Gly GGA | Arg CGT | Phe TTT | Asp GAT | Glu GAA | Glu GAA | Gly GGG | MET ATG | Glu GAA |
| 558 | Thr ACT | Lys AAA | Ser TCA | Ile ATA | Ile ATC | Ser ACT | Arg CGC | Tyr TAT | Tyr TAC | Leu CTC | Ser TCA | Val GTT | Tyr TAC | Phe TTC | Ser ACT | Asn AAT | Ala ATG | Glu GAA |
| 576 | Glu GAG | Arg AGA | Asp GAT | Pro CCT | Arg CGC | Ile ATT | Gly GGA | Leu CTG | Pro CCT | Asn AAC | Gly GGA | Phe TTT | Val GTT | Cys TGC | Arg AGG | Glu GAG | Lys AAA | Glu GAA |
| 594 | Ser TCT | Ser TCT | Asp GAT | Gln CAA | Ser TCA | Tyr TAT | Ser AGC | Lys AAA | Ser TCA | Glu GAA | Glu GAG | Asp GAT | Tyr TAC | Asn AAT | Glu GAG | Gln CAG | Lys AAA | Glu GAA |
| 612 | Phe TTT | Ile ATC | Val GTA | Phe TTT | Asp GAT | Cys TGC | Arg CGG | Leu TTA | Tyr TAT | Ile ATA | Ile ATG | Val GTC | Ile ATA | Asn AAT | Gln CAG | Gln CAA | Gln CAA | Arg CTG |
| 630 | Phe TTT | Leu CTC | Pro CCC | Asn AAT | Asn AAT | Glu GAG | Ala CCT | Pro CCA | Glu GAG | Gln CAG | Leu CTT | Gln CAA | Phe TTC | Glu GAG | Ala GCC | Lys AAA | Glu GAA | Ser TCC |

4,868,112

7       8

## TABLE 1-continued

```
648  Asn AAC  Ile ATC  His CAC  MET ATG  Ile ATC  Ser ACC  His CAC  Tyr TAT  Gly GGC  Asn AAT  Ile ATC  Ser ACC  Gln CAG  Leu TTG  Ser ACT  Asp CAT  Val CTT  Phe TTT  Val CTT  Tyr TAT  Gly GGC  Asn AAT  Ser ACT  Leu TTG  Ser TCA  Val GTT
666  Cys TGT  Leu TTG  Glu CAG  Val CTG  Ala CCA  His CAT  Arg AGA  Tyr TAT  Trp TGG  Tyr TAC  Tyr TAC  His CAT  Gly GGA  Ala GCA  Gln CAG  Ser ACT  Ser ACC  Leu CTA  Ile ATT  Tyr TAT  Thr ACT  Gln CAG  Thr ACT  Asp GAC
684  Phe TTC  Leu CTT  Ser TCT  Leu CTA  Thr ACC  Val GTC  Ser TCT  Tyr TAC  Tyr TAT  Ser TCT  Ala GCA  MET ATG  Lys AAA  His CAC  Lys AAA  Phe TTC  Thr ACC  Phe TTC  Gly GGA  Tyr TAT  Glu CAA
702  Asp GAC  Thr ACA  Thr ACC  Leu CTA  Thr ACC  Gly GGT  Gly GGA  Tyr TAT  Phe TTC  Ser TCT  Phe TTC  Ser TCC  MET ATG  His CAC  Thr ACT  Ser TCA  Val GTC  Glu GAA  MET ATG  Glu GAA
720  Asn AAC  Pro CCA  Thr ACC  Trp TGG  Leu CTG  Ala CCC  Gly GGT  Ser TCA  Ser TCA  Gly GGG  Ile ATT  Leu CTG  Asn AAC  Gly GGT  Gly GGA  Asn AAC  Gly GGA  Asn AAC  Asp GAC  Gly GGT  Gly CCC
738  MET ATG  Thr ACC  Ala CCC  Ser ACT  Ala GCC  Ser ACT  Ser ACT  Ala GCA  Ile ATA  Cys TGT  Tyr TAC  Arg AGA  Gly GGT  Thr ACT  Lys AAG  Ser TCA  Lys AAG  Asp GAT  Tyr TAT
756  Glu GAG  Asp GAC  Ser ACT  Arg AGA  Val GTA  Arg AGA  Ala GCC  Ser TCA  Pro CCA  Tyr TAC  Arg AGA  Asp GAC  Asn AAT  Lys AAG  Thr ACT  Ser AGC  Ala GCC  His CAT  Ile ATT
774  Glu GAA  Pro CCA  Arg AGA  Lys AAA  MET GTA  Leu CTC  Arg AGA  Asn AAT  Asp GAT  Arg AGA  Asp GAC  Leu CTA  Pro CCT  Thr ACT  Leu TTA  Ser TCC  Leu CTG  Gln CAA  Gln CAA
792  Phe TTT  Asn AAT  Phe TTT  Leu TTA  Thr ACA  Lys AAA  Ser TCA  Ile ATA  Pro CCA  Thr ACT  Pro CCT  Pro CCT  Arg AGG  Ser TCT  Gly GGA  Pro CCT  Asp GAT  Pro CCT  Phe TTT
810  Ala GCA  His CAC  Thr ACC  Lys AAA  Thr ACA  Ser TCC  His CAT  Asp GAT  Ala CCA  Ser TCT  Gln CAG  Ser ACT  Ser ACT  Leu TTA  Ser TCA  Ala GCA  Ile ATA  Asp GAT  Leu TTG
828  MET ATG  Leu CTC  Arg AGA  Glu GAA  Arg ACA  Gln CAG  Asp GAT  Phe TTC  Pro CCT  Pro CCT  Gln CAG  Ser ACT  Leu TTA  Gly GGA  Arg AGA  Ser TCA  His CAT  Asp GAC  Gln CAA
846  Glu GAA  Ala GCC  Lys AAA  Tyr TAT  Ala GCA  Glu GAG  Pro CCA  Leu CTC  Gln CAG  Gln CAG  Ile ATA  Leu CTA  Gly GGA  Leu CTC  Ser TCA  Ser ACT  Ala GCA  Ile ATA  Ser ACT
864  Asn AAT  Asn AAC  Ala GCC  Thr ACC  Asn AAT  Ser AGC  Gly GGT  Leu CTC  Gln CAA  Arg ACC  His CAT  Lys AAA  Leu TTA  Lys AAA  Arg AGA  Glu GAA  His CAC  Asn AAT  Gly GGG
882  Asp GAC  MET ATG  MET ATG  Ala GCA  Ala GCA  Val GTA  Lys AAG  Lys AAA  Gln CAA  Gln CAA  Leu CTT  Lys AAA  Asp GAT  Asp GAC  Phe TTC   Val CTT  Ala GCA  Val CTT  Thr ACA
900  Gly GGG  Thr ACA  Thr ACA  Ile ATT  Leu CTG  Ile ATT  Pro CCA  Leu CTA  Leu CTT  Glu GAG  Thr ACA  Ser TCA  Asn AAT  Leu TTA  Leu TTG  Lys AAA  Gly GGT  Ser TCT  Ser TCT  Thr ACA
918  Ser TCA  Asn AAT  Asn AAT  Ile ATT  Leu CTG  Ser AGT  Pro CCA  Ser ACT  Asp GAT  Ser TCA  MET ATG  Asn AAT  Asp GAC  Val GTT  Ala GCA  Ala GCA  Thr ACT  Gly CCT  Ser ACT  Asp CAT
936  Asn AAT  Thr ACA  Ser TCC  Leu TTA  Ser AGT  Pro CCC  Gly GGA  Ser ACT  Asn AAT  Ser ACT  Tyr TAT  His CAT  Gln CAG  Asp GAC  His CAT  Ala GCA  Asp CAT  Leu TTA
954  Asp  Thr  Leu  Phe  Leu  Gly  Lys  Ser  Ser  Ser  Glu  Thr  Ser  Gly  Pro
```

TABLE 1-continued

| CAT | ACC | ACT | CTA | TTT | GGC | AAA | AAG | TCA | TCT | CCC | CTT | ACT | GAG | TCT | GGT | GCA | CCT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leu CTG | Ser ACT | Leu TTG | Ser ACT | Glu CAA | Glu CAA | Asn AAT | Asn AAT | Asp GAT | Ser TCA | Val AAG | Ser TTG | Leu TTA | Glu CAA | Glu ACA | Gly CCT | Gly TTA | MET ATC | 972 |
| Asn AAT | Ser ACC | Gln CAA | Glu CAA | Ser CAA | Ser TCA | Trp TGG | Gly CGA | Lys AAA | Asn AAT | Val CTA | Ser TCA | Ser TCA | Thr ACT | Lys AAA | Ser ACT | Gly TTA | Arg ACC | 990 |
| Leu TTA | Phe TTT | Lys AAA | Gly CGG | Ala GCT | Arg AGA | Ala GCT | His CAT | Pro CCT | Lys AAA | Ala CCT | Leu TTG | Leu TTG | Thr ACT | Glu AAA | Asp CAT | Asn AAT | Ala GCC | 1,008 |
| Leu TTA | Phe TTC | Lys AAA | Arg ACA | Ser TCT | Ile ATC | Ser TCT | Leu TTG | Lys AAG | Pro CCC | Thr ACA | Asn AAC | Lys AAA | Leu TTT | His CAT | Asn AAT | Asn AAT | Ser TCA | 1,026 |
| Ala CCA | Thr ACT | Asn AAT | Trp TGG | His CAC | Thr ACT | His CAC | Ile ATT | Asp GAT | Ser AGT | Pro CCA | Ser TCA | Glu CAG | Leu TTA | Ser TCC | Glu GAG | Asn AAT | Ser AGT | 1,044 |
| Pro CCA | Ser TCA | Val GTC | His CAT | Phe TTT | Asn AAT | Ile ATA | Leu TTA | Glu GAA | Asp GAC | Asp GAC | Thr ACT | Ala GCT | Phe TTT | Lys AAA | Lys AAA | Val GTG | Thr ACA | 1,062 |
| Pro CCT | Leu TTG | Ile ATT | Ser CAT | Phe TTT | Arg AGA | MET ATG | Leu CTT | MET ATG | Lys AAA | Lys AAA | Asn AAT | MET ATG | Thr ACA | Leu TTC | Leu TTC | Arg AGG | Leu CTA | 1,080 |
| Asn AAT | MET ATG | MET ATG | Ser TCA | Glu GAA | Lys AAA | Thr ACT | Thr ACT | Ser TCA | Ser TCA | Lys AAA | Ala ACC | MET ATG | Glu GAA | Val CTC | Gln CAA | Gln CAA | Gln CAG | 1,098 |
| Lys AAA | Ser TCT | Leu CTG | Ser TCA | Gln CAA | Ile ATT | Pro CCA | Pro CCA | Ala CCA | Arg ACC | Gln CAA | Asn AAT | Pro CCA | Asp GAT | Ser TCG | Phe TTC | Phe TTC | Phe TTT | 1,116 |
| Lys AAG | Gly GAA | Lys AAA | Gly GGC | Thr ACA | Pro CCA | Ser TCA | Gly GGC | Pro CCC | Ser ACT | Trp TGG | Ser TCT | Gln CAA | Arg AGG | His CAT | Gly GCA | Gly GGC | Lys AAG | 1,134 |
| Lys AAG | Gly GGA | Lys AAA | Glu GAA | Glu CAA | Gly GGG | Thr ACA | Gln CAG | Asn AAT | Ser ACT | Leu TTG | Ile ATA | Gln CAA | Leu TTA | Ser TCC | Leu TTA | Leu TTA | Gly GCA | 1,152 |
| Asn AAT | Ser TCT | Lys AAA | Val GGT | Phe TTT | Glu GAA | Gln CAG | Lys AAG | Ser TCA | Phe TTC | Gly CGA | Lys AAC | Gln CAA | Lys AAA | Lys AAA | Val CTT | Val GTG | Val GTA | 1,170 |
| Pro CCA | Val GTG | Leu CTG | Gly GGT | Phe TTT | Phe TTT | Gly GGT | Thr ACA | Asp GAC | Arg ACT | Asp GAT | Ser TCT | Glu GAG | Glu GAG | Val CTT | Val GTG | Phe TTT | Thr ACA | 1,188 |
| Val GTA | Gly GGT | Lys AAA | Asn AAT | Lys AAA | Lys AAA | Leu CTT | Thr ACA | Leu TTA | Ile ATA | Ile ATA | Asn AAT | Glu GAG | His CAT | Asn AAT | Thr ACA | Asn AAT | Ile ATC | 1,206 |
| Ser AGC | Ser TCT | Arg ACA | Glu AAC | Arg AGA | Lys AAA | Ile ATT | Thr ACT | Glu GAA | Glu CAA | Thr ACA | Glu GAA | Lys AAG | Lys AAG | Thr ACA | Lys AAG | Leu ATA | Thr ACA | 1,224 |
| His CAC | Gly GAA | Gln CAA | Val GGT | Leu TTG | Leu TTG | Pro CCT | Gln CAG | Ile ATA | His CAT | Thr ACA | Val CTG | Gly GGC | Gly GGC | Lys AAA | Lys AAG | Asn AAT | Phe TTC | 1,242 |
| Gln CAA | MET ATG | Asn AAT | Leu CTT | Phe TTC | Leu TAA | Leu CTG | Thr ACC | Arg AGG | Gln GAA | Gln GAA | Asn AAT | Glu GGT | Glu GAA | Ser TCA | Tyr TAT | Glu GAG | — | 1,260 |

4,868,112

11                    12

TABLE 1-continued

| Pos. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,278 | Asn AAT | Thr ACA | Ser TCA | Asp GAT | Asn AAT | Leu TTA | Ser TCA | Arg AGG | Phe TTT | Asp CAT | Gln CAA | Leu CTT | Val GTA | Pro CCA | Ala CCT | Tyr TAT | Ala GCA | Gly GGG |
| 1,296 | Leu TTG | Asn AAC | Glu CAA | Glu CAA | Glu CAG | Gly GGG | Lys AAA | Lys AAA | Ser TCA | Phe TTC | His CAT | Ala CCT | Thr ACA | His CAC | Lys AAA | Lys AAG | Thr ACA | Arg AGA |
| 1,314 | Thr ACA | Thr ACC | Cys TGC | Ala CCA | Tyr TAT | Lys AAA | Val GTC | Phe TTT | Ile ATT | Gln CAA | Lys AAG | Thr ACC | Ile ATA | Asn AAT | Asn AAT | Leu TTG | Gly GGC | Glu CAA |
| 1,332 | Arg AGA | Lys AAG | Ser ACT | Arg CCT | Gln CAG | Thr ACG | Thr ACA | Glu GAA | Asn AAT | Gln CAG | Gln CAG | Ser AGC | Cys TGC | Ser AGC | Pro CCT | Ser TCT | Ile ATA | Arg AGC |
| 1,350 | Ile ATA | Arg AGG | Lys AAA | Glu GAA | Leu CTT | Glu CAA | Asn AAC | Asn AAT | Glu GAA | Leu CTA | Pro CCA | Leu CTC | Ala GCA | Phe TTC | Gln CAA | Lys AAA | Leu TTG | Ala CCT |
| 1,368 | Pro CCG | Thr ACC | Leu TTC | His CAT | Lys AAA | MET ATG | Ser AGC | Lys AAA | Ser TCC | Trp TGG | Gln CAC | Thr ACC | Phe TTC | Thr ACC | Asp GAC | Asp GAT | Val GTT | Ile ATT |
| 1,386 | Gln CAG | Thr ACT | Ile ATT | Ala GCC | Gly GGG | Lys AAA | Pro CCA | His CAT | Glu GAG | Asn AAT | Tyr TAC | Asp GAC | Gly GGG | Asp GAT | Asp GAT | Leu CTC | Thr ACC | Ser AGC |
| 1,404 | Arg AGA | Asn AAT | Ala GCA | Gln CAA | Gln CAA | Ile ATC | His CAT | Phe TTT | Ser ACT | Arg AGG | Thr ACG | Leu CTT | Leu TTA | Gln CAG | Ser TCA | Asn AAC | Pro CCC | Ser TCT |
| 1,422 | Tyr TAT | Ile ATA | Pro CCT | Arg AGA | Ile ATT | Ser TCT | His CAT | Ser TCT | Ser TCA | Ser TCA | Val GTA | Lys AAG | Gly GGG | Asp GAT | Lys AAA | Gly GGC | Thr ACC | Ser TCT |
| 1,440 | Tyr TAT | Ser TCT | Ala GCA | Ala GCA | Pro CCT | Leu CTT | Glu GAG | Ser ACT | Ser AGC | Leu CTC | Asp GAC | Gln CAA | Pro CCG | Ile ATT | Pro CCA | Thr ACT | Lys AAG | Leu CTG |
| 1,458 | Lys AAA | Ala CCC | Gly CGA | Leu CAA | Ile ATT | Phe TTC | Ser TCA | Leu TTG | Thr ACC | Ala GCC | Gln CAA | Val GTC | His CAC | Leu CTA | Ser TCT | Asn AAT | Arg ACA | Arg AGA |
| 1,476 | Arg AGA | Gln CAA | Asp CAT | Gly CGT | Thr ACT | MET ATG | Lys AAA | Asn AAT | Thr ACA | Asp GAC | Ile ATT | Ala GCC | His CAT | Leu CTG | Ala GCA | Ala GCA | Val GTT | Lys AAA |
| 1,494 | Val GTT | Lys AAG | Lys AAA | Tyr TAC | Thr ACA | Val GTC | Lys AAA | Pro CCC | Leu TTG | Gln CAG | Ser TCT | Lys AAA | Trp TGG | Asn AAT | Lys AAG | Gly GGC | Asn AAC | Glu GAG |
| 1,512 | Glu GAA | Val CTT | Lys AAA | Gly CGC | Ser TCT | Thr ACA | Gly GGG | Gln CAC | Lys AAG | Leu CTC | Pro CCA | Ile ATT | Ser AGC | Ser TCT | Ile ATT | Thr ACT | Leu CTT | Glu CAG |
| 1,530 | Ser AGC | Val CTT | Glu GAA | Thr ACG | Gly GGG | Phe TTC | Pro CCT | Glu GAA | Val GTG | Ala GCA | Tyr TAT | Leu CTG | Pro CCT | Gly GGG | Gln CAA | Gln CAG | Gly CCG | Leu TTG |
| 1,548 | Thr ACA | Gly CGA | Gln CAG | Leu CTT | Pro CCT | Ser AGC | Ser TCC | Arg AGA | Asn AAC | Lys AAG | Asp GAT | Asn AAT | His CAT | Leu CTG | Ala GCA | Gln CAG | Gly GGA | Ser AGC |
| 1,566 | Leu CTG | Phe TTT | Pro CCC | Val CTT | Leu CTT | Gly GGA | Ser TCC | Pro CCC | Thr ACT | Glu GAA | Glu GAA | Ser TCT | Trp TGG | Asn AAT | Lys AAG | Phe TTT | Val GTA | Glu GAG |
| 1,584 | Leu CTT | Pro CCT | Asp CAT | Leu TTG | Leu CTA | Lys AAC | Ser TCC | Pro CCC | Thr ACT | Lys AAG | Ala GCA | Ser TCT | Ser AGC | Lys AAG | Ala GCA | Pro CCT | Val GTA | Arg AGA |

4,868,112

13                                                                 14

TABLE 1-continued

| Position | Codon 1 | Codon 2 | Codon 3 | Codon 4 | Codon 5 | Codon 6 |
|---|---|---|---|---|---|---|
| 1,602 | Ala GCT | Glu GAA | Glu GAG | Trp TGG | Lys AAA | Ser TCC | Gln CAA |
| 1,620 | Glu GAG | Asp GAT | Thr ACC | Ile ATT | Leu TTG | Glu GAA | Leu CTG |
| 1,638 | Asn AAC | Asn AAT | Glu GAG | Gly GGA | Gln CAA | Asn AAT | Lys AAG |
| 1,656 | Pro CCC | Thr ACT | Glu GAA | Arg AGG | Leu CTC | Cys TGC | Ser TCT |
| 1,674 | Gln CAA | Ile ATA | Thr ACT | Arg CGT | Thr ACT | Thr ACT | Leu CTT |
| 1,692 | Gln CAG | Ile ATA | Ser TCA | Val GTT | Glu GAA | MET ATG | Lys AAG |
| 1,710 | Lys AAG | His CAC | Ser AGC | Pro CCA | Arg CGC | Ser AGC | Phe TTT |
| 1,728 | Gln CAA | Glu GAG | Arg AGC | Leu CTC | Trp TGG | Asp GAT | Tyr TAT |
| 1,746 | Gln CAA | Ala GCT | Gln CAG | Ser AGT | Gly GGC | Ser AGT | Val GTC |
| 1,764 | Lys AAG | Asp GAT | Gly GGC | Ser TCC | Phe TTT | Gln CAG | Gln CAG |
| 1,782 | Gln CAA | Leu CTC | Ser CTG | Gly GGG | Pro CCA | Tyr TAT | Ile ATA |
| 1,800 | Gly CCG | Arg AGA | Asn AAT | Gln CAG | Ala GCC | Ser TCT | Arg CGT |
| 1,818 | Pro CCT | Glu GAA | Asp GAT | Gln CAG | Arg AGG | Gln CAA | Gly GGA |
| 1,836 | Pro CCC | Thr ACC | Lys AAA | Glu GAT | Tyr TAC | Phe TTT | Trp TGG |
| 1,854 | Arg AGA | Phe TTT | Asp GAC | Gln CAG | Lys AAA | Phe GCC | Trp TGG |
| 1,872 | Pro CCC | His CAC | Ser TCA | Cys TGC | Leu CTG | Ile ATT | Gly GGA |
| 1,890 | Ala GCA | Ala GCT | His CAT | Gly GGA | Arg AGA | Gln CAA | Val CTG |
| 1,908 | Lys | Asp | Glu | Thr | Ile | Ser | Trp |

4,868,112

15      16

TABLE I-continued

| Pos | TCG | AGC | AAA | ACC | GAG | CAT | TTT | ATC | ACC | TTC | TTT | CTG | GCT | TTT | GAA | CAG | CTA | ACA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,926 | MET ATG | Gln CAG | Ile ATC | Asn AAT | Cys TGC | Pro CCC | Ala CCT | Arg ACC | Cys TGC | Asn AAC | Arg AGA | Glu GAG | MET ATG | Asn AAT | Glu CAA | Thr ACT | Phe TTC | Thy TAC |
| 1,944 | Ile ATA | Tyr TAC | Gly CGC | Asn AAT | Ile ATC | Ala GCA | His CAT | Phe TTC | Arg CGC | Thr TAT | Asn AAT | Glu CAG | Lys AAA | Phe TTT | Thr ACT | Pro CCC | Asp GAT | Glu CAA |
| 1,962 | Tyr TAT | Trp TGG | Arg CGA | Ile ATT | Arg AGG | Gln CAA | Asp GAT | Gln CAG | Ala GCT | MET ATG | Val GTA | Asn AAT | Gly GGC | Pro CCT | Leu CTA | Thr ACA | Asp CAT | MET ATG |
| 1,980 | His CAT | Gly GGC | Ser ACT | Phe TTC | His CAT | Ile ATT | Ser TCT | His CAT | Ile ATC | Asn AAC | Glu CAA | Lys AAA | Ser AGC | Gly CGC | MET ATG | Ser AGC | Leu CTC | Leu CTC |
| 1,998 | Tyr TAT | Leu CTC | Asn AAT | Tyr TAC | Leu CTG | Ala GCA | MET ATG | Lys AAA | Tyr TAT | Glu GAG | Glu GAG | Val GTG | Lys AAA | Arg CCA | Val CTA | Thr ACT | Phe TTC | Val GTG |
| 2,016 | Arg CGG | Trp TCC | Ile ATT | Thr ACA | Ala GCT | Lys AAA | Ser TCC | Pro CCA | Leu TTA | MET ATG | Glu GAA | Gln GAC | Thr ACA | Glu GAC | Phe TTT | Val GTT | Gly GGT | Pro CCA |
| 2,034 | Leu CTG | Phe TTT | Leu CTT | Gly GGA | Ser AGC | MET ATG | Gly CGG | Gly GGA | His CAT | Gln CAG | His CAT | Ser TCA | Gly CCC | Ile ATT | Ile ATT | Cys TGC | Glu GAA | Val GTG |
| 2,052 | Arg AGA | Ile ATC | His CAC | Pro CCA | Ser TCT | Ala GCT | MET ATG | Gly GCA | Leu CTG | Asn AAT | Thr ACT | Ser TCA | Ala GCT | Lys AAG | Tyr TAT | Ser AGC | Tyr TAC | Asp CAT |
| 2,070 | Ala GCC | Leu CTG | Lys AAG | Glu GAG | Ala GCC | Trp TGG | Gln CAG | Trp TGG | Tyr TAT | Pro CCA | Gly CGA | Leu TTG | Gly GGA | Thr ACA | Val GTG | Gln CAG | Leu CTT | Trp TGC |
| 2,088 | Ser TCT | Phe TTT | Pro CCC | Ile ATC | Lys AAG | Thr ACC | Ser AGC | Ile ATT | Ala GCC | Leu CTC | Ile ATC | Ser TCC | Leu CTG | Ser TCC | Leu CTT | His CAT | Ile ATC | Gly GGT |
| 2,106 | Gln CAG | Thr ACC | Lys AAG | Thr ACC | Gly GGC | His CAC | Gly GGA | Ile ATC | MET ATG | Thr ACC | Ala GCA | Trp TGG | Phe TTC | Asp CAT | Gly GGG | Lys AAG | Ala GCC | Ser AGT |
| 2,124 | Tyr TAT | MET ATG | Ile ATC | Asn AAT | Phe TTT | Gln CAG | Ile ATA | Arg CGA | Tyr TAC | Ser TCA | Ser AGC | Val CTC | Lys AAG | Lys AAG | Phe TTC | Asp GAT | Arg CGT | MET ATG |
| 2,142 | Leu TTA | Thr ACC | Thr CCA | Tyr TAT | Ser TCC | Asn AAT | Pro CCA | Gly GGC | Tyr TAT | His CAT | Asp CAT | Tyr TAC | Asn AAT | Gly GGC | Ile ATT | Phe TTC | Val GTC | Pro CCT |
| 2,160 | Asn AAC | Phe TTT | Ile ATT | Cys TGC | His CAC | Lys AAA | Leu TTA | His CAC | Ser TCT | Gly CGT | Ile ATC | Leu TTG | Arg CGA | Ala GCT | Arg CGC | Ile ATT | Pro CCA | Ser AGC |
| 2,178 | Arg CGC | Ser AGC | Ser AGC | Ala GCT | His CAT | Thr ACT | Gln CAG | Asp GAT | Leu TTG | Ser CCC | MET ATG | Ala GCA | MET ATG | MET ATG | Glu GAG | Leu CTT | Thr ACT | Leu TTG |
| 2,196 | Pro CCA | MET ATG | Ser AGC | Tyr TCC | Ser ACT | Asn AAT | | Ala GCA | Cys TGT | Ser TCA | Ile ATA | Gln GAG | | | | MET ATG | Gly GCA | |
| 2,214 | Tyr TAC | Ser TCC | Ser TCA | Ala GCT | Thr ACT | Ile ATT | | Asp CAT | Asp GAT | | | Ala GCA | Lys AAA | | | | | |

17                    4,868,112                    18

TABLE 1-continued

| Phe TTT | Thr ACC | Asn AAT | MET ATG | Ala GCC | Phe TTT | Thr ACC | Trp TGG | Ser TCT | Pro CCT | Ser TCA | Lys AAA | Ala GCT | Arg CGA | Leu CTT | His CAC | Leu CTC | Gln CAA | 2,232 |
| Gly GGG | Arg AGG | Ser ACT | Asn AAT | Trp TGG | Lys AAG | Gln CAG | Pro CCT | Gln CAG | Val GTG | Val GTG | Asn AAT | Pro CCA | Lys AAA | Glu CAG | Trp TGG | Leu CTG | Gly CAA | 2,250 |
| Val GTG | Asp GAC | Phe TTC | Leu CTT | Thr ACA | Thr ACT | Thr ACC | Lys AAA | Val CTC | Gly GGA | Phe TTC | Val GTA | Val GTC | Thr ACT | Gly GGA | Gly GGA | Val CTA | Lys AAA | 2,268 |
| Ser TCT | Leu CTT | Leu CTT | Thr ACC | MET ATG | Ser ACC | Phe TTT | Val GTG | Lys AAG | Glu GAG | Phe TTC | Gly CCC | Ile ATC | Val CTA | Ser ACT | Phe TTT | Gln CAA | Asp CAT | 2,286 |
| Gly GGC | His CAT | Gln CAG | Trp TGG | Leu CTC | Thr ACT | Pro CCT | Gln CAG | Gln CAG | Gly CCC | Gln CAG | Lys AAA | Val GTA | Asp GAC | Phe TTT | Gln CAG | Gln CAG | Gly CCG | 2,304 |
| Asn AAT | Gln CAA | Asp GAC | Gln CAG | Thr ACA | Phe TTC | Asn AAT | Val GTG | Val GTG | Ser TCT | Val GTG | Leu CTA | Leu CTA | His CAC | Leu TTA | Gln CAG | Leu CTG | Thr ACT | 2,322 |
| Arg CGC | Tyr TAC | Leu CTT | Arg CGA | His CAC | Ile ATT | Pro CCT | Gln CAG | Ser AGT | Val CTC | Trp TGG | His CAC | Ile ATT | Ala CCC | Leu CTG | Leu CTG | Arg ACC | MET ATG | 2,340 |
| Glu GAG | Val GTT | Leu CTG | Gly GCC | Gln CAG | Cys TGC | Gly GCC | Ala GCA | Gln CAG | Asp GAC | Tyr TAC | Leu CTC | Trp TGG | Glu GAG | End TGA | | | | 2,352 |

GGGTGGCCACTGCATGCCCACCTGCCACTG
CCGTCACCTCCGTCCTCCAGCTCCAGGGCATGTGTCCTCCGTGGCTGCTCTCACCTTGTGCTAAATCCTAGCAGACAGTCCCTG
AACCCTCCTGAATTTAAGTATCATGACTCCTGCATTTCTTTGGTGGGGGCCAAGGAGGCTGCATCCATTTTAACTCTTAACCTATT
TTCTGCAGCTGCTCCCAGA

4,868,112

19

By way of example, one compound of this invention contains a region X comprising the amino acid sequence of Ser-760 to Pro-1000 followed by the amino acid sequence of Asp-1582 to Arg-1708. That compound thus comprises the polypeptide sequence of Ala-20 to Pro-1000 covalently linked by a peptide bond to amino acids Asp-1582 to Tyr-2351. Another exemplary compound contains a region X comprising the amino acid sequence Ser-760 to Thr-778 followed by the sequence Pro-1659 to Arg-1708. That compound thus comprises the polypeptide sequence Ala-20 to Thr-778 covalently linked by a peptide bond to the sequence Pro-1659 through Tyr-2351. Still another exemplary compound contains a region X comprising the amino acid sequence Ser-760 to Thr-778 followed by the sequence Glu-1694 to Arg-1708. That compound thus comprises the poly-peptide sequence Ala-20 to Thr-778 covalently linked by a peptide bond to amino acids Glu-1694 through Tyr-2351.

These exemplary compounds are depicted schematically in Table 2.

The amino acid sequence represented by X should be selected so that it does not substantially reduce the procoagulant activity of the molecule, which activity can be conveniently assayed by conventional methods. Compound (2) of Table 2 is a presently preferred embodiment.

The procoagulant protein may be produced by appropriate host cells transformed by factor VIII:C DNA which has been specifically altered by use of any of a variety of site-specific mutagenesis techniques which will be familiar to those of ordinary skill in the art of recombinant DNA.

The starting materials may be a DNA sequence which codes for the complete factor VIII:C molecule, e.g., the complete human factor VIII:C as shown in Table 1, a truncated version of that sequence, or it may comprise segments of that DNA sequence, so long as the starting materials contain at least sufficient DNA to code for the amino acid sequences of the desired polypeptide.

20

the present invention. Moreover, the fact that the pro-coagulants of the present invention lack many of the sites for non-human glycosylation by the non-human mammalian or other cells used to produce the proteins is also belived to reduce the antigenicity of that protein, and lessen the likelihood of developing antibodies to the procoagulants. This may enable facilitating the treatment of patients in need of procoagulant therapy.

I contemplate that my compounds can be produced by recombinant DNA techniques at a much lower cost than is possible for production of human factor VIII. The host organisms should more efficiently process and express the substantially simpler molecules of this invention.

The compounds of this invention can be formulated into pharmaceutically acceptable preparations with parenterally acceptable vehicles and excipients in accordance with procedures known in the art.

The pharmaceutical preparations of this invention, suitable for parenteral administration, may conveniently comprise a sterile lyophilized preparation of the protein which may be reconstituted by addition of sterile solution to produce solutions preferably isotonic with the blood of the recipient. The preparation may be presented in unit or multi-dose containers, e.g. in sealed ampoules or vials. Their use would be analogous to that of human factor VIII, appropriately adjusted for potency.

One method by which these proteins can be expressed is by use of DNA which is prepared by cutting a full-length factor VIII:C DNA with the appropriate restriction enzymes to remove a portion of the DNA sequence that codes for amino acids 760 to 1708 of human factor VIII:C. The cut DNA is then ligated with an oligonucleotide that resects the cut DNA and maintains the correct translational reading frame.

Preparation of the cDNA has been set forth in detail in U.S. patent applications Ser. Nos. 546,650 and 644,086, supra. A pSP64 recombinant clone containing the nucleotide sequence depicted in Table 1, designated as pSP64-VIII, is on deposit at the American Type

TABLE 2

| | EXEMPLARY COMPOUNDS A-X-B | | |
|---|---|---|---|
| Compound | Amino Acid Sequence | X | Deletion |
| (human factor VIII:c) | (Ala$_{20}$→Tyr$_{2351}$) | (Ser$_{760}$→Arg$_{1708}$) | 0 |
| 1 | (Ala$_{20}$→Pro$_{1000}$)—(Asp$_{1582}$→Tyr$_{2351}$) | (Ser$_{760}$→Pro$_{1000}$)—(Asp$_{1582}$→Arg$_{1708}$) | 581 |
| 2 | (Ala$_{20}$→Thr$_{778}$)—(Pro$_{1659}$→Tyr$_{2351}$) | (Ser$_{760}$→Thr$_{778}$)—(Pro$_{1659}$→Arg$_{1708}$) | 880 |
| 3 | (Ala$_{20}$→Thr$_{778}$)—(Glu$_{1694}$→Tyr$_{2351}$) | (Ser$_{760}$→Thr$_{778}$)—(Glu$_{1694}$→Arg$_{1708}$) | 915 |

A and B are as defined, supra; "—"represents a peptide bond; "→"indicates a polypeptide sequence inclusive of the specified amino acids; amino acid numbering corresponds to the numbering of the sequence depicted in Table 1; and "deletion"indicates the number of amino acids deleted relative to human factor VIII:c.

The procoagulant proteins of the present invention, in addition to lacking a substantial amino acid segment of human factor VIII:C, also have fewer potential N-glycosylation sites than human factor VIII. Preferably, at least one N-glycosylation site has been deleted. More preferably, 18 of the 25 potential N-glycosylation sites are not in the molecule. In still more preferred embodiments, up to 19 of the 25 potential N-glycosylation sites are removed. While not wishing to be bound by theory, it is presently believed that the antibodies to factor VIII:C which are directed to antigenic determinants contained in the protein segment deleted in accordance with this invention, i.e., in the amino acid segment itself or in the carbohydrate portion of the glycosylated protein, will not neutralize the procoagulant proteins of

Culture Collection under Accession Number ATCC 39812.

Restriction endonucleases are used to obtain cleavage of the human factor VIII:C cDNA, hereinafter the DNA source sequence, at appropriate sites in the nucleotide sequence. Unless otherwise noted, restriction endonucleases are utilized under the conditions and in the manner recommended by their commercial suppliers. The restriction endonucleases selected herein are those which will enable one to excise with substantial specificity sequences that code for the portion of the factor VIII:C molecule desired to be excised. BamHI and SacI are particularly useful endonucleases. However, the skilled artisan will be able to utilize other restriction

4,868,112

21

endonucleases chosen by conventional selection methods. The number of nucleotides deleted may vary but care should be taken to insure that the reading frame of the ultimate cDNA sequence will not be affected.

The resulting DNA fragments are then purified using conventional techniques such as those set forth in Maniatis et al., *Molecular Cloning, A Laboratory Manual* (Cold Spring Harbor Laboratory 1982) the disclosure of which is incorporated herein by reference, and *Proc. Natl. Acad. Sci.* 76:615–619 (1979). The purified DNA is then ligated to form the sequence encoding the polypeptide of the preferred invention. When necessary or desirable, the ligation may be within an oligonucleotide that resects the cut DNA and maintains the correct translational reading frame using standard ligation conditions. Ligation reactions are carried on as described by Maniatis et al., supra at 2453–6 using the buffer described at page 246 thereof and using a DNA concentration of 1–100 ug/ml, at a temperature of 23° C. for blunt ended DNA and 16° C. for "sticky ended" DNA. The following double-stranded oligonucleotide is useful when there is BamHI/SacI deletion such as described infra,

5'P-CATGGACCG-3'

3-TCGAGTACCTGGCCTAG 5';

but other oligonucleotides can be selected by the skilled artisan depending upon the deletions made and reaction conditions.

The DNA sequences encoding the novel procoagulant polypeptides can, in addition to other methods, be derived from the sequence of human factor VIII:C DNA by application of oligonucleotide-mediated deletion mutagenesis, often referred to as "loopout" mutagenesis, as described for example in Morinaga, Y. et al. *Biotechnology*, 636–639 (1984).

The new DNA sequences containing the various deletions can then be introduced into appropriate vectors for expression in mammalian cells. The procoagulant activity produced by the transiently transfected or stably transformed host cells may be measured by using standard assays for blood plasma samples.

The eukaryotic cell expression vectors described herein may be synthesized by techniques well known to those skilled in this art. The components of the vectors such as the bacterial replicons, selection genes, enhancers, promoters, and the like may be obtained from natural sources or synthesized by known procedures. See Kaufman et al., *J. Mol. Biol.*, 159: 51–521 (1982); Kaufman, *Proc. Natl. Acad. Sci.* 82: 689–693 (1985).

Established cell lines, including transformed cell lines, are suitable as hosts. Normal diploid cells, cell strains derived from in vitro culture of primary tissue, as well as primary explants (including relatively undifferentiated cells such as haematopoeitic stem cells) are also suitable. Candidate cells need not be genotypically deficient in the selection gene so long as the selection gene is dominantly active.

The host cells preferably will be established mammalian cell lines. For stable integration of the vector DNA into chromosomal DNA, and for subsequent amplification of the integrated vector DNA, CHO (Chinese hamster ovary) cells are presently preferred. See U.S. Pat. No. 4,399,216. Alternatively, the vector DNA could include all or parts of the bovine papilloma virus genome (Lusky et al., *Cell*, 36: 391–401 (1984) and be carried in cell lines such as C127 mouse cells as a stable

22

episomal element. Other usable mammalian cell lines include HeLa, COS-1 monkey cells, melanoma cell lines such as Bowes cells, mouse L-929 cells, 3T3 lines derived from Swiss, Balb-c or NIH mice, BHK or HaK hamster cells lines and the like.

Stable transformants then are screened for expression of the procoagulant product by standard immunological or enzymatic assays. The presence of the DNA encoding the procoagulant proteins may be detected by standard procedures such as Southern blotting. Transient expression of the procoagulant genes during the several days after introduction of the expression vector DNA into suitable host cells such as COS-1 monkey cells is measured without selection by enzymatic or immunologic assay of the proteins in the culture medium.

The invention will be further understood with reference to the following illustrative embodiments, which are purely exemplary, and should not be taken as limiting the true scope of the present invention, as described in the claims.

EXAMPLE 1

10 μg. of the plasmid pACE, a pSP64 (Promega Biotec, Madison, Wis.) derivative, containing nucleotides 562-7269 of human factor VIII:C cDNA (nucleotide 1 is the A of the ATG initiator methionine codon) was subjected to partial BamHI digestion in 100 ul containing 50 mM Tris.HCl ph 8.0, 50 mM MgCl₂, and 2.4 units BamHI (New England Biolabs) for 30 minutes at 37° C. The reaction was terminated by the addition of EDTA to 20 mM and then extracted once with phenol, once with chloroform , ethanol precipitated and pelleted by centrifugation. DNA was redissolved, cleaved to completion in 50 ul using 40 units SacI for 1.5 hours at 37° C. DNA was then electrophoresed through a buffered 0.6% agarose gel. An 8.1 kb fragment corresponding to the partial BamHI-SacI fragment of pACE lacking only the sequence corresponding to nucleotides 2992-4774 of the factor VIII:C sequence was purified from the gel using the glass powder technique described in *Proc. Nat. Acad. Sci.* 76: 615–619 (1979). Purified DNA was ligated with 100 pmoles of the following double-stranded oligonucleotide

5'P-CATGGACCG-3'

3'-TCGAGTACCTGGCCTAG 5'

using standard ligation conditions. The DNA sequence removed represents the deletion of 584 amino acid sequence beginning with amino acid 998 and continuing through 1581. The oligonucleotide inserted, however, encodes amino acids corresponding to 998-1000. Therefore, the polypeptide encoded contains deletion of 581 amino acids.

DNA was then used to transform competent *E. coli* bacteria, and DNA from several ampicillin resistant transformants was analyzed by restriction mapping to identify a plasmid harboring the desired SacI-BamHI deletion mutant. DNA from this plasmid was digested to completion with KpnI, which cleaves the plasmid uniquely at nucleotide 1816 of the factor VIII:C coding sequence. This DNA was ligated with a KpnI DNA fragment containing nucleotides 1-1815 of factor VIII:C DNA and a synthetic SalI site at nucleotides −11 to −5 and then used to transform competent *E. coli* bacteria.

4,868,112

**23**

Plasmid DNA was isolated and oriented by restriction mapping to identify a plasmid, pBSdK, containing the correct 5' to 3' orientation of the KpnI insert. SalI digestion, which excises the entire polypeptide coding region from the plasmid, was performed and the DNA electrophoresed through a buffered 0.6% agarose gel. The 5.3 Kb SalI fragment was purified from the gel as described above. This DNA fragment was ligated with XhoI cut pXMT2 DNA to give rise to plasmid pDGR-2. pXMT2 is a plasmid capable of expressing heterologous genes when introduced into mammalian cells such as the COS-1 African Green Monkey kidney cell line, and is a derivative of the expression vectors described in Kaufman, supra at 689–93. The expression elements are the same as described for plasmid pQ2 except that it contains a deletion of the adenovirus major late promoter extending from −45 to +156 with respect to the transcription start site of the adenovirus major late promoter. mRNA expression in pXMT is driven by the SV40 late promoter. The bacterial replicon, however, has been substituted to render bacteria containing the vector resistant to ampicillin rather than tetracycline. pXMT2 contains a unique Xho I site at a position which allows for expression of inserted cDNA from the SV40 late promoter. This Xho I site is convenient for inserting factor VIII:C cDNA constructs since these are flanked by SalI sites.

Restriction mapping of transformants identified a plasmid, pDGR-2, containing the correct 5' to 3' orientation of the polypeptide coding sequence relative to the direction of transcription from the SV40 late promoter. pDGR-2 is on deposit at the American Type Culture Collection under Accession number 53100.

## EXAMPLE 2

Other novel procoagulant proteins may be obtained from constructs produced by oligonucleotide mediated deletion mutagenesis, using for example the "loopout" mutagenesis techniques as described in Morinaga et al., supra. The deletion mutagenesis is performed using expression plasmid pDGR-2 or any other appropriate plasmid or bacteriophage vector. Other methods for oligonucleotide mediated mutagenesis employing single stranded DNA produced with M13 vectors and the like are also suitable. See Zoller et al., *Nucl. Acids Res.* 10: 648–6500 (1982). For example, these deletions can be produced using the oligonucleotides

(A) 5'
AAAAGCAATTTAATGCCACCCCAC-
CAGTCTTGAAACGCCA

(B) 5'
AAAAGCAATTTAATGCCACC-
GAAGATTTTGACATTTATGA

to cause deletions in factor VIII:C cDNA from nucleotides (A) 2334 to 4974 or (B) 2334 to 5079. The proteins encoded by these constructs contain deletions of (A) 880 and (B) 915 amino acids relative to Factor VIII:C.

The deleted constructs are tested directly, or after subcloning into appropriate expression vectors, in order to determine if the novel proteins possess procoagulant activity. Procoagulant activity was assayed as described in Examples 3 and 4.

## EXAMPLE 3

Expression of Procoagulant Molecules in COS Monkey Cells The expression plasmids containing the modified cDNA's prepared as in Examples 1 or 2 and the

**24**

full-length cDNA, pXMT-VIII, were introduced into COS-1 cells via the DEAE-dextran transfection protocol. Sompayrac and Danna 1981, *Proc. Natl. Acad. Sci.* 78: 7575–7578. Conditioned media was harvested 48 hours post-transfection and assayed for factor VIII activity as described in Toole et. al., 1984, *Nature* 312:342–347. The results of the experiment are summarized in Table 3. Both plasmids containing the modified cDNAs yielded procoagulant activity and, moreover, the activity was greater than that obtained using wild type cDNA. From these data it was concluded that removal of up to 880 amino acids (95,000 daltons) in a defined domain of human factor VIII does not destroy cofactor activity. Furthermore, these abridged procoagulant proteins retain their ability to be activated by thrombin.

### TABLE 3

| | # amino acids | chromogenic activity | Clotek activity | |
|---|---|---|---|---|
| plasmid | deleted | (mUml⁻¹) | −IIa | +IIa (fold) |
| No DNA | | 0 | | |
| pXMT-VIII | — | 15:1 | — | 450 |
| pDGR-2 | 581 | 114 | 250 | 5750 (23X) |
| pLA-2 | 880 | 162 | 330 | 9240 (28X) |

The plasmids indicated were transfected into COS cells and 48 hr. post-transfection the conditioned media taken for assay by the Kabi Coatest factor VIII:C method (chromogenic activity) and by the one-stage activated partial thromboplastin time (APTT) coagulation assay (Clotek activity) using factor VIII:C deficient plasma as described (Toole, *Nature* 1984). For thrombin (IIa) activation, samples were pretreated 1–10 min, with 0.2 units/ml thrombin (IIa) at room temperature. Activation coefficients are provided in parentheses. Activity from media from the wild-type (pXMT-VIII) transfection was too low to directly measure Clotek activity before thrombin activation. From other experiments where the wild type factor VIII activity was concentrated, it was demonstrated to be approximately 30-fold activatable.

## EXAMPLE 4

Expression of Procoagulant Molecules in CHO Cells

(A) Expression of pDGR-2

The procoagulant expression vector containing a deletion (relative to the Factor VIII:C cDNA) of 581 amino acids (pDGR-2) was transfected with plasmid pAdD26SV(A)#3 (10 ug pAdD26SV-(A)#3 by CaPO₄ coprecipitatio CHO DHFR deficient cells (DUKX-B11) and transformants isolated and grown in increasing concentrations of MTX as described by Kaufman et. al., (1985). One transformant designated J1 exhibited the following activities as a function of resistance to increasing concentrations of MTX.

| uM MTX | mUnits/ml/day/10⁶ cells* |
|---|---|
| 0 | 1.46 |
| 0.02 | 322 |
| 0.1 | 499 |

(B) Expression of pLA-2

4,868,112

25

The procoagulant expression vector containing a deletion of 880 amino acids (pLA-2) was introduced into CHO DHFR deficient cells (DUKX-B11, Chasin and Urlaub, PNAS 77: 4216–4220, 1980 by protoplast fusion as described (Sandri-Goldin et al. Mol. Cell. Biol. 1: 743–752). After fusion, fresh medium containing 100 ug/ml of kanamycin, and 10 ug/ml of each of thymidine, adenosine, deoxyadenosine, penicillin, and streptomycin and 10% dialyzed fetal calf serum was added to each plate. The kanamycin was included to prevent the growth of any bacteria which had escaped conversion to protoplasts. Four days later the cells were subcultured 1:15 into alpha-media with 10% dialyzed fetal calf serum, penicillin, and streptomycin, but lacking the nucleosides. Colonies appeared after 10–12 days after subculturing cells into selective media. A group of 8 transformants were pooled and grown in sequentially increasing concentrations of MTX starting at 0.02 uM with steps to 0.1, 0.2, and 1.0 uM MTX (LA 3–5 cells; ATCC No. CRL 10/01). Results of factor VIII-type activity in cells resistant to increasing concentrations of MTX is shown below.

| uM MTX | mUnits/ml/day/10⁶ cells* |
|--------|--------------------------|
| 0      | 16                       |
| 0.02   | 530                      |
| 0.2    | 1170                     |
| 1.0    | 1890                     |

*Factor VIII activity was determined by the Kabi Coatest factor VIII:C method (chromogenic activity).

What is claimed is:

1. A recombinant DNA which upon expression results in a truncated Factor VIII protein which is an active procoagulant wherein the recombinant DNA encodes for a protein having the amino acid sequence of a human Factor VIII:C except for having a deletion corresponding to at least 581 amino acids within the region between Arg-759 and Ser.-1709, wherein the

26

amino acid numbering is with reference to Met-1 of the human Factor VIII:C leader sequence.

2. The recombinant DNA of claim 1 wherein the deletion corresponds to the region between Pro-1000 and Asp-1582.

3. The recombinant DNA of claim 1 wherein the deletion corresponds to the region between Thr-778 and Pro-1659.

4. The recombinant DNA of claim 1 wherein the deletion corresponds to the region between Thr-778 and Glu-1694.

5. A genetically engineered mammalian host cell containing, and capable of expressing, DNA of claim 1.

6. A genetically engineered mammalian host cell containing, and capable of expressing, DNA of claim 2.

7. A genetically engineered mammalian host cell containing, and capable of expressing, DNA of claim 3.

8. A genetically engineered mammalian host cell containing, and capable of expressing, DNA of claim 4.

9. A method for producing a truncated Factor VIII:C protein which is an active procoagulant having the amino acid sequence of a human Factor VIII:C but lacking at least 581 amino acids of the region between Arg-759 and Ser-1709 which comprises producing a genetically engineered mammalian host cell of claim 5 and culturing said host cell under condition permitting expression of the protein.

10. A truncated human Factor VIII:C protein which is an active procoagulant protein having a peptide sequence of human Factor VIII:C but lacking a peptide region selected from the group consisting of:
    (a) the region between Pro-1000 and Asp-1582;
    (b) the region between Thr-778 and Pro-1659; and,
    (c) the region between Thr-778 and Glu-1694.

11. A pharmaceutical preparation for the treatment of Hemphilia A comprising a sterile preparation containing an effective amount of a protein of claim 9, in admixture with a pharmaceutically accepted carrier.

12. A method for treating Hemophilia A comprising administering to a patient a pharmaceutical preparation of claim 11.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   :   4,868,112

DATED        :   Sep. 19, 1989

INVENTOR(S) :   John J. Toole, Jr.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In column 1, between lines 7 and 8 (before the second paragraph), insert

the following:

--   This invention was made with Government support under DHHS grant
S R44 HL35946-03 awarded by the NIH.  The Government has certain
rights under the invention. --.

### Signed and Sealed this

### Third Day of November, 1992

*Attest:*

DOUGLAS B. COMER

*Attesting Officer*                    *Acting Commissioner of Patents and Trademarks*

EXHIBIT B

# UNITED STATES PATENT AND TRADEMARK OFFICE

(12)          CERTIFICATE EXTENDING PATENT TERM
                 UNDER 35 U.S.C. § 156

| | | | |
|---|---|---|---|
| (68) | PATENT NO. | : | 4,868,112 |
| (45) | ISSUED | : | September 19, 1989 |
| (75) | INVENTOR | : | John J. Toole, Jr. |
| (73) | PATENT OWNER | : | Genetics Institute LLC |
| (95) | PRODUCT | : | ReFacto® (novel procoagulant proteins) |

This is to certify that an application under 35 U.S.C. § 156 has been filed in the United States Patent and Trademark Office, requesting extension of the term of U.S. Patent No. 4,868,112 based upon the regulatory review of the product ReFacto® (novel procoagulant proteins) by the Food and Drug Administration.  Since it appears that the requirements of the law have been met, this certificate extends the term of the patent for the period of

(94)                          1,258 days

from September 19, 2006, the original expiration date of the patent, subject to the payment of maintenance fees as provided by law, with all rights pertaining thereto as provided by 35 U.S.C. § 156(b).



I have caused the seal of the United States Patent and Trademark Office to be affixed this 14th day of September 2006.

Jon W. Dudas
Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

EXHIBIT C

US006060447A

# United States Patent [19]

## Chapman et al.

| | |
|---|---|
| [11] | Patent Number: **6,060,447** |
| [45] | Date of Patent: **May 9, 2000** |

[54] **PROTEIN COMPLEXES HAVING FACTOR VIII:C ACTIVITY AND PRODUCTION THEREOF**

[75] Inventors: **Barbara Chapman**, Berkeley; **Rae Lyn Burke**, San Francisco, both of Calif.; **Mirella Ezban Rasmussen**, Copenhagen; **Jan Moller Mikkelson**, Gentofte, both of Denmark

[73] Assignees: **Chiron Corporation**, Emeryville, Calif.; **Novo Nordisk A/S**, Bagsvaerd, Denmark

[21] Appl. No.: **08/441,935**

[22] Filed: **May 16, 1995**

### Related U.S. Application Data

[62] Division of application No. 08/266,170, Jun. 27, 1994, Pat. No. 5,789,203, which is a continuation of application No. 07/652,099, Feb. 7, 1991, abandoned, which is a continuation-in-part of application No. 07/051,916, May 19, 1987, abandoned, which is a continuation-in-part of application No. 06/822,989, Jan. 27, 1996, abandoned.

[51] Int. Cl.⁷ .......................... G07K 14/255; A61K 38/37
[52] U.S. Cl. ................................... 514/12; 530/383
[58] Field of Search .............................. 435/69.6, 172.3, 435/476; 530/383; 930/100; 514/2, 12

### [56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,657,894 | 4/1987 | Zimmerman et al. | 514/21 |
| 4,757,006 | 7/1988 | Toole et al. | 435/70 |
| 4,868,112 | 9/1989 | Toole, Jr. | 514/8 |
| 4,965,199 | 10/1990 | Capon et al. | 435/69.6 |
| 5,004,804 | 4/1991 | Kuo et al. | 530/387.9 |
| 5,045,455 | 9/1991 | Kuo et al. | 435/69.6 |
| 5,084,390 | 1/1992 | Hallewell | 435/188 |
| 5,149,637 | 9/1992 | Scandell et al. | 435/69.6 |
| 5,171,844 | 12/1992 | van Ooyen et al. | 530/383 |
| 5,198,349 | 3/1993 | Kaufman | 435/69.6 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0210694 | 10/1984 | European Pat. Off. . |
| 0510735 | 8/1985 | European Pat. Off. . |
| 0160457 | 11/1985 | European Pat. Off. . |
| 082448 | 5/1986 | European Pat. Off. . |
| 0232112 | 8/1987 | European Pat. Off. . |
| 0251843 | 1/1988 | European Pat. Off. . |
| 0253455 | 1/1988 | European Pat. Off. . |
| 0254076 | 1/1988 | European Pat. Off. . |
| 0265778 | 5/1988 | European Pat. Off. . |
| 0534383 A2 | 3/1993 | European Pat. Off. . |
| WO 85/01961 | 5/1985 | WIPO . |
| WO 87/07144 | 12/1987 | WIPO . |
| WO 88/00831 | 2/1988 | WIPO . |
| WO 88/03558 | 5/1988 | WIPO . |
| WO 88/08035 | 10/1988 | WIPO . |
| WO 91/09122 | 6/1991 | WIPO . |
| WO 92/16557 | 10/1992 | WIPO . |

### OTHER PUBLICATIONS

Burke et al. "The functional domains of coagulation factor VIII:C" (1986) *J. Biol. Chem.* 261:12574–12578.

Eaton et al. "Construction and Characterization of an active factor VIII variant lacking the central one–third of the molecule" (1986) *Biochemistry* 25:8343–8347.

Fulcher et al. "Human factor VIII procoagulant protein: Monoclonal antibodies define precursor–product relationships and functional epitopes" (1985) *J. Clin. Invest.* 76:117–124.

Gitschier et al. "Characterization of the human factor VIII gene" (1984) *Nature* 312:326–330.

Nordfang et al. "Generation of active coagulation factor VIII from isolated subunits" (1988) *J. Biol. Chem.* 263:1115–1118.

Orr et al. "'Spacer' function implied for the heavily glycosylated region of factor VIII" (1985) *J. Inter. Soc. Throm. Hemo.* 54:S321 (abstract).

Rotblat et al. "Purification of human factor VIII:C and its characterization by western blotting using monoclonal antibodies" (1985) *Biochemistry* 24:4294–4300.

Toole et al., "A large region (≈95 kDa) of human factor VIII is dispensable for in vitro procoagulant activity" (1986) *Proc. Natl. Acad. Sci. USA* 83:5939–5942.

Toole et al. "Molecular cloning of a cDNA encoding human antihaemophilic factor" (1984) *Nature* 312:342–347.

Truett et al. "Characterization of the polypeptide composition of human factor VIII:C and the nucleotide sequence and expression of the human kidney cDNA" (1985) *DNA* 4:333–349.

Vehar et al. "Structure of human factor VIII" (1984) *Nature* 312:337–342.

Wood et al. "Expression of active human factor VIII from recombinant DNA clones" (1984) *Nature* 312:330–337.

Yonemura et al. "Efficient production of recombinant human factor VIII by co–expression of the heavy and light chains" (1993) *Protein Engineering* vol. 6, No. 6, pp. 669–674.

*Primary Examiner*—Charles L. Patterson, Jr.
*Attorney, Agent, or Firm*—Roberta L. Robins; Joseph H. Guth; Robert P. Blackburn

### [57]    ABSTRACT

Recombinant protein complexes having human Factor VIII:C activity are expressed in a eukaryotic host cell by transforming the host cell with first and second expression cassettes encoding a first polypeptide substantially homologous to human Factor VIII:C A domain and a second polypeptide substantially homologous to human Factor VIII:C C domain, respectively. In the present invention, the first polypeptide may be extended having at its C-terminal a human Factor VIII:C B domain N-terminal peptide, a polypeptide spacer of 3–40 amino acids, and a human Factor VIII:C B domain C-terminal peptide. Expression of the second polypeptide is improved by employing an α₁-antitrypsin signal sequence.

**35 Claims, No Drawings**

6,060,447

**1**

PROTEIN COMPLEXES HAVING FACTOR VIII:C ACTIVITY AND PRODUCTION THEREOF

CROSS-REFERENCE TO RELATED APPLICATION

This application is a divisional of U.S. patent application Ser. No. 08/266,170 filed Jun. 27, 1994 (now U.S. Pat. No. 5,789,203), which is a continuation of U.S. patent application Ser. No. 07/652,099 filed Feb. 7, 1991 (now abandoned), which is a continuation-in-part of U.S. patent application Ser. No. 07/051,916 filed May 19, 1987 (now abandoned), which is a continuation-in-part of U.S. patent application Ser. No. 06/822,989 filed Jan. 27, 1986 (now abandoned).

DESCRIPTION

1. Technical Field

This invention relates to protein complexes having Factor VIII:C activity, and to methods for producing said complexes by expression of suitable polynucleotide constructs. The protein complexes are useful in the treatment of classical (Type A) hemophilia.

2. Background of the Invention

Hemophilia A is an X-chromosome-linked inherited disease which afflicts 1–2 males per 10,000. The disease is caused by an absence or deficiency of Factor VIII:C. Factor VIII:C is a very large glycoprotein (native $M_r$ 330 K-360 K), which is present in plasma at extremely low concentrations. It is a necessary element in the proteolytic cascade which converts soluble fibrinogen to insoluble fibrin, forming a clot to prevent blood loss from traumatized tissue. In the bloodstream, it is found in noncovalent association with Factor VIII:R ("von Willebrand factor"), which acts as a stabilizing carrier protein. Factor VIII:C is very susceptible to cleavage by thrombin, plasmin, protease C, and other serine proteases. It is generally isolated from plasma or plasma products as a series of related polypeptides ranging from $M_r$ 160 K-40 K with predominant species of $M_r$ 92 K and $M_r$ 80 K-77 K. This complex pattern has made the analysis of the structure of active Factor VIII:C very difficult.

Factor VIII:C and the related polypeptides have been described by F. Rotblat et al, *Biochemistry* (1985) 24:4294–4300; G. A. Vehar et al, *Nature* (1984) 312:337–342; J. J. Toole et al, *Nature* (1984) 312:342–347; and M. A. Truett et al, *DNA* (1985) 4:333–349. E. Orr et al, *Molecular Genetics of Clotting Factors,* p. 54, s321, reported a "spacer" function for the heavily glycosylated region of Factor VIII:C. The sequence has been reported by J. J. Toole et al, supra; W. I. Wood et al, *Nature* (1984) 312:330–336; and M. A. Truett et al, supra. The full-length protein contains three repeats of one sequence (I), and two repeats of a second sequence (III). A third, heavily glycosylated sequence (II) is present between the second and third I repeats, and is apparently cleaved proteolytically to form the $M_r$ 92 K and $M_r$ 80 K polypeptides. The first two I repeats form the A domain, while the third I repeat and the two III repeats form the B domain. Thus, the full-length protein has the structure $I_1$-$I_2$-II-$I_3$-III$_1$-III$_2$ (A-B-C), while the $M_r$ 92 K and $M_r$ 80 X polypeptides (A and C) have the structures $I_1$-$I_2$ and $I_3$-III$_1$-III$_2$, respectively. C. Fulcher et al, *J Clin Invest* (1985) 76:117–124, suggested that based on antibody-epitope data with Factor VIII:C, both the $M_r$ 92 K and the $M_r$ 80 K polypeptides are necessary for Factor VIII:C function.

**2**

Factor VIII:C has historically been isolated from blood in a concentrated form for therapeutic treatment of hemophilia. However, concerns regarding transmission of HIV and other blood-borne diseases have stimulated activity to provide alternative supplies of Factor VIII:C. It is of substantial interest to be able to supply compositions having Factor VIII:C activity without concerns as to the transmission viral diseases associated with the native Factor VIII:C.

Although full-length recombinant human Factor VIII:C has been produced, it is difficult to purify and characterize, and it is unstable due to proteolysis. Efficient recombinant production of the full-length molecule for clinical use is doubtful at this time.

R. L. Burke et al, *J Biol Chem* (1986) 261:12574–78 disclosed the expression of an active Factor VIII:C complex from cells simultaneously transfected with polynucleotides encoding $M_r$ 92 K and $M_r$ 80 K polypeptides. The obtained protein demonstrated activity equal to that of cloned full-length Factor VIII:C expressed under similar conditions. O. Nordfang et al, *J Biol Chem* (1988) 263:1115–18 disclosed the in vitro assembly of active Factor VIII:C complexes from separate preparations of $M_r$ 92 K protein and $M_r$ 80 K protein (FVIII-HC and -LC, respectively). Successful assembly required divalent metal ions (especially Mn$^{++}$ and Ca$^{++}$) and thiols, but only a small amount of FVIII-HC could be complexed into active FVIII:C.

DISCLOSURE OF THE INVENTION

We have now invented an improved method for expressing recombinant protein complexes with high stability and Factor VIII:C activity. The $M_r$ 92 K polypeptide (FVIII-HC) and the $M_r$ 80 K polypeptide (FVIII-LC) are expressed as two separate polypeptides, under the control of separate promoters, within the same host cell. Each polypeptide is preferably expressed using a signal sequence which directs export to the extracellular space with cleavage of the signal sequence. FVIII-HC is preferably expressed as a fusion protein having a C-terminal extension. The extension comprises a polypeptide sequence homologous to the B domain N-terminal sequence (which may allow cleavage by thrombin), a polypeptide spacer of 3 to 100 amino acids, and a sequence homologous to the C-terminal B domain sequence. The C-terminal extension of FVIII-HC results in a higher yield of active polypeptide upon expression in eukaryotic host cells. FVIII-LC is preferably expressed as an LC polypeptide using a signal peptide. The FVIII-LC polypeptide is processed and secreted efficiently with the correct N-terminal amino acid residue, and correct glycosylation. Cotransfection with polynucleotides encoding FVIII-HC and FVIII-LC in a suitable host cell provides recombinant protein complexes having Factor VIII:C activity in high yield.

MODES OF CARRYING OUT THE INVENTION

A. Definitions

The term "polynucleotide" as used herein refers to a sequence of DNA or RNA, which may be single or double-stranded (ss or ds), or a DNA-RNA heteroduplex. In most cases herein, polynucleotide will refer to dsDNA.

The term "signal peptide" as used herein refers to a peptide sequence which is recognized and acted upon by signal peptidase during expression of the polypeptide. Signal peptides encode peptide sites for signal peptidase cleavage, and cause the attached polypeptide to be transported into the secretion pathway leading to the extracellular medium.

The term "A domain" refers to that portion of human Factor VIII:C which constitutes the $M_r$ 92 K protein subunit.

6,060,447

3

The A domain contains from about 740 to about 760 amino acids and is found at the N-terminus of the native human Factor VIII:C. The A domain polypeptide will extend from amino acid 10, usually amino acid 1, to at least about amino acid 620, usually at least about amino acid 675, more usually at least about amino acid 740. The polypeptide will include at least about 85% of the A domain (Wood et al, supra), more usually at least about 90% and may optionally include a portion of the N-terminus of the B domain, typically not exceeding about amino acid 1405. Of particular interest is an N-terminal chain having the entire sequence to the thrombolytic cleavage site at $Arg_{740}$-$Ser_{741}$.

The term "B domain" refers to that portion of native human Factor VIII:C which is generally removed by intracellular cleavage, and which is heavily glycosylated when expressed in mammalian cells such as COS7 and CHO. The B domain contains an N-terminal sequence, which allows cleavage of the A domain from the B domain by thrombin. The B domain also has a C-terminal processing site which allows cleavage of the C domain from the A-B precursor by an enzyme located in the Golgi apparatus of the mammalian cell. The sequences of the N-terminal and C-terminal sequences are set forth in the Examples below. The complexes of the invention which lack "a substantial portion of the B domain" lack all of the B domain, or essentially all of the B domain except for the N-terminal and C-terminal sequences.

The term "C domain" refers to that portion of native human Factor VIII:C which constitutes the C-terminus of the full length protein, and is cleaved intracellularly to form the Factor VIII:C light chain. The light chain will have an amino acid sequence substantially the same as the amino acid sequence of the C-terminus of a Factor VIII:C polypeptide, usually at least about 80%, more usually at least about 90% of the Factor VIII:C $M_r$ 80 K chain, particularly beginning with amino acid 1570, usually amino acid 1600, particularly amino acid 1625, more particularly amino acid 1640, preferably at about amino acid 1649, ±10 amino acids, more particularly ±1 amino acid, and continuing to at least about amino acid 2300, usually 2310, ±10 amino acids, preferably 2325, ±5 amino acids, more preferably to the terminal amino acid (2332). Usually, the light chain will have at least about 85%, more usually at least 95%, of the C1-C2 domains, desirably the A3-C1-C2 domains.

The term "co-expressing" as used herein refers to simultaneous expression of an A domain polypeptide and a C domain polypeptide within the same host cell. The polynucleotide sequences encoding the A and C domains may be on the same or on different expression cassettes or plasmids. Co-expression of the A and C domains permits proper folding to occur, which in turn provides an A-C complex having higher activity and efficiency of secretion.

The term "cell growth medium" as used herein refers to any medium suitable for culturing host cells, and includes media suitable for obtaining expression of recombinant products whether actual cell "growth" occurs or not. Cell growth media generally include nutrients and a metabolizable energy source in an aqueous solution. If desired, cell growth media may also include a compound which induces expression of the recombinant polypeptides of the invention. Selection of such an inducing compound depends upon the promoter selected to control expression. Other typical additives include selection compounds (i.e., drugs or other chemicals added to the media to insure that only transformed host cells survive in the medium) and serum, such as fetal bovine serum (FBS). "Serum-free medium" is a solution

4

which has been supplemented to such an extent that the necessary trace factors present in serum need not be added in the form of serum. There are many suitable cell growth media available from commercial sources.

The term "polypeptide spacer" refers to a polypeptide sequence of about 3 to about 100 amino acids, which is generally not homologous to the human Factor VIII:C B domain, and which carries fewer than 5 potential sites of N-linked glycosylation. Preferably, there will be 2 or fewer such sites. It is presently believed that the large size and high degree of glycosylation of the B domain prevents efficient expression of the $M_r$ 92 K polypeptide. However, a low (but useful) yield of the $M_r$ 92 K polypeptide is obtained when the B domain is completely removed. It is also presently believed that the A domain may not be folded correctly on a consistent basis in the absence of the B domain, so that only a small percentage of the A domain is correctly folded and expressed. The polypeptide spacer of the invention provides a C-terminal extension to the A domain, and apparently stabilizes the polypeptide and improves secretion in active form. Thus, it may be that use of a polypeptide which is glycosylated lightly (or not at all) prevents the A domain-spacer construct from encountering the same size problems obstructing expression of full-length Factor VIII:C. The presently preferred spacer is derived from a human Ig heavy chain hinge, particularly from human IgA1. This spacer provides a flexible extension, without adding an immunogenic epitope (when administered in humans).

The term "homology" as used herein means identity or substantial similarity between two polynucleotides or two polypeptides. Homology is determined on the basis of the nucleotide or amino acid sequence of the polynucleotide or polypeptide. In general terms, usually not more than 10, more usually not more than 5 number %, preferably not more than about 1 number % of the amino acids in the chains will differ from the amino acids naturally present in the Factor VIII:C A and C domains. Particularly, not more than about 5%, more usually not more than about 1% will be nonconservative substitutions. Conservative substitutions include:

| | |
|---|---|
| Gly ⟷ Ala; | Val ⟷ Ile ⟷ Leu; |
| Asp ⟷ Glu; | Lys ⟷ Arg; |
| Asn ⟷ Gln; and | Phe ⟷ Trp ⟷ Tyr. |

Nonconservative changes are generally substitutions of one of the above amino acids with an amino acid from a different group (e.g., substituting Asn for Glu), or substituting Cys, Met, His, or Pro for any of the above amino acids.

The term "sufficient amount" of protein complex of the invention refers to that amount of protein which is capable of effecting therapeutic treatment of a subject having a disorder treatable with native human Factor VIII:C. In general, the protein complex of the invention is essentially as active as native human Factor VIII:C, and may be administered in similar amounts. The specific activity of the protein complex of the invention may be determined by means known in the art, as described below (e.g., by using the commercially available COATEST assay).

The term "effective concentration" refers to a concentration of expression cassette which is capable of transforming a host cell under appropriate transformation conditions.

B. General Method

DNA constructs are generally employed for expression of the polypeptides of the invention. Each of the polynucleotide constructs will have, in the 5'-3'-direction of

6,060,447

5

transcription, a transcriptional initiation and translational initiation region, a structural gene coding region comprising a sequence coding for the signal peptide sequence, and a sequence coding for the Factor VIII:C heavy or light chains, followed by translational and transcriptional termination sequences. The selection of specific elements such as these is within the skill of the art.

The initiation region may comprise a number of different sequences related to the initiation of transcription and translation. These sequences include enhancer sequences, RNA polymerase binding site, RNA capping site, ribosomal binding and translational initiation sites, and the like. The transcriptional initiation region may be the natural region associated with Factor VIII:C, or may be an alternative sequence to provide for higher transcriptional efficiency. The sequences may be obtained from mammalian viruses or the genes of the host cell or genes from a different mammalian host which are active in the host cell. Numerous transcriptional initiation regions have been isolated and demonstrated to be operative in mammalian host cells. These regions include the SV40 early promoter and late promoter regions, the adenovirus major late promoter region, actin promoter region, the cytomegalovirus $M_r$ 72 K immediate early protein promoter region, the metallothionein promoter, and the like.

The termination region may include 3′-untranslated sequences, a polyadenylation signal sequence, and the like. The termination region may be obtained from the 3′ nontranslated sequence of the Factor VIII:C natural cDNA, or may be from the same structural gene or different structural gene from which the 5′-initiation region was obtained. The 3′-region is not as essential to the level of transcription as the initiation region, so that its choice is more of a matter of convenience than specific selection.

The structural genes typically include a leader sequence coding for the signal peptide which directs the polypeptide into the lumen of the endoplasmic reticulum for processing and maturation. Optionally included are additional sequences encoding propeptides which are processed posttranslationally by endopeptidases, where the endopeptidases cleave a peptide bond, removing the propeptide to generate the mature polypeptide. The signal peptide may be the naturally occurring one, particularly for the N-terminal peptide, or may be any signal peptide which provides for the processing and maturation of the polypeptides.

Various signal peptides have been reported in the literature and include such sequences as that of tissue plasminogen activator, immunoglobulin heavy and light chains, viral membrane glycoproteins such as Herpes Simplex virus glycoproteins gB and gD, $\alpha_1$-antitrypsin, and the like. The $\alpha_1$-antitrypsin signal peptide is presently preferred for secretion of the FVIII-LC polypeptide.

The DNA sequences encoding the mature protein and signal peptide must be joined so as to be in reading frame. Where convenient restriction sites are available, the cohesive or blunt ends may be properly joined. However, for the most part, adapters will be employed where portions of the coding sequence will be recreated in the synthetic adaptor so that the truncated structural gene and/or truncated signal sequence will be linked through the adaptor, so as to be in proper reading frame. The signal sequence and structural gene may be partially restriction mapped, so as to identify restriction sites, particularly unique restriction sites, which may be employed to link the two sequences together in proper reading frame by means of an appropriate adaptor. Alternatively unique restriction sites may be inserted at the junction of the signal sequence and mature polypeptide coding sequence by in vitro mutagenesis.

6

The translational start and stop signals will normally be part of the structural gene, providing for the initiation codon at the beginning of translation and one or more stop codons for the termination of translation. The initiation codons will be the first codons of the signal sequences. The stop codons may be added as appropriate as part of the termination region or be added to the coding region to provide for convenient 3′-terminus for linkage to the transcriptional termination region to provide for a complete termination region.

The various regions of the expression cassette, (the transcriptional and translational initiation region nucleic acid sequence, structural gene nucleic acid sequence encoding one of the polypeptides and under the transcriptional and translational control of the initiation region, and a transcriptional and translational termination region, controlling the processing of the mRNA and the translational termination) which identify the particular nucleotide sequences may be joined using conventional methods. Usually, the sequences obtained will contain, or be modified to contain restriction sites, which may then be annealed where complementary overhangs or cohesive ends are present. Modification frequently will be in noncoding regions by the introduction of linkers to provide for the desired cohesive ends. The ends will usually be ligated prior to introduction into the host cell, although the host cell may be allowed to provide the necessary ligation.

The expression cassettes may be joined to a wide variety of other sequences for particular purposes. Where amplification of the amount of secreted glycoprotein is desired, the expression cassettes for FVIII:C may be joined in tandem to a gene for which spontaneous increases in gene copy number can be selected by an appropriate treatment. Such genes include the human metallothionein gene, and the mouse dihydrofolate reductase gene. These genes are placed in cassettes having their own transcriptional and translational regulatory sequences. By selecting cell clones resistant to increasing concentrations of heavy metal ions (e.g., cadmium) or methotrexate, the gene of interest (the expression cassette) may be co-amplified in the host cell.

The subject expression cassettes may be part of a vector comprising a replication system functional in the host cell, which replication system may provide for stable episomal maintenance or integration of the expression cassette into the host genome. The vector will also comprise a marker for selection, for selecting mammalian host cells containing the DNA construct and the vector from those host cells which lack the DNA construct and vector.

A wide variety of replication systems are available, typically derived from viruses that infect mammalian host cells. Illustrative replication systems include the replication systems from Simian virus 40, adenovirus, bovine papilloma virus, polyoma virus, Epstein Barr virus, and the like.

Selection markers enabling propagation of the vector in prokaryotic host cells may include resistance to a biocide, particularly an antibiotic, or complementation of auxotrophy to provide a prototrophic host. Particular genes of interest as markers include kanamycin resistance gene (NPTII), chloramphenicol resistance gene (CAT), penicillinase (p-lactamase), or the like.

The vector will usually be circular, and will have one or more restriction sites which allow for the insertion of the expression cassette, stepwise or as a completed entity, into the vector. Frequently, the vector will also include a bacterial replication and selection system, which allows for cloning after each of the manipulative steps. In this way, relatively large amounts of the construction at each of the stages may

6,060,447

7

be prepared, isolated, purified, tested to verify that the proper joining has occurred, and then used for the next stage.

Various mammalian host cells may be employed in which the regulatory sequences and replication system are functional. Such cells include COS7 cells, Chinese hamster ovary (CHO) cells, mouse kidney cells, hamster kidney cells, HeLa cells, HepG2 cells, or the like.

The expression cassettes of the desired polypeptides may be linked together in one nucleic acid chain or may be provided in separate nucleic acid molecules. The expression cassettes may be parts of different vectors or of the same vector. This is primarily a matter of convenience, although in some situations with particular vectors, one or the other manner of construction may be preferable.

The expression vector may be a replication-deficient retrovirus. S.-F. Yu et al, *Proc Nat Acad Sci USA* (1986) 83:3194–98 disclosed the construction of self-inactivating ("SIN") retroviral gene transfer vectors. SIN vectors are created by deleting the promoter and enhancer sequences from the U3 region of the 3' LTR. A functional U3 region in the 5' LTR permits expression of the recombinant viral genome in appropriate packaging cell lines. However, upon expression of its genomic RNA and reverse transcription into cDNA, the U3 region of the 5' LTR of the original provirus is deleted, and is replaced with the U3 region of the 3' LTR. Thus, when the SIN vector integrates, the nonfunctional 3' LTR U3 region replaces the functional 5' LTR U3 region, and renders the virus incapable of expressing the full-length genomic transcript.

The expression cassettes are introduced into the host cell by conventional methods. Conveniently, calcium phosphate-precipitated DNA or DNA in the presence of DEAE-dextran may be employed for transformation. A synthetic lipid particularly useful for polynucleotide transfection is N-[1-(2,3-dioleyloxy)propyl]-N,N,N-trimethylammonium chloride, which is commercially available under the name Lipofectin® (available from BRL, Gaithersburg, Md.), and is described by P. L. Felgner et al, *Proc Nat Acad Sci USA* (1987) 84:7413. Where viruses are involved, transfection or transduction may be employed. The particular manner in which the host cell is transformed is not critical to this invention, depending substantially upon whether the expression cassettes are joined to a replication system and the nature of the replication system and associated genes.

The transformed/transfected cells are then grown in an appropriate nutrient medium. It is presently preferred to employ CHO cells cultured at 10 to 32° C., more preferably about 27° C., for less than about 30 hours, more preferably less than 10, most preferably less than about 4 hours. The product is obtained as a complex of the two FVIII:C chains, so that the media or cell lysate may be isolated and the Factor VIII:C active complex extracted and purified. Various means are available for extraction and purification, such as affinity chromatography, ion exchange chromatography, hydrophobic chromatography, electrophoresis, solvent-solvent extraction, selective precipitation, and the like. The

8

particular manner in which the product is isolated is not critical to this invention, and is selected to minimize denaturation or inactivation and maximize the isolation of a high-purity active product.

Compositions are provided where the composition in the COATEST assay will have at least 0.02 U/mL of activity, usually at least about 0.2, more usually at least about 0.5 U/mL of activity. The subject product can be purified by affinity chromatography using antibodies, particularly monoclonal antibodies directed against the FVIII-LC, electrophoresis, extraction, HPLC, etc.

The subject method provides for production of a complex of the heavy and light chains which has Factor VIII:C activity. Production is evidenced by conditioned media as described in the experimental section, which will have at least about 50, usually at least about 70 mU/mL, more usually at least about 200 mU/mL of Factor VIII:C activity in the COATEST assay.

The complexes having Factor VIII:C activity produced according to the invention have a variety of uses as immunogens for the production of antibodies, for isolation of von Willebrand factor by affinity chromatography, in diagnostic assays for Factor VIII:C and for treatment of hemophiliacs and other hosts having blood clotting disorders. The subject protein complexes may be administered in a physiologically acceptable carrier, such as water, saline, phosphate buffered saline, and citrate buffered saline, at concentrations in the range of about 10–200 U/mL. See U.S. Pat. Nos. 3,631,018; 3,652,530, and 4,069,216 for methods of administration and amounts. Other conventional additives may also be included.

## C. EXAMPLES

The examples presented below are provided as a further guide to the practitioner of ordinary skill in the art, and are not to be construed as limiting the invention in any way.

### Example 1

Preparation of Expression Plasmids

(A) pSV7d

The expression cassettes were prepared using the mammalian cell expression vector pSV7d (2423 bp).

The plasmid pSV7d (see Truett et al, supra) was constructed as follows: The 400 bp BamHI/HindIII fragment containing the SV40 origin of replication and early promoter was excised from pSVgtI (obtained from Paul Berg, Stanford University, California) and purified. The 240 bp SV40 BclI/BamHI fragment containing the SV40 polyA addition site was excised from pSV2/DHFR (Subramani et al, *Mol Cell Biol* (1981) 1:854–864) and purified. The fragments were fused through the following linker:

Stop Codons

1    2    3

```
5'-AGCTAGATCTCCCGGGTCTAGATAAGTAAT-3' (SEQ ID NO:1)
   |  TCTAGAGGGCCCAGATCTATTCATTACTAG  (SEQ ID NO:2)
   |      |     |    |
HindIII BglII SmaI XbaI       BclI overhang.
```

This linker contains five restriction sites, as well as stop codons in all three reading frames. The resulting 670 bp fragment containing the SV40 origin of replication, the

6,060,447

## 9

SV40 early promoter, the polylinker with &top codons and the SV40 polyadenylation site was cloned into the BamHII site of pML, a pBR322 derivative having about 1.5 Kb deleted (Lusky and Botchan, *Cell* (1984) 36:391), to yield pSV6. The EcoRI and EcoRV sites in the pML sequences of pSV6 were eliminated by digestion with EcoRI and EcoRV, treated with Bal31 nuclease to remove about 200 bp on each end, and finally religated to yield pSV7a. The Bal31 resection also eliminated one BamHI restriction site flanking the SV40 region, approximately 200 bp away from the EcoRV site. To eliminate the second BamHI site flanking the SV40 region, pSV7a was digested with NruI, which cuts in the pML sequence upstream from the origin of replication. This was recircularized by blunt end ligation to yield pSV7b.

pSV7c and pSV7d represent successive polylinker replacements. First, pSV7b was digested with StuI and XbaI. Then, the following linker was ligated into the vector to yield pSV7c:

```
BglII  EcoRI SmaI  KpnI XbaI
  |      |     |     |    |
5'-AGATCTCGAATTCCCCGGGGGTACCT (SEQ ID NO:3)
   TCTAGAGCTTAAGGGGCCCCCATGGAGATC (SEQ ID NO:4)
```

Thereafter, pSV7c was digested with BglII and XbaI, and then ligated with the following linker to yield pSV7d:

```
BglII   EcoRI SmaI  XbaI  BamHI SalI
  |   |    |    |     |     |    |
5'-GATCTCGAATTCCCCGGGTCTAGAGGATCCGTCGAC (SEQ ID NO:5)
     AGCTTAAGGGGCCCAGATCTCCTAGGCACGTGGATC (SEQ ID NO:6)
```

**(B) pSVF8-92**

pSVF8-92 is an expression plasmid for the $M_r$ 92 K FVIII-HC chain. Starting from the BamHI site in the polylinker pSV7d, pSVF8-92 consists of a 49 bp synthetic linker-adaptor molecule from BamHI to SacI encoding nucleotides −30 to +14 of the Factor VIII:C cDNA, (numbering from the first A of the translational start site; the sequence is shown below in (D) a 2267 bp SacI to HindIII fragment from the Factor VIII:C DNA contained in pSVF8-200 described below (up to nucleotide +2281), and pSV7d from HindIII to BamHII.

**(C) DSVF8-80**

pSVF8-80 is an expression plasmid for the $M_r$ 80 K FVIII-LC chain. Starting from the SalI site in the polylinker pSV7d, pSVF8-80 consists of a 201 bp fragment of a tissue plasminogen activator cDNA from nucleotides −98 to +103 (relative to the start codon) terminating at a BglII site (tPA sequences given in S. J. F. Degan et al, *J Biol Chem* (1986) 261:6972–6985), a 29 bp synthetic BglII to BclI linker-adaptor encoding nucleotides +5002 to +5031 of Factor VIII:C ligated to a 2464 bp BclI fragment of factor VIII:C spanning from a BclI site created at nucleotide 5028 of the factor VIII:C cDNA through in vitro mutagenesis (Zoller and Smith, *Meth Enzymol* (1983) 100:468) (pF8GM7), to a BclI site in the 3' untranslated region, at nucleotide 7492, and a 400 bp fragment of tPA 3' untranslated sequence spanning from a BglII site to a synthetic PstI site generated from the cDNA cloning, followed by the polylinker from the vector M13mp9 (Vieira and Messing, *Gene* (1982) 19:259) and then pSV7d.

**(D) pSVF8-200**

The vector pSVF8-200 is an expression plasmid for the full-length Factor VIII:C cDNA. The plasmid pSVF8-200

## 10

(described in Truett et al), which contains the entire Factor VIII:C cDNA coding and 3' untranslated sequences, with the 5' untranslated sequences the same as described above for pSVF8-92, was prepared as follows.

Plasmid pSVF8-92 was digested with BamHI to cut in the polylinker region downstream of the SV40 early promoter. The following 49 bp BamHI-SacI linker adaptor, which codes for the last 30 bp of the 5' untranslated region and the first 15 bp of the human Factor VIII:C coding sequence, was chemically synthesized and ligated to pSV7d.

```
        -35   -30   -25   -20   -15   -10   -5
5'    GATCC TCTCC AGTTG AACAT TTGTA GCAAT AAGTC

3'    BamHI G AGAGG TCAAC TTGTA AACAT CGTTA TTCAG

Met Gln Ile Glu

ATG CAA ATA GAG CT      3' (SEQ ID NOS:7-8)

TAC GTT TAT CSacI       5' (SEQ ID NO:9)
```

This ligated plasmid was subsequently digested with SacI to remove excess linkers and with SalI to provide a SalI overhang.

Fragment 1, the 2.9 K SalI fragment from pF8-102 containing the 5' coding region of human Factor VIII:C, and Fragment 2, the 6.5 K SacI-SalI fragment from pF8-6.5 which contains the 3' coding region of the factor, and pSV7d modified vector containing the linker adaptor were ligated together (see Truett et al, supra). This ligation mix was then used to transform *E. coli* HB101, and colonies were selected by resistance to ampicillin.

Three hundred transformants were screened by colony filter hybridization using the BamHI-SacI 5' adaptor or the 2.9 K SalI fragment as probes. Those colonies positive with both probes were then analyzed by restriction mapping. Plasmid pSVF8-200, which contains the entire coding region for the human Factor VIII:C gene and a 5' untranslated region properly fused in transcriptional orientation to the SV40 early promoter, was obtained.

**(E) Transfection and Culture of COS7 Cells**

The plasmids described above were transfected into COS7 cells (Guzman, *Cell* (1981) 23:175) using the calcium phosphate coprecipitation method (van der Eb and Graham, *Meth Enzymol* (1980) 65:826–39) coupled with treatment with chloroquine diphosphate (Luthman and Magnusson, *Nuc Acids Res* (1983) 11:1295–1308) using 50 μg of plasmid DNA per $5\times10^5$ cells for 14 hr. Cells may also be transfected by the DEAE-dextran method of Sompayrac and Danna, *Proc Nat Acad Sci USA* (1981) 78:7575–78.

The COS7 cells were cultured in Dulbecco's modified Eagle medium supplemented with 10% fetal calf serum, 100 U/mL penicillin, 100 μg/mL streptomycin, 292 μg/mL glutamine, and 110 μg/mL sodium pyruvate. Samples were obtained from a 48-hour collection of serum-containing medium at 88 hours post transfection.

**(F) Assays**

At specific intervals post transfection, medium was removed from the cells, and aliquots were stored at −70° C.

6,060,447

| 11 | 12 |

Samples were tested for their ability to decrease the prolonged partial thromboplastin time of Factor VIII:C deficient plasma in a standard coagulation assay (Hardisty et al, *Thromb et Diathesis Haemolog* (1962) 72:215). The more specific COATEST assay (Rosen et al, *Thromb and Haemostasis* (1985) 54:818–823), which measures the generation of activated Factor X (Xa) as a linear function of the concentration of exogenously supplied Factor VIII:C, was used to verify the results of the coagulation assay. The concentration of immunologically reactive Factor VIII:C protein in the medium was determined by the application of a radioimmunoassay (RIA) developed to detect the $M_r$ 92 K polypeptide and by an enzyme-linked immunosorbant assay (ELISA) specific for the $M_r$ 80 K polypeptide (Nordfang et al, *Thromb Haemostasis* (1985) 53:346).

As shown in Table 1, expression of the $M_r$ 92 K polypeptide or of the $M_r$ 80 K polypeptide alone produced no detectable activity even though high levels of each of the individual proteins were present in the conditioned media. When cells were cotransfected with pSVF8-92 and pSVF8-80 plasmids, the media contained about 20 mU/mL of coagulation activity. The same relative level of the coagulation activity was secreted by cells transfected with the plasmid pSVF8-200 encoding the complete Factor VIII:C protein.

When conditioned media from the pSVF8-92 and the pSVF8-80 single transfectants were mixed together (using several different conditions as outlined in Table 1) no activity was measurable.

These results indicate that a complex of the amino and carboxyl terminal domains of Factor VIII:C retains intrinsic coagulation activity and that the interior domain is not essential for activity nor for the assembly of an active complex from separate chains.

TABLE 1

| Assay of Recombinant Factor VIII:C Activity in Conditioned COS7 Cell Media | | | | |
|---|---|---|---|---|
| | Coagulation | | COATEST | HC-RIA | LC-ELISA |
| Plasmid | Time (sec) | Activity mU/mL | Activity mU/mL | Assay U/mL | Assay U/mL |
| pSVF8-92 | 95.7 | <0.9 | <0.1 | 0.15 | <0.0002 |
| pSVF8-80 | 97.2 | <0.9 | <0.1 | <0.01 | 1.36 |
| pSVF8-92 & pSVF8-80[a] | 56.1 | 22.5 | 20.4 | 0.05 | 1.13 |
| pSVF8-200 | 47.7 | 70.0 | 43.2 | 0.12 | 0.28 |
| none | 94.6 | <0.9 | <0.1 | <0.0 | <0.0002 |
| pSVF8-92J + pSVF8-80[b][†] | 95.7 | <0.9 | <0.1 | — | — |

[a]plasmids were cotransfected into the same cells
[b]plasmids were transfected into separate cells, and the supernatants mixed 48 hours later
[†]A variety of mixing conditions were tested, including preincubation for various times up to 2 hr at 37° C., 20° C., or 4° C. in the presence or absence of 10 mM CaCl₂. The value reported in this table is representative of the data obtained.

In Table 1, Coagulation Time and Activity were obtained as follows: Aliquots of 75 $\mu$L of media, conditioned by the growth of COS7 cells transfected with the indicated plasmids or mock transfected, were assayed for their ability to decrease the prolonged partial thromboplastin time of Factor VIII:C-deficient plasma in the one-stage assay. Briefly, 75 $\mu$L of Platelin (General Diagnostics) was incubated for 3 min at 37° C., followed by the addition of 75 $\mu$L of Factor VIII:C-deficient plasma plus 75 $\mu$L of the test sample for an additional 5 min incubation at 37° C. A 75 $\mu$L aliquot of prewarmed 0.025M CaCl₂ was added, and the clotting time

measured with a Becton-Dickinson fibrometer. Normal human plasma diluted in COS7 cell medium was used as a standard. One mU of activity is assumed to correspond to approximately 100 pg of Factor VIII:C protein (Fay et al, *Proc Nat Acad Sci USA* (1982) 79:7200).

In Table 1, the COATEST assay (Kabi) was used to measure the generation of activated Factor X (Xa) as a linear function of the concentration of Factor VIII:C. The concentration of Factor Xa is measured by the proteolytic cleavage of the chromogen para-nitroaniline from a synthetic peptide substrate for Factor Xa. Normal human plasma diluted in 50 mM Tris-HCl, pH 7.3, 0.2% BSA was used as the standard.

For the RIA assay in Table 1, purified canine Factor VIII:C-inhibitory IgG was coated onto the wells of a 96-well polystyrene microtiter plate at a concentration of 3.5 $\mu$g/mL in 0.1M sodium carbonate buffer, pH 9.8, by overnight incubation at 37° C. The plates were washed 3 times with 0.1M NaCl, 0.05% Tween® 20 followed by incubation with a mixture of test medium samples and iodinated FVIII:C $M_r$ 92 K protein, both diluted in 0.05M imidazole, 0.1M NaCl, 1% bovine serum albumin, 0.05% Tween® 20, pH 7.3. The FVIII:C $M_r$ 92 K protein was isolated from plasma and was greater than 50% homogeneous as estimated by SDS-PAGE and silver staining. After incubation for 16 hr at room temperature, the plates were washed, and the amount of [125]I in the individual wells was measured in a gamma counter. An intermediate purified commercial Factor VIII:C preparation (Factor VIII, NORDISK) with a specific activity of 0.5 unit of coagulation activity per mg was used as the standard. This standard was calibrated against the World Health Organization Third International Factor VIII:C standard. We defined our intermediate purified standard to contain a $M_r$ 92 K RIA activity/Factor VIII:C coagulation activity ratio of 1.

For the ELISA assay in Table 1, purified human Factor VIII:C-inhibitory IgG was coated onto the wells of a 96-well PVC microtiter plate at a concentration 4.5 $\mu$g/mL in 0.1M sodium carbonate, pH 9.8, by overnight incubation at 37° C. The wells were washed as above and peroxidase-conjugated F(ab')₂ fragments of the human inhibitory IgG diluted in 0.1M imidazole, 0.15M NaCl, 1% BSA, 0.05% Tween® 20, pH 7.3, were added for a final incubation of 16 hr at room temperature. The color was developed with o-phenylenediamine solution. Normal human serum was used as a standard.

To verify that the observed coagulation activity was due to Factor VIII:C, the sensitivity of the coagulation to inhibition by antibody specific for Factor VIII:C was determined. Prior to assay, aliquots of conditioned media were preincubated for 2 hr at 37° C. in the presence of dilutions of normal human serum or of serum from a hemophiliac who had developed a high titer of inhibitory antibodies to Factor VIII:C. As shown in Table 2, the activity of the complete molecule, as well as that of the $M_r$ 92 K-80 K complex was reduced specifically by the inhibitory serum. The same results were obtained using three different inhibitory monoclonal antibodies which bind to the $M_r$ 80 K species. Inhibition of Factor VIII:C activity using inhibitory serum was studied as follows: 160 $\mu$L of the indicated COS7 cell conditioned medium were incubated with 20 $\mu$L of a 100-fold dilution of human Factor VIII:C inhibitory serum (Bethesda titer 1500 units) or a similar dilution of pooled normal human serum, or buffer alone (50 mM imidazole, 0.1M NaCl, 100 $\mu$g/=L BSA pH 7.3) for 2 hr at 37° C. These samples were then assayed for residual coagulation activity as outlined above.

6,060,447

13

## TABLE 2

| Coagulation Inhibition Assay | | |
| --- | --- | --- |
| Plasmid | serum | Coagulation Time (secs) |
| pSVF8-80 + pSVF8-92 | Normal | 51.9 |
| | Immune | 74.5 |
| | Buffer | 54.4 |
| pSVF8-200 | Normal | 46.4 |
| | Immune | 69.4 |
| | Buffer | 46.8 |

The inhibition experiment was repeated using monoclonal antibodies, as follows: 100 $\mu$L of conditioned medium were incubated for 2 hr at 37° C. with either 10 $\mu$L of a 1 $\mu$g/$\mu$L solution of anti-Factor VIII:C monoclonal antibody from Hybritech (Bethesda titer 14,000 units) or buffer, and then assayed as above. The results are shown in Table 3.

## TABLE 3

| Coagulation Inhibition Assay | | |
| --- | --- | --- |
| Plasmid | serum | Coagulation Time (secs) |
| pSVF8-92 + pSVF8-80 | Immune | 72.9 |
| | Buffer | 48.0 |
| pSVF8-200 | Immune | 60.9 |
| | Buffer | 44.9 |

To demonstrate more clearly the existence of a two chain complex, the active species was partially purified from the COS7 cell media by passage over a MAb column specific for the $M_r$ 80 K portion. As shown in Table 4, approximately 65% of the applied activity was retained by the column and 50% of this bound material was eluted in an active form and at a fivefold greater concentration than in the initial media. Thus an active complex can be isolated by affinity chromatography using an antibody specific for only the $M_r$ 80 K species. 100 $\mu$g of an anti-80 K monoclonal antibody (56 IgG) (Nordfang et al, *Thromb Haemostasis* (1985) 53.346) coupled to Sepharose® CL4B were incubated overnight at 20° C. with 1.4 mU of medium containing a total of 6.2 mU of activity (measured by the COATEST Assay obtained from COS7 cells cotransfected with pSVF8-92 and pSVF8-80 plasmids). After incubation, the slurry was loaded into a column and the flowthrough fraction was collected. The column was washed with 300 $\mu$L of Buffer A (50 mM imidazole, 0.1M NaCl, 0.1% sodium insulin, 0.2% NaN$_3$, pH 7.3) and then eluted with 300 $\mu$L of Buffer B (2.5M NaCl, 50% ethylene glycol, 0.5M imidazole, 0.1M CaCl$_2$, 0.1% sodium insulin, 0.2% NaN$_3$, pH 7.3).

## TABLE 4

| Partial Purification of $M_r$ 92 K-80 K Coagulation Active Complex | | |
| --- | --- | --- |
| Fraction | COATEST U/mL | 80 K ELISA U/mL |
| Media | .0044 | 0.175 |
| Flowthrough | .0017 | 0.13 |
| Eluate | .0200 | 0.76 |

Results reported here demonstrate that expression of the linker ("B") region, containing 918 amino acids or about 40% of the total for the intact protein, is not required for Factor VIII:C activity. Co-expression of individual $M_r$ 92 K

14

and $M_r$ 80 K regions results in a level of Factor VIII:C activity comparable to that obtained from the expression of the whole Factor VIII:C coding region. These proteins assemble in vivo to form an active complex linked by a calcium bridge. The assembly does not require the presence of the B region and occurs efficiently for the two chains expressed in trans.

It is evident from the above results that Factor VIII:C activity can be achieved by directly producing an N-terminal fragment and a C-terminal fragment which are independently expressed, each having its own signal sequence. Thus, Factor VIII:C can be obtained more efficiently, since the large precursor need not be cloned and used as the coding sequence for the Factor VIII:C activity. Thus, cells may be employed for expression of Factor VIII:C which may be deficient in the capability for proper maturation of the full-length Factor VIII:C protein.

### Example 2

Expression of the $M_r$ 92 K protein in COS7 cells using the pSVF8-92 construction was low compared to the amount of $M_r$ 80 K protein produced. The $M_r$ 92 K protein is apparently retained and/or degraded in the Golgi pathway, and is not efficiently processed or exported. Accordingly, the construction was modified in an attempt to increase the level of $M_r$ 92 K protein. Modifications of the following types were made: Changes in the 5' untranslated sequence of the Factor VIII:C gene; inclusion of heterologous 5' untranslated and leader sequences; and changes in the 3' untranslated sequences. These constructs are summarized below.

(A) 5' Untranslated Region Modifications

Plasmid pSVF8-92B. This plasmid is a derivative of pSVF8-92 in which the 30 bp of 5' untranslated sequence of pSVF8-92 is replaced with the entire 5' untranslated region of human Factor VIII:C cDNA (nucleotides 1 to 171; see FIG. 8 of Truett et al, supra), with a deletion of the G-C tails (by in vitro site-specific mutagenesis), and the three base changes shown below at the starting ATG (at position +172, FIG. 8, Truett et al, supra) to conform to Kozak's preferred sequences for efficient message translation in eukaryotic cells:

Factor VIII:C: GTCATG CAA (SEQ ID NO: 10)

Kozak consensus: ACCATG G (SEQ ID NO: 11)

This change alters the second amino acid of the signal peptide to Glu from Gln.

Plasmid PSVF8-92E. This plasmid is a derivative of pSVF8-92B in which the polylinker derived from pSV7d 5' to the Factor VIII:C sequences is removed with the exception of the SalI site, and the ATG codon in the 5' untranslated region (at 41 according to Truett et al, supra) is altered to ATT, by in vitro mutagenesis.

(B) Addition of Heterologous 5' Sequences

Plasmids PSVF8-92G, H, and I. These plasmids are derivatives of pSVF8-92B in which the 5' untranslated region as well as the natural Factor VIII:C signal sequences are replaced with the analogous region from the human tissue plasminogen activator (tPA) cDNA. In pSVF8-92G the first 35 amino acids (signal and pro-sequences) of the tPA pre-pro region are joined to mature Factor VIII:C $M_r$ 92 K with a serine substituted for the first amino acid (alanine) of the $M_r$ 92 K protein. In pSVF8-92H the first 32 amino acids of the tPA pre-pro region are joined to mature Factor VIII:C $M_r$ 92 K protein. In pSVF8-921, the first 23 amino acids of the tPA pre-pro region are joined to mature Factor VIII:C $M_r$ 92 K protein. The tPA sequences are the same as those described for pSVF8-80.

Plasmid pSVF8-92J. This plasmid is a derivative of pSVF8-92G in which the tPA 5' region is replaced with 75

6,060,447

15

bp of Herpes simplex virus-1 (HSV-1) gD 5' untranslated sequences and 75 bp of HSV-1 gD signal sequence. pSVF8-92J also lacks the Ala→Ser substitution (R. J. Watson et al, *Science* (1982) 218:381–384).

(C) 3' Untranslated Region Changes

Plasmid pSVF8-92C. This plasmid is a variation of pSVF8-92B in which the $M_r$ 92 K coding region is fused directly to the translational stop codon and natural 3' untranslated sequences of human Factor VIII:C cDNA.

Plasmid pSVF8-92L. This plasmid is a derivative of pSVF8-92C in which the 3' untranslated region of pSVF8-92C is replaced with the 3' untranslated region of pSVF8-80.

(D) Results

Each of the plasmids of parts A–C above was transfected into COS7 cells along with pSVF8-80 as described in Example 1 and the media tested for Factor VIII:C activity as in Example 1(F).

Plasmid pSVF8-92B, the first tested, showed activity levels ranging from 2-to-8-fold better than pSVF8-92. Of the remaining plasmids pSVF8-92E appeared to be the best, being 1.65-fold better than pSVF8-92B. pSVF8-92J and I also produced substantially higher expression levels than pSVF8-92, being close to that of pSVF8-92E. The expression level of pSVF8-92G approximated that of pSVF8-92, whereas that of pSVFS-92H was substantially less than pSVF8-92. The expression levels of both pSVF8-92C and pSVF8-92L appear to be equivalent to that of pSVF8-92E.

Example 3

This example describes the preparation of constructs for producing polypeptides that consist of the $M_r$ 92 K chain and a portion of the B domain. These derivatives were made in an attempt to develop a heavy chain that is more stable and/or assembles more efficiently into an active complex with the light chain. The derivatives were chosen to mimic molecular species that have been observed in plasma-derived preparations of Factor VIII:C and in cell lysates and conditioned media from cells expressing recombinant full-length Factor VIII:C. Polypeptides of approximately the same size could possibly arise by thrombin cleavages of full-length Factor VIII:C.

(A) pSVF8-92S: This plasmid encodes a 982 amino acid heavy chain and was prepared from a full-length cDNA plasmid pSVF8-302 by cleavage at the first SacI site of the B-domain coding region. An oligonucleotide adaptor was used to install a translational stop codon and fuse the coding sequence to the natural human Factor VIII:C 3' untranslated sequence beginning at the first BalI site. This plasmid encodes the first 978 amino acids of native human Factor VIII:C and 4 substituted amino acid residues at the carboxy terminus.

(B) pSVF8-160: This plasmid provides a 1323 amino acid heavy chain and was prepared from a full-length clone (designated pSVF8-303) similar to pSVF8-200, but having the 5' untranslated region of pSVF8-92E. pSVF8-303 was cleaved with EcoRV and SmaI, and the blunt ends were ligated together to form pSVF8-160. This plasmid encodes the first 1315 amino acids of Factor VIII:C. Eight substituted amino acids are added at the carboxyl terminus as a result of the fusion of the polylinker of the vector pSV7d.

(C) pSVF8-170: This plasmid provides a 1416 amino acid heavy chain and was also prepared from pSVF8-303. pSVF8-303 was partially digested with BglII, and the resulting 6811 bp fragment was gel isolated and the ends ligated together to form pSVF8-170. This plasmid encodes the first 1405 amino acids of Factor VIII:C and has a carboxyl

16

extension of 11 amino acids due to fusion of the polylinker of the vector pSV7d.

(D) pSVF8-120: This plasmid provides a 1107 amino acid heavy chain and was prepared from pSVF8-303. The plasmid pSVF8-303 was digested with ApaI and the cohesive ends were filled in with T4 polymerase. The resulting molecule was further digested with SmaI, the DNA self-ligated and propagated in *E. coli* HB101. This plasmid encodes 1102 amino acids from the amino terminus of Factor VIII:C plus an additional 5 amino acids at the carboxyl terminus, encoded by the pSV7d polylinker.

(E) Results

Each of the plasmids of parts A–D was transfected into COS7 cells along with pSVF8-80, and the media tested for Factor VIII:C activity, as described in Example 1.

All of these plasmids showed substantially reduced expression levels compared to that of pSVF8-92E. Interestingly, though, the ratio of RIA to COATEST activity for pSVF8-160 and pSVF8-170 is about 1.8, compared to 7.2 for pSVF8-92E. This result suggests that these longer heavy chain derivatives have a higher specific activity, that is, they are more efficiently assembled into active subunit complexes than the $M_r$ 92 K molecule itself. Also, the ratio of coagulation activity to COATEST activity is lower for the longer heavy chains at about 1.7 compared to 2.3 for $M_r$ 92 K and 1.35 for the complete molecule, suggesting that these longer polypeptides form complexes which are not as activated as that of the $M_r$ 92 K+$M_r$ 80 K complex.

Example 4

This example describes the preparation of stable CHO cell lines that produce the Factor VIII:C $M_r$ 92 K-80 K chain complex.

(A) Preparation of a Plasmid Encoding a Selectable Marker

The plasmid pAd-DHFR, bearing the murine DHFR cDNA, was constructed by fusing the major late promoter from adenovirus-2 (Ad-MLP, map units 16–27.3) to the 5' untranslated sequences of the mouse DHFR cDNA (J. H. Nunberg et al, *Cell* (1980) 19:355–64). SV40 DNA encoding part of the early transcription unit, including the intron of the small t antigen gene, and having the SV40 early region transcriptional termination region, was obtained from pSV2-neo (Southern and Berg, *J Mol Appl Gen* (1982) 1:327–41) and fused to the 3' untranslated end of the DHFR cDNA. These three segments were subcloned into pBR322 to obtain plasmid pAd-DHFR.

(B) Transfection and Culture of CHO Cells

CHO-DUKX-B11 cells carrying non-functional genes for dihydrofolate reductase (Urlaub and Chasin, *Proc Nat Acad Sci USA* (1980) 77:4216–4220) were transfected with a calcium phosphate coprecipitate of three plasmids: pSVF8-92C, pSVF8-92E, or pSVF8-80, and pAd-DHFR following the method of Graham and Van der Eb, supra, and modifications described by Wigler et al, *Cell* (1978) 14:725–731 and Lewis et al, *Somatic Cell Genet* (1980) 6:333–347. Coprecipitates contained up to 10 $\mu g$ of each plasmid. Cells were selected for expression of the DHFR (positive) phenotype in a medium deficient in hypoxanthine and thymidine.

After isolation of DHFR positive clones and identification of those producing Factor VIII:C activity, the resulting cell lines were grown in methotrexate to amplify the DHFR genes and coamplify the Factor VIII:C genes. This selection was performed by plating cells in medium containing methotrexate in concentrations ranging from 0.025 to 0.2 $\mu M$. Methotrexate resistant clones were again assayed for Factor VIII:C activity.

6,060,447

## 17

(C) Assay Methods

Conditioned media from these DHFR positive clones were assayed by ELISA for Factor VIII:C light chain immunoreactivity by the method of Nordfang et al, *Thromb Haemostas* (1985) 53:346–50. Factor VIII:C heavy chain immunoreactivity was evaluated using a radioimmunoassay (RIA) described by R. L. Burke et al, *J Biol Chem* (1986) 261:12574–78. Active Factor VIII:c complexes formed by co-expression of the 92 K and 80 K M$_r$ glycoproteins were measured using the COATEST assay described in Example 1.

(D) CHO Lines Expressing Active 92 K-80 K M$_r$ Complexes

Shown in Table 5 are four independent CHO cell lines that simultaneously express products of all three plasmids used for transfection. The Factor .VIII:C activity values shown in Table 5 are those initially observed. Expression of glycoproteins by stable cell lines usually improves after passage in T-75 flask cultures. An example of this can be seen for the line 10-C2, which ultimately produced 200 mU Factor VIII:C activity per mL conditioned medium (Table 6). Cloning these stable cell lines illustrates that the independently expressed heavy and light chains of Factor VIII:C can assemble into an active complex and be secreted by Chinese hamster ovary cells.

### TABLE 5

| | CHO cell lines producing active 92 K-80 K complexes | |
|---|---|---|
| Clone | Transfected DNA | mU COATEST/mL |
| 11-D6 | pSVF8-92C, pSVF8-80, pAd-DHFR | 43 |
| 11-D5 | PSVF8-92C, pSVF8-80, pAd-DHFR | 30 |
| 8-C1 | PSVF8-92E, pSVF8-80, pAd-DHFR | 18.2 |
| 10-C2 | pSVF8-92E, pSVF8-80, pAd-DHFR | 70.0 |

That the three plasmids were integrated into the chromosomes of the CHO cells is suggested by the fact that the cell lines of Table 5 could be grown for many passages without loss of Factor VIII:C expression. It was necessary to determine if expression of Factor VIII:C glycoproteins could be co-amplified by methotrexate selection. All four of these cell lines were placed under selection in several concentrations of methotrexate. Resistant colonies (DHFR genes amplified) were obtained for each line and these were screened for Factor VIII:C activity. Expression of Factor VIII:C was lost or unchanged in methotrexate resistant 11-DS and 11-D6 clones. Expression of Factor VIII:C varied among methotrexate resistant clones derived from 10-C2 and 8-C1 (shown in Table 6).

Twenty-two methotrexate-resistant 8-C1 clones were examined, the data for 10 of which are reported in Table 6. The amount of Factor VIII:C amplification varies among clones, suggesting that either one of the subunit genes may have been co-amplified with the DHFR cassette, or both of them, or neither one. Note clones 8C1-A2, 8C1-C2, and 8C1-C5 as examples of these four possibilities. Similarly, 30 methotrexate-selected derivatives of 10-C2 were evaluated, the data for 20 of which are also represented in Table 6. These also contain a spectrum of activity. Note clones 10C2-A2, 10C2-D2, 10C2-B5, and 10C2-C6 as examples of the four different co-amplification possibilities.

## 18

### TABLE 6

| Clone | conc. MTX (μM) | COATEST (mU/mL) | LC-ELISA (mU/mL) | HC-RIA (mU/mL) |
|---|---|---|---|---|
| 8-C1 | 0 | 18 | 1275 | n.d. |
| 8C1-A1 | 0.1 | <50 | 1750 | 80 |
| 8C1-A2 | 0.1 | 60 | 1950 | >1000 |
| 8C1-A5 | 0.05 | 2 | 100 | 10 |
| 8C1-B3 | 0.025 | 33 | 1950 | 1000 |
| 8C1-B4 | 0.025 | 50 | 3550 | 820 |
| 8C1-B5 | 0.025 | 35 | 1950 | >1000 |
| 8C1-C2 | 0.025 | 130 | 13,100 | >>1000 |
| 8C1-C3 | 0.025 | 165 | 3900 | >>>1000 |
| 8C1-C5 | 0.025 | 30 | 1750 | 760 |
| 10-C2 | 0 | 200 | 1400 | 700 |
| 10C2-A1 | 0.05 | 61 | 1600 | 400 |
| 10C2-A2 | 0.1 | 67 | 6700 | 700 |
| 10C2-A4 | 0.05 | 63 | 2250 | 1200 |
| 10C2-A5 | 0.05 | 183 | 9450 | 2660 |
| 10C2-A6 | 0.05 | 320 | 8600 | 7400 |
| 10C2-B1 | 0.05 | 408 | 8100 | 4300 |
| 10C2-B3 | 0.05 | 134 | 800 | 9800 |
| 10C2-B4 | 0.05 | 394 | 18,000 | 7800 |
| 10C2-B5 | 0.05 | 461 | 15,000 | 8400 |
| 10C2-B6 | 0.05 | 247 | 2200 | 9800 |
| 10C2-C1 | 0.1 | 160 | 8100 | 7600 |
| 10C2-C2 | 0.05 | 228 | 6000 | 5600 |
| 10C2-C3 | 0.05 | 294 | 14,850 | 2650 |
| 10C2-C5 | 0.05 | 294 | 12,400 | 5400 |
| 10C2-C6 | 0.05 | 100 | 1350 | 520 |
| 10C2-D2 | 0.05 | 496 | 1560 | 16,400 |
| 10C2-D3 | 0.05 | 242 | 10,200 | 2260 |
| 10C2-D4 | 0.05 | 165 | 14,100 | 3500 |
| 10C2-D5 | 0.05 | 316 | 7800 | 5200 |
| 10C2-D6 | 0.05 | 141 | 1600 | 6400 |

Among the CHO lines described in Table 6 is one (10C2-D2) that produces 0.5 U/mL of active Factor VIII:C complex, which is one half the concentration found in normal human plasma. For analysis and purification of Factor VIII:C material, CHO cell lines expressing Factor VIII:C polypeptides were grown in laboratory scale fermentations to produce 1–2 liter quantities of tissue culture fluid. Assay of this material showed that approximately 10% to 20% of immunoreactive Factor VIII:C from unamplified lines is active in the COATEST. In amplified lines, the percentage of active material drops to 2% to 5% of the total immunoreactive product. This means that only a fraction of the heavy and light chains of FVIII:C is assembled into active complexes. The remainder may exist as free subunits or in degraded forms.

Plasmids pSVF8-92 and pSVF8-80 were deposited at the American Type Culture Collection (ATCC) on Jan. 24, 1986 and given ATCC Accession Nos. 40222 and 40223, respectively. Plasmid pSVF8-200 was deposited at the ATCC on Jul. 17, 1985 and was given ATCC Accession No. 40190.

### Example 5

This example describes modification of the plasmid pSVF8-80 to correct the amino terminal amino acid of the FVIII:C light chain glycoprotein. A consequence of engineering, which provided the signal peptide needed for independent secretion of the 80 K M$_r$ glycoprotein (Example 1) is the substitution of Ser for the normal aminoterminal residue of human plasma FVIII:C light chains. New plasmids were made in an attempt to change the tPA pre-pro peptide sequence, so that the FVIII:C light chain will have the Glu residue at its amino terminus instead of the mutant Ser residue after proteolytic processing.

The FVIII:C light chain is thought to be cleaved from the full-length FVIII:C precursor before secretion, i.e.

6,060,447

19

20

intracellularly, by a protease resident in the Golgi apparatus. This cleavage occurs between amino acid residues 1648 and 1649 (Arg-Glu). On polyacrylamide gels the light chains appear as a doublet of 77 and 80 K $M_r$ bands, representing polypeptides having one or two N-linked oligosaccharides. Independent secretion of light chains was achieved by fusion of the light chain coding region of the FVIII:C cDNA to the cDNA of tPA. In the process of supplying the tPA signal peptide, however, the amino terminus of the FVIII:C light chain was mutated from the native glutamic acid residue to a serine. Although this mutant recombinant light chain displays molecular characteristics similar to the chain derived from full-length recombinant FVIII:C, there is preliminary evidence that 1) it may not be alternatively glycosylated in the same manner as the chain cleaved from the FVIII:C precursor, 2) it may behave differently during purification by ion exchange and vWF Sepharose® chromatography, and 3) it may be different antigenically from authentic light chain.

The tPA pre-pro peptide sequence requires three proteolytic cleavages to release the mature polypeptide. Shown below is the translation of the protein coding sequence of pSVF8-80 in the region of the tPA-FVIII:C 80 K fusion:

The signal peptidase cleavage has been thought to occur on the carboxy side of either Ser (position -13) or Ala (position -8), indicated by asterisks. The second cleavage probably occurs on the carboxy side of Arg (position -4, indicated by @ above). The third processing event is proteolysis at the Arg-Ser bond to release a Gly-Ala-Arg tripeptide and leave a Ser (position 1) aminoterminus on the mature tPA or FVIII:C light chain polypeptides.

(A) Preparation of Plasmids

(1) pSVF9-80KG

The Ser codon (position 1) was changed by site-directed mutagenesis to a Glu codon (position 1). This was done in an effort to allow the first two proteolytic processing events to occur normally, and test whether the Arg-Glu protease could recognize and cleave the dipeptide in an altered context, i.e., where the tPA tripeptide is substituted for the FVIII:C B domain. The tPA-80 K chain fusion region is shown below. Otherwise, this plasmid is identical to pSVF8-80.

```
pSVF8-80:

  -35            -30               -25
  Met Asp Ala Met Lys Arg Gly Leu Cys Cys Val Leu Leu Leu
  ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG

  -20            -15       *      -10       *
  Cys Gly Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala
  TGT GGA GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC

          -5    @        1           5
  Arg Phe Arg Arg Gly Ala Arg Ser Ile Thr Arg Thr Thr Leu
  CGA TTC AGA AGA GGA GCC AGA TCT ATA ACT CGT ACT CTT CAG

          10
  Gln Ser Asp
  CAG TCT GAT (SEQ ID NOS: 12-13)
```

45

```
pSVF8-80KG:

  -35            -30               -25
  Met Asp Ala Met Lys Arg Gly Leu Cys Cys Val Leu Leu Leu
  ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG

  -20            -15       *      -10       *
  Cys Gly Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala
  TGT GGA GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC

          -5    @        1           5
  Arg Phe Arg Arg Gly Ala Arg Glu Ile Thr Arg Thr Thr Leu
  CGA TTC AGA AGA GGA GCC AGA GAA ATA ACT CGT ACT CTT CAG

          10
  Gln Ser Asp
  CAG TCT GAT (SEQ ID NOS:14-15)
```

6,060,447

## 21

(2) pSVF8-80S

Twelve codons were deleted from pSVF8-80 by in vitro mutagenesis, and the Ser (position 1) codon changed to a codon for Glu. This placed the Glu FVIII:c light chain residue after Ser23 of the putative tPA signal peptide (indicated by an asterisk). Cleavage by signal peptidase on the carboxy side of Ser23 releases the non-mutant FVIII:C light chain. The tPA—80 K chain fusion region of pSVF8-80S is shown below. Otherwise this plasmid is identical to pSVF8-80.

## 22

This construction was made in the hope that cleavage by a Golgi-resident protease with dibasic specificity would release FVIII:C light chains having Glu amino termini.

(4) PSVF8-80A

Seven codons of pSVF8-80 were deleted by site-directed mutagenesis, removing the DNA encodina the putative tPA pro sequence, and the Ser (position 1) codon was replaced

```
pSVF8-80S:

    -23        -20              -15              -10
    Met Asp Ala Met Lys Arg Gly Leu Cys Cys Val Leu Leu Leu
    ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG

              -5               *   1         5
    Cys Gly Ala Val Phe Val Ser Pro Ser Glu Ile Thr Arg Thr
    TGT GGA GCA GTC TTC GTT TCG CCC AGC GAG ATA ACT CGT ACT

              10
    Thr Leu Gln Ser Asp Gln Glu Glu Ile Asp Tyr Asp Asp Thr
    CTT CAG CAG TCT GAT CAA GAG GAA ATT GAC TAT GAT GAT ACC (SEQ ID NOS:16-17)
```

(3) pSVF8-80R

A deletion of three codons of pSVFS-80, to remove the tPA pro-tripeptide, was made by in vitro mutagenesis, and the Ser (position 1) codon was changed to one for Glu. This places a Glu residue after Arg32 of the tPA pro-peptide, marked with @ on the tPA-80 K chain fusion region of pSVF8-80R shown below:

by a Glu codon after codon 28 (Ala) of the putative tPA signal peptide coding sequence (indicated by an asterisk below). Cleavage by signal peptidase on the carboxy side of Ala$_{28}$ will release non-mutant FVIII:C light chain. The tPA-80 K chain fusion region is shown below. Otherwise, this plasmid is identical to pSVF8-80.

```
pSVF8-80R:

    -32  -30              -25              -20
    Met Asp Ala Met Lys Arg Gly Leu Cys Cys Val Leu Leu Leu
    ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG

         -15              -10              -5
    Cys Gly Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala
    TGT GGA GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC

              @   1                        10
    Arg Phe Arg Arg Glu Ile Thr Arg Thr Thr Leu Gln Ser Asp
    CGA TTC AGA AGA GAG ATA ACT CGT ACT CTT CAG CAG TCT GAT (SEQ ID NOS:18-19)
```

50

```
pSVF8-80A:

    -28        -25              -20              -15
    Met Asp Ala Met Lys Arg Gly Leu Cys Cys Val Leu Leu Leu
    ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG

              -10              -5               *
    Cys Gly Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala
    TGT GGA GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC

    1                        10
    Glu Ile Thr Arg Thr Thr Leu Gln Ser Asp Gln Glu Glu Ile
    GAG ATA ACT CGT ACT CTT CAG CAG TCT GAT CAA GAG GAA ATT (SEQ ID NOS:20-21)
```

6,060,447

23

(B) Expression and Protein Sequence Analysis

(1) Transfection into COS7 Cells

COS7 cells were transfected using the DEAE-dextran procedure described in Example 1, and conditioned media were assayed by the LC-ELISA. All four derivatives of pSVF8-80 encode 80 K M$_r$ glycoproteins that are reactive in the LC-ELISA and that can be immunoprecipitated after biosynthetic radiolabeling with various anti-FVIII:C light chain antibodies. Except for pSVF8-80R, all the derivatives lead to secretion of about the same amount of 80 K glyco-protein as pSVF8-80. Secretion of 80 K glycoprotein from cells transfected with PSVF8-80R is very poor, usually less than 25% of that produced from the other plasmids. In addition, the appearance of this FVIII:C light chain is different on gel electrophoresis, where the bands are always diffuse.

(2) Expression in CHO Cells

Each of these plasmids was introduced into DUKX-B11 CHO cells with pAd-DHFR as described in Example 4. Permanent cell lines were established for production of each type of light chain. Expression of the 80 K M$_r$ glycoproteins in CHO cells is very similar to expression in COS7 cells, with respect to the amounts of glycoprotein secreted and the appearance of the 80 K bands on gel electrophoresis. CHO lines transfected with pSVF8-80R produced such a low level of 80 K glycoprotein that analysis of this material was not done.

3. Purification and Amino Acid Sequence Analysis

Conditioned media from either large scale COS7 trans-fections (pSVF8-80KG) or from transfected (amplified) CHO cell lines (pSVF8-80K cell line 1OC2B5; pSVF8-80A, cell line AIN; pSVF8-80S, cell line SiR) were prepared. The medium was DME H12 with 10% FBS. FVIII-LC was purified for sequencing by a two-step procedure comprising ion exchange chromatography followed by affinity chroma-tography. Ion exchange chromatography was performed as follows: A column of S-FF Sepharose® (15×0.8 cm) was equilibrated with 0.02M MES, 0.05M NaCl, 0.01M CaCl$_2$, pH 5.8, $\lambda_{20° C.}$=7.2 mS. Conditioned medium (500–1300 mL) was applied to the column after adjustment of pH to 5.8 with a flow rate of 100 mL/h. The column was washed with 10 column volumes of 0.05M imidazole, 0.05M NaCl, 0.01M CaCl$_2$, pH 7.35, $\lambda_{20° C.}$=8.8 mS at a flow rate of 200 mL/h. FVIII-LC was eluted by addition of 0.1M CaCl$_2$ to the washing buffer, flow rate 50 mL/h. All operations were performed at 4° C.

Affinity chromatography was performed as follows: The murine monoclonal anti-FVIII-LC antibody 56-IgG was coupled to Sepharose® 4B by the CNBr method to a density of 2.5 mg/mL gel. The FVIII-LC containing eluate was incubated with the immunosorbent overnight at room

24

temperature, 1 mL of gel per 1000 units FVIII-LC. The gel was then packed into a column and washed with 20 column volumes of a low salt buffer (0.05M imidazole, 0.15M NaCl, 0.01M CaCl$_2$, 10% glycerol, 0.02% NaN$_3$, pH 7.3), fol-lowed by 20 column volumes of a high salt buffer (0.05M imidazole, 1.0M NaCl, 10% glycerol, pH 7.3). FVIII-LC was eluted from the immunosorbent using 1M CaCl in 0.05M imidazole, 1.0M NaCl, 10% glycerol after one hour incubation. The eluate was immediately desalted on a Sephadex® G-25 column to a solution of 0.05M imidazole, 0.15M NaCl, 0.01M CaCl$_2$, 10% glycerol, 0.02% Tween® 80, 0.02% NaN$_3$, pH 7.3 and stored at –80° C. N-terminal sequence analysis was performed on an Applied Biosystem 477A sequencer.

The results of this analysis are shown in Table 7. The 80 K glycoprotein encoded by pSVF8-80KG has a tripeptide extension on its aminoterminus. Presumably this is the tPA pro tripeptide Gly-Ala-Arg, which cannot be processed by the Arg-Glu protease that recognizes the FVIII:C B domain. Further, the N-terminal sequences reveal that the signal peptide of tPA is actually 22 amino acid residues in length, with signal peptidase cleavage occurring on the carboxy side of Pro$_{22}$. Therefore, plasmid constructions pSVF8-80S and pSVF8-80A, predicated upon signal peptidase cleavage after Ser$_{23}$ and Ala$_{28}$, respectively, lead to incorrect amino ter-minal residues on the 80 K light chains.

TABLE 7

N-terminal Sequences of 80 K Chains
with Modified tPA pre-pro Regions

| Plasmid | N-terminal Sequence | Amount (pmol) |
|---|---|---|
| pSVF8-80 | X-Ile-X-Arg-Thr-X-Leu-Gln-X-Asp-Gln- (SEQ ID NO:22) | 10 |
| pSVF8-80KG | X-X-Arg-Glu-Ile-Thr-Arg-Thr-Thr-Leu- (SEQ ID NO:22) | 20 |
| pSVF8-80S | Ser-Glu-Ile-Thr-Arg-Thr- (SEQ ID NO:24) | 40 |
| pSVF8-80A | X-Gln-Glu-Ile- (SEQ ID NO:25) | 40 |

Results shown in this example reveal the difficulty of predicting how a secreted polypeptide will be processed following transcription and translation. Modifications of the protein sequence have unexpected consequences for pro-teolytic processing and oligosaccharide addition, and can affect the overall efficiency of secretion.

Example 6

This example describes a method for expression of authentic FVIII:C light chains using the signal peptide of human $\alpha_1$-antitrypsin.

A. Preparation of Plasmids

1. pSVα1AT.Met

A cDNA encoding the mature human $\alpha_1$-antitrypsin polypeptide had been assembled using fragments of human liver cDNA clones and a synthetic oligonucleotide; the assembly was ligated as a BamHi-SalI fragment into pBR322 to make plasmid pAT(Met) (Rosenberg et al, Nature (1984) 312:77–80). A synthetic oligonucleotide linker-adapter and part of a cDNA clone encoding the signal peptide were used to attach the signal peptide coding sequence, with an EcoRI restriction site on the 5' end, to the BamHI site of pAT(Met). The resulting 1271 bp EcoRI-SalI fragment, encoding the translated sequences of human

6,060,447

25

α₁-antitrypsin, was ligated into the EcoRI-SalI sites of pSV7d (described in Example 1) to make pSVα1AT.Met.

2. pSVF8-80AT

Plasmid pSVα1AT.Met was opened at the BamHI site, which occurs at the boundary between the codons of the signal peptide and mature α₁-antitrypsin sequences. The cohesive end of this restriction site was removed with mung bean nuclease to leave the GAG (Glu) codon, and the α₁-antitrypsin sequence was deleted by digestion with SalI. The coding sequence of FVIII:C 80 K was prepared for attachment by in vitro mutagenesis of codons 1 and 2 of pSVF8-80 to form an EcoRV site (which preserves codon 2 as an Ile codon). This allowed the FVIII:C light chain coding sequence (as an EcoRV-SalI sequence starting at codon 2) to be fused in correct reading frame to codon 1 of α₁-antitrypsin, and replace the coding sequence of mature human α₁-antitrypsin.

The coding sequence of pSVF8-80AT in the region of fusion is shown translated below. Except for substitution of the α₁-antitrypsin signal peptide coding sequence for the tPA pre-pro coding sequence, this plasmid is identical to pSVF8-80.

26

80AT directs the synthesis of FVIII:C light chains that appear as a doublet of 77–80 K $M_r$. The amount produced in COS7 cells is the same as for pSVF8-80. Co-expression with pSVF8-92C, or other FVIII:C heavy chain plasmid, leads to production of active PVIII:C complexes measured in the COATEST assay.

2. Purification and amino acid sequence analysis

Material for purification was prepared by transfection of COS7 cells in T-175 flasks, using increased cell density and decreased chloroquine diphosphate concentration. Conditioned media were collected 60 hours after transfection. Purification and amino acid sequence analysis were performed as described in Example 5. The results of aminoterminal sequence analysis (Table 8) indicate that the FVIII:C light chain encoded by pSVF8-80AT has the same aminoterminal sequence as authentic human plasma FVIII:C light chain.

```
pSVF8-80AT (amino terminal region):

-24        -20            -15            -10
Met Pro Ser Ser Val Ser Trp Gly Ile Leu Leu Leu Ala Gly Leu
ATG CCC TCG AGC GTC TCG TGG GGC ATC CTC CTG CTG GCA GGC CTG

           -5              1            5
Cys Cys Leu Val Pro Val Ser Leu Ala Glu Ile Thr Arg Thr Thr
TGC TGC CTG GTC CCT GTC TCC CTG GCT GAG ATC ACT CGT ACT ACT

           10             15            20
Leu Gln Ser Asp Gln Glu Glu Ile Asp Tyr Asp Asp Thr Ile Ser
CTT CAG TCT GAT CAA GAG GAA ATT GAC TAT GAT GAT ACC ATA TCA (SEQ ID NOS:26-27)
```

TABLE 8

| | N-terminal Sequence of 80 K Chains Secreted Using α₁-antitrypsin Signal Peptide | |
|---|---|---|
| Plasmid | N-terminal Sequence | Amount (pmol) |
| pSVF8-80 | X-Ile-X-Arg-Thr-X-Leu-Gln-X-Asp-Gln- | 10 |
| pSVF8-80AT | Glu-Ile-Thr-Arg-Thr-X-Leu-Gln-Ser-Asp-Gln | 10 |

B. Expression and Amino Acid Sequence Analysis

1. Expression of pSVF8-80AT in COS7 cells

COS7 cells were transfected with pSVF8-80AT and a heavy chain expression plasmid, usually pSVF8-92C. Conditioned media were assayed by LC-ELISA, HC-ELISA and COATEST. Transfected cells were also labeled with radioactive Met, so that the biosynthetically radiolabeled FVIII:C light chains could be immunoprecipitated and visualized after polyacrylamide gel electrophoresis. Plasmid SVF8-

3. In vitro assembly of 80AT FVIII:C light chains

The ability of 80 AT FVIII:C light chains to recombine with purified FVIII:C heavy chains in vitro was tested in an experiment shown in Table 9. Purified FVIII:C light chains were incubated at concentrations of 3.7 U/mL with purified recombinant (from full-length human FVIII:C) heavy chains at 17 U/mL in buffer containing 50 m Mn⁺⁺ and 150 μM β-mercaptoethanol. As the control, purified recombinant heavy and light chains were allowed to Lreassociate under the same conditions, and the quantity of active FVIII:C produced was assayed by COATEST. These results suggest that the 8OAT FVIII:C light chain can be combined in vitro with purified recombinant heavy chain.

6,060,447

27

28

TABLE 9

| Combination of Recombinant FVIII:C Light Chains with Heavy Chains in vitro | | |
| Purified FVIII-LC | Purified FVIII-HC | Percent Control Activity |
| --- | --- | --- |
| 80AT | full-length | 86 |
| 80S | full-length | 51 |
| 80A | full-length | 92 |
| 80KG | full-length | 233 |

## Example 7

This example describes plasmids for improved expression of the Factor VIII:C heavy chain. Modifications in DNA sequences responsible for the initiation of transcription and in non-coding sequences are made in order to increase the efficiency of transcription and the stability of the messenger RNA. The heavy chain glycoprotein is modified by a carboxy-terminal extension composed of segments of the B domain joined by a short peptide. This is done to obtain a heavy chain that is secreted from cells more efficiently, is more stable in tissue culture medium, and assembles more efficiently with the light chain.

A. Preparation of Plasmids

1. pCMVF8-92/6x

In an effort to improve the level of transcription and stability of the messenger RNA for the Factor VIII:C 92 K $M_r$ heavy chain, the SV40 early transcriptional initiation region was replaced by sequences from the human cytomegalovirus immediate early region (Boshart et al, *Cell* (1985) 4:521–530). In addition, 5' untranslated sequences contributed by the SV40 early region to the messenger RNA were replaced with the 5' untranslated sequences of the HCMV IEl gene, including its first intron. This intron is included on the assumption that spliced transcripts lead to faster processing and more stable mRNA. The expression vector also has an SV40 origin of replication to permit transient expression in COS7 cells, and a bacterial β-lactamase gene to permit DNA cloning by selection for ampicillin resistance. The plasmid was constructed from a 700 bp SalI-PvuI fragment of pSV7d (described in Example 1) containing the SV40 polyadenylation region, a 1400 bp PvuI-EcoRI (filled in with Klenow polymerase) fragment of pSVT2 (Myers et al, *Cell* (1981) 25:373–84; Rio et al, *Cell* (1983) 32:1227–40) providing the SV40 origin of replication and the rest of the β-lactamase gene, a 1700 bp SspI-SalI fragment derived from a plasmid subclone of the human cytomegalovirus (Towne strain) in which the SalI site was introduced by in vitro mutagenesis near the translational start site for the IEl protein, and the 4300 bp SalI-SalI fragment of pSVF8-92C (described in Example 2) containing the cDNA encoding the Factor VIII:C 92 K $M_r$ glycoprotein.

2. pSVF8-92tβ

This plasmid is a derivative of pSVF8-92C that encodes the 92 K $M_r$ recombinant heavy chain with a C-terminal extension composed of N-terminal and C-terminal amino acid residues of the central (B) domain of the Factor VIII:C precursor linked by a peptide hinge peptide homologous to that of human immunoglobulin A heavy chain. It is composed of a 4900 bp HindIII-SalI fragment from pSVF8-92C, into which was inserted a 110 bp HindIII-SalI synthetic linker-adapter (shown below).



```
←----------------N-terminus of B Domain----------------
      SerPheSerGlnAsnSerArgHisProS-
    erThrArgGlnLysGlnPheAsnAla
        AGCTTCTCCCAGAATTCTAGACAC-
  CCTAGCACTAGGCAAAAGCAATTTAATGCC
            |      AGAGGGTCTTAAGATCTGTGGGATCGT-
  GATCCGTTTTCGTTAAATTACGG
      |         |     |
   HindIII   EcoRI  XbaI


---←----IgA hinge ---←←---C-terminus of B Domain-→
  ThrProProThrProProThrProProValLeuLysArgHisGlnArgOP OC
  ACCCCTCCTACACCACCAACCCCACCAGTACTGAAACGGCATCAACGGTGATAAG
  TGGGGAGGATGTGGTGGTTGGGGTGGTCATGACTTTGCCGTAGTTGCCACTATTCAGCT
                             |                           |
                           ScaI                        SalI
```

The linker-adapter encodes a carboxy-terminal extension of 34 additional amino acid residues, and one potential site of N-linked glycosylation. The C-terminal peptide should increase the molecular weight of the heavy chain to approximately 96 K $M_r$, and to about 99 K $M_r$ if it is glycosylated.

B. Assay for FVIII:C Heavy Chain Antigen and FVIII:C Complex Formation

The cofactor activity of the FVIII:C light chain-heavy chain complex was estimated using a commercially available test kit from KabiVitrum (COATEST). Immunoreactive FVIII:C light chain was measured by ELISA using HZ IgG coating antibody and peroxidase-conjugated antibodies from Nordisk Gentofte. The FVIII:C heavy chain immunoreactivity was quantified using an ELISA developed at Nordisk Gentofte, which employs human polyclonal antibody from an inhibitor patient (E-IgG).

C. Transient Expression of pCMVF8-92/6x

The pCMVF8-92/6x plasmid was cotransfected with various FVIII:C light chain plasmids (described in Example 5) into COS7 cells using the DEAE-dextran procedure. A sample of results from these transfections is shown in Table 10. The data suggest that addition of the CMV IEl promoter/enhancer, and the 5' untranslated sequences of the IEl gene yields a 2.5 fold improvement (on average) in FVIII:C heavy chain expression.

6,060,447

| 29 | 30 |

### TABLE 10

Expression in COS7 Cells of
pCMVF8-92/6x Versus pSVF8-92R

| | | FVIII:C Activity (mU/mL) | |
|---|---|---|---|
| HC-Plasmid | LC-Plasmid | COA[a] | HC-RIA[b] |
| pSVF8-92C | pSVF8-80 | 46 | 160 |
| pSVF8-92C | –80A | 34 | 72 |
| pSVF8-92C | –80R | 61 | 310 |
| pSVF8-92C | –80S | 31 | 45 |
| pCMVF8-92/6x | –80 | 87 | 290 |
| pCMVF8-92/6x | –80A | 131 | 140 |
| pCMVF8-92/6x | –80R | 178 | 330 |
| pCMVF8-92/6x | –80S | 114 | 690 |

[a]COATEST assay
[b]Radioimmunoassay for heavy chain

D. Transient Expression in COS7 Cells of DSVF8-92tβ

Shown in Table 11 are the results of cotransfecting pSVF8-92tβ with a Factor VIII:C light chain expression plasmid (pSVF8-80AT, described in Example 6) into COS7 cells. The 92tβ heavy chain is secreted at higher levels than the 92C heavy chain, which has a single amino acid (Ser) carboxy-terminal extension. The ratio of COATEST (COA) activity to ELISA-reactive glycoprotein (a measure of complex formation) is greater for 92tβ chains than for 92C chains. In addition, the 92tβ heavy chain is secreted well in serum-free medium and appears to be stable, with a ratio of activity to protein nearly the same as in 10% FBS. These results show that this 34 amino acid carboxy-terminal extension improves secretion and stabilizes the recombinant FVIII:C heavy chain.

### TABLE 11

Expression of pSVF8-92tβ in COS7 Cells

| | | | | mU/mL FVIII | | |
|---|---|---|---|---|---|---|
| Exp[†] | Medium | Plasmid 1 | Plasmid 2 | COATEST | LC[a] | HC[b] |
| 1 | 10% FBS | pSVF8-92tβ | pSVF8-80AT | 41 | 487 | 98 |
| | | pSVF8-92C | pSVF8-80AT | 23 | 442 | 49 |
| 2 | 10% FBS | pSVF8-92tβ | pSVF8-80AT | 80 | 484 | 162 |
| | | pSVF8-92C | pSVF8-80AT | 30 | 639 | 90 |
| 3 | HB CHO | pSVF8-92tβ | pSVF8-80AT | 38 | 262 | 125 |

[†]COS7 cell monolayers in duplicate were exposed to DNA in DEAE-Dextran, washed, and treated with medium containing chloroquine diphosphate for 8 hrs. Cells were washed to remove the drug, then covered with 5 mL DME H21 containing 10% FBS. For expression in serum-free medium, dishes were washed after 12–16 hrs. and overlaid with HB CHO ® from Hana Biologicals. Conditioned media were assayed for FVIII:C activity as described.
[a]by ELISA assay specific for light chain.
[b]by ELISA assay specific for heavy chain.

### Example 8

This example describes a method for expression of a FVIII:C heavy chain having Arg[740] as the C-terminus.
A. Preparation of Plasmid pCMVF8-92R

The FVIII:C heavy chain encoded by the plasmid pCMVF8-92/6x has Ser[741] as a C-terminal extension. In order to obtain a FVIII:C heavy chain with Arg[740] as the C-terminus, a 1588 bp BamHI fragment of pCMVF8-92/6x, encoding the 3' end of the coding sequence derived from

pSVF8-92C was purified. This fragment was cloned into m13mp18 and the Ser[743] residue was changed to a translational stop codon by in vitro mutagenesis. The pCMVF8-92R expression plasmid was assembled by cloning the mutagenized BamHI fragment into the 5840 bp BamHI fragment of the original vector. By this procedure 680 bp of FVIII:C 3' untranslated sequences were deleted.
B. Transient Expression in COS7 Cells of pCMVF8-92R

The pCMVF8-92R plasmid was co-transfected with the FVIII:C light chain plasmid pSVF8-80AT (described in Example 6) into COS7 cells using the calcium phosphate technique (Graham and van der Eb, Virol (1973) 52:456–67). The media was changed 18 and 42 hours post-transfection. Media samples for assays were collected 66 hours post-transfection. The results from these assays are shown in Table 12 below. The data shows that FVIII:C activity was generated when pCMVF8-92R was cotransfected with a plasmid providing expression of FVIII LC.

### TABLE 12

Coexpression in pCMVF8-92R and pSVF8-80AT

| Transfection | COA (mU/mL) | HC:Ag (mU/mL) | LC:Ag (mU/mL) |
|---|---|---|---|
| A | 243 | 400 | 990 |
| B | 263 | 460 | 1190 |

### Example 9

This example describes the preparation of a stable CHO cell line that produces the native FVIII:C M, 92K-80K complex.

The DHFR⁻ CHO cell line DG44 (G. Urlaub et al, Som Cell Mol Genet (1986) 12:555–66) was first transfected with the plasmid pCMVF8-80AT. In this plasmid the CMV promoter (described in Example 7) regulates FVIII LC cDNA derived from pSVF8-80AT (described in Example 6), and downstream contains the Ad-MLP/dhfr cassette derived from pAd-DHFR (described in Example 4). The cells were transfected using the polybrene method described by W. Chaney et al, Som Cell Mol Genet (1986) 12:237–44. By selecting for DHFR+ cells (in DMEM+10% DFSC) several FVIII-LC producers were isolated; one of which was designated 11 W.

In order to introduce FVIII-HC into 11 W, the cell line was cotransfected with the plasmid pPR78 (this plasmid is analogous to pCMVF8-80AT, but contains the HC cDNA derived from pCMVF8-92R described in Example 8 instead of the LC cDNA) and pSV2-neo (P. J. Southern and P. Berg, J Mol Appl Gen (1982) 1:327–41). The transfection method used was the modified calcium phosphate procedure (G. Chen and H. Okayama, Mol Cell Biol (1987) 7:2745–52). Transfectants were isolated in medium containing 700 μg/mL Geneticin (G418 sulfate, Gibco). Cells from the primary pool were subcloned by limiting dilution, and individual clones tested for expression of active FVIII:C. In this way several FVIII:C producing cell lines were isolated, one of which was designated 45-4/B-9.

45-4/B-9 was grown to confluency in a T-75 culture flask (DMEM+10% DFCS+700 μg/mL Geneticin) at 37° C., after which the cells were transferred to 27° C. and acclimatized for 3 days before an expression period of 24 hours. After the expression period, the FVIII:C concentration was measured to 12.8 U/mL using the chromogenic assay (Kabi).

6,060,447

**31**

Deposit Information
The following materials were deposited with the American Type Culture Collection:

| Plasmid | Deposit Date | Accession No. |
|---------|--------------|---------------|
| pSVF8-92 | 24 January 1986 | 40222 |
| pSVF8-80 | 24 January 1986 | 40223 |
| pSVF8-200 | 17 July 1985 | 40190 |

The above materials have been deposited with the American Type Culture Collection, Rockville, Md., under the accession numbers indicated. This deposit will be maintained under the terms of the Budapest Treaty on the International Recognition of the Deposit of Microorganisms for purposes of Patent Procedure. The deposits will be maintained for a period of 30 years following issuance of this patent, or for the enforceable life of the patent, which-

**32**

ever is greater. Upon issuance of the patent, the deposits will be available to the public from the ATCC without restriction.

These deposits are provided merely as convenience to those of skill in the art, and are not an admission that a deposit is required under 35 U.S.C. §112. The sequence of the polynucleotides contained within the deposited materials, as well as the amino acid sequence of the polypeptides encoded thereby, are incorporated herein by reference and are controlling in the event of any conflict with the written description of sequences herein. A license may be required to make, use, or sell the deposited materials, and no such license is granted hereby.

Although the foregoing invention has been described in some detail by way of illustration and example for purposes of clarity of understanding, it will be obvious that certain changes and modifications may be practiced within the scope of the appended claims.

```
                          SEQUENCE LISTING


      (1) GENERAL INFORMATION:

          (iii) NUMBER OF SEQUENCES: 31

      (2) INFORMATION FOR SEQ ID NO:1:

          (i) SEQUENCE CHARACTERISTICS:
              (A) LENGTH: 30 base pairs
              (B) TYPE: nucleic acid
              (C) STRANDEDNESS: double
              (D) TOPOLOGY: linear

          (ii) MOLECULE TYPE: DNA (genomic)

          (ix) FEATURE:
              (A) NAME/KEY: misc_difference
              (B) LOCATION: replace(1..4, "")
              (D) OTHER INFORMATION: /note= "Overhang:  not paired with
                  complimentary strand."

          (xi) SEQUENCE DESCRIPTION: SEQ ID NO:1:

      AGCTAGATCT CCCGGGTCTA GATAAGTAAT                                    30


      (2) INFORMATION FOR SEQ ID NO:2:

          (i) SEQUENCE CHARACTERISTICS:
              (A) LENGTH: 30 base pairs
              (B) TYPE: nucleic acid
              (C) STRANDEDNESS: double
              (D) TOPOLOGY: linear

          (ii) MOLECULE TYPE: DNA (genomic)

          (ix) FEATURE:
              (A) NAME/KEY: misc_difference
              (B) LOCATION: replace(1..4, "")
              (D) OTHER INFORMATION: /note= "Overhang:  not paired with
                  complimentary strand."

          (xi) SEQUENCE DESCRIPTION: SEQ ID NO:2:

      GATCATTACT TATCTAGACC CGGGAGATCT                                    30


      (2) INFORMATION FOR SEQ ID NO:3:

          (i) SEQUENCE CHARACTERISTICS:
              (A) LENGTH: 26 base pairs
```

6,060,447

33                                                                      34

-continued

```
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: double
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:3:

AGATCTCGAA TTCCCCGGGG GTACCT                                    26


(2) INFORMATION FOR SEQ ID NO:4:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 30 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: double
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (ix) FEATURE:
        (A) NAME/KEY: misc_difference
        (B) LOCATION: replace(1..4, "")
        (D) OTHER INFORMATION: /note= "Overhang:  not paired with
            complimentary strand."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:4:

CTAGAGGTAC CCCCGGGGAA TTCGAGATCT                                30


(2) INFORMATION FOR SEQ ID NO:5:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 36 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: double
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (ix) FEATURE:
        (A) NAME/KEY: misc_difference
        (B) LOCATION: replace(1..4, "")
        (D) OTHER INFORMATION: /note= "Overhang:  not paired with
            complimentary strand."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:5:

GATCTCGAAT TCCCCGGGTC TAGAGGATCC GTCGAC                         36


(2) INFORMATION FOR SEQ ID NO:6:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 36 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: double
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (ix) FEATURE:
        (A) NAME/KEY: misc_difference
        (B) LOCATION: replace(1..4, "")
        (D) OTHER INFORMATION: /note= "Overhang:  not paired with
            complimentary strand."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:6:

CTAGGTGCAC GGATCCTCTA GACCCGGGGA ATTCGA                         36


(2) INFORMATION FOR SEQ ID NO:7:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 49 base pairs
        (B) TYPE: nucleic acid
```

6,060,447

**35**                                                                    **36**

-continued

```
            (C) STRANDEDNESS: double
            (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

      (ix) FEATURE:
            (A) NAME/KEY: misc_difference
            (B) LOCATION: replace(1..4, "")
            (D) OTHER INFORMATION: /note= "Overhang:  not paired with
                complimentary strand."

      (ix) FEATURE:
            (A) NAME/KEY: CDS
            (B) LOCATION: 36..47

      (ix) FEATURE:
            (A) NAME/KEY: misc_difference
            (B) LOCATION: replace(46..49, "")
            (D) OTHER INFORMATION: /note= "Overhang:  not paired with
                complimentary strand."

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:7:

GATCCTCTCC AGTTGAACAT TTGTAGCAAT AAGTC ATG CAA ATA GAG CT          49
                                      Met Gln Ile Glu
                                        1


(2) INFORMATION FOR SEQ ID NO:8:

      (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 4 amino acids
            (B) TYPE: amino acid
            (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: protein

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:8:

Met Gln Ile Glu
  1


(2) INFORMATION FOR SEQ ID NO:9:

      (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 41 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: double
            (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:9:

CTATTTGCAT GACTTATTGC TACAAATGTT CAACTGGAGA G                    41


(2) INFORMATION FOR SEQ ID NO:10:

      (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 9 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:10:

GTCATGCAA                                                        9


(2) INFORMATION FOR SEQ ID NO:11:

      (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 7 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
```

6,060,447

37                                                                        38

-continued

```
      (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: DNA (genomic)

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:11:

ACCATGG                                                          7


(2) INFORMATION FOR SEQ ID NO:12:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 135 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: DNA (genomic)

  (ix) FEATURE:
          (A) NAME/KEY: CDS
          (B) LOCATION: 1..135

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:12:

ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG TGT GGA     48
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
1               5                   10                  15

GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC CGA TTC AGA AGA     96
Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Arg Phe Arg Arg
            20                  25                  30

GGA GCC AGA TCT ATA ACT CGT ACT CTT CAG CAG TCT GAT               135
Gly Ala Arg Ser Ile Thr Arg Thr Leu Gln Gln Ser Asp
        35                  40                  45


(2) INFORMATION FOR SEQ ID NO:13:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 45 amino acids
          (B) TYPE: amino acid
          (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: protein

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:13:

Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
1               5                   10                  15

Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Arg Phe Arg Arg
            20                  25                  30

Gly Ala Arg Ser Ile Thr Arg Thr Leu Gln Gln Ser Asp
        35                  40                  45


(2) INFORMATION FOR SEQ ID NO:14:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 135 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: DNA (genomic)

  (ix) FEATURE:
          (A) NAME/KEY: CDS
          (B) LOCATION: 1..135

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:14:

ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG TGT GGA     48
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
1               5                   10                  15
```

6,060,447

<table>
<tr><td>39</td><td>40</td></tr>
</table>

-continued

```
GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC CGA TTC AGA AGA      96
Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Arg Phe Arg Arg
          20                  25                  30

GGA GCC AGA GAA ATA ACT CGT ACT CTT CAG CAG TCT GAT               135
Gly Ala Arg Glu Ile Thr Arg Thr Leu Gln Gln Ser Asp
      35                  40                  45
```

(2) INFORMATION FOR SEQ ID NO:15:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 45 amino acids
        (B) TYPE: amino acid
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: protein

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:15:

```
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
1               5                  10                  15

Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Arg Phe Arg Arg
          20                  25                  30

Gly Ala Arg Glu Ile Thr Arg Thr Leu Gln Ser Asp
      35                  40                  45
```

(2) INFORMATION FOR SEQ ID NO:16:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 126 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (ix) FEATURE:
        (A) NAME/KEY: CDS
        (B) LOCATION: 1..126

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:16:

```
ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG TGT GGA      48
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
1               5                  10                  15

GCA GTC TTC GTT TCG CCC AGC GAG ATA ACT CGT ACT CTT CAG CAG TCT      96
Ala Val Phe Val Ser Pro Ser Glu Ile Thr Arg Thr Leu Gln Gln Ser
          20                  25                  30

GAT CAA GAG GAA ATT GAC TAT GAT GAT ACC               126
Asp Gln Glu Glu Ile Asp Tyr Asp Asp Thr
      35                  40
```

(2) INFORMATION FOR SEQ ID NO:17:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 42 amino acids
        (B) TYPE: amino acid
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: protein

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:17:

```
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
1               5                  10                  15

Ala Val Phe Val Ser Pro Ser Glu Ile Thr Arg Thr Leu Gln Gln Ser
          20                  25                  30

Asp Gln Glu Glu Ile Asp Tyr Asp Asp Thr
      35                  40
```

6,060,447

**41**                                                                                     **42**

--continued

(2) INFORMATION FOR SEQ ID NO:18:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 126 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (ix) FEATURE:
        (A) NAME/KEY: CDS
        (B) LOCATION: 1..126

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:18:

```
ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG TGT GGA     48
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
 1               5                  10                  15

GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC GCC CGA TTC AGA AGA         96
Ala Val Phe Val Ser Pro Ser Gln Glu Ile Ala Arg Phe Arg Arg
             20                  25                  30

GAG ATA ACT CGT ACT CTT CAG CAG TCT GAT                            126
Glu Ile Thr Arg Thr Leu Gln Gln Ser Asp
         35                  40
```

(2) INFORMATION FOR SEQ ID NO:19:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 42 amino acids
        (B) TYPE: amino acid
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: protein

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:19:

```
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
 1               5                  10                  15

Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Arg Phe Arg Arg
             20                  25                  30

Glu Ile Thr Arg Thr Leu Gln Gln Ser Asp
         35                  40
```

(2) INFORMATION FOR SEQ ID NO:20:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 126 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (ix) FEATURE:
        (A) NAME/KEY: CDS
        (B) LOCATION: 1..126

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:20:

```
ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG TGT GGA     48
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
 1               5                  10                  15

GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC GAG ATA ACT CGT     96
Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Glu Ile Thr Arg
             20                  25                  30

ACT CTT CAG CAG TCT GAT CAA GAG GAA ATT                            126
Thr Leu Gln Gln Ser Asp Gln Glu Glu Ile
         35                  40
```

6,060,447

43                                                              44

—continued

(2) INFORMATION FOR SEQ ID NO:21:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 42 amino acids
            (B) TYPE: amino acid
            (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: protein

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:21:

Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
1               5                   10                  15

Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Glu Ile Thr Arg
            20                  25                  30

Thr Leu Gln Gln Ser Asp Gln Glu Glu Ile
        35                  40


(2) INFORMATION FOR SEQ ID NO:22:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 11 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:22:

Xaa Ile Xaa Arg Thr Xaa Leu Gln Xaa Asp Gln
1               5                   10


(2) INFORMATION FOR SEQ ID NO:23:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 10 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:23:

Xaa Xaa Arg Glu Ile Thr Arg Thr Thr Leu
1               5                   10


(2) INFORMATION FOR SEQ ID NO:24:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 6 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:24:

Ser Glu Ile Thr Arg Thr
1               5


(2) INFORMATION FOR SEQ ID NO:25:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 4 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

6,060,447

45                                                                          46

---

-continued

```
    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:25:

Xaa Gln Glu Ile
1


(2) INFORMATION FOR SEQ ID NO:26:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 135 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (ix) FEATURE:
        (A) NAME/KEY: CDS
        (B) LOCATION: 1..135

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:26:

ATG CCC TCG AGC GTC TCG TGG GGC ATC CTC CTG CTG GCA GGC CTG TGC      48
Met Pro Ser Ser Val Ser Trp Gly Ile Leu Leu Leu Ala Gly Leu Cys
1               5                   10                  15

TGC CTG GTC CCT GTC TCC CTG GCT GAG ATC ACT CGT ACT ACT CTT CAG      96
Cys Leu Val Pro Val Ser Leu Ala Glu Ile Thr Arg Thr Thr Leu Gln
            20                  25                  30

TCT GAT CAA GAG GAA ATT GAC TAT GAT GAT ACC ATA TCA                 135
Ser Asp Gln Glu Glu Ile Asp Tyr Asp Asp Thr Ile Ser
        35                  40                  45


(2) INFORMATION FOR SEQ ID NO:27:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 45 amino acids
        (B) TYPE: amino acid
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: protein

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:27:

Met Pro Ser Ser Val Ser Trp Gly Ile Leu Leu Leu Ala Gly Leu Cys
1               5                   10                  15

Cys Leu Val Pro Val Ser Leu Ala Glu Ile Thr Arg Thr Thr Leu Gln
            20                  25                  30

Ser Asp Gln Glu Glu Ile Asp Tyr Asp Asp Thr Ile Ser
        35                  40                  45


(2) INFORMATION FOR SEQ ID NO:28:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 11 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:28:

Glu Ile Thr Arg Thr Xaa Leu Gln Ser Asp Gln
1               5                   10


(2) INFORMATION FOR SEQ ID NO:29:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 109 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: double
```

6,060,447

47                                                                                    48

-continued

```
      (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: DNA (genomic)

  (ix) FEATURE:
      (A) NAME/KEY: misc_difference
      (B) LOCATION: replace(1..4, "")
      (D) OTHER INFORMATION: /note= "Overhang:  not paired with
          complimentary strand."

  (ix) FEATURE:
      (A) NAME/KEY: CDS
      (B) LOCATION: 1..102

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:29:

AGC TTC TCC CAG AAT TCT AGA CAC CCT AGC ACT AGG CAA AAG CAA TTT        48
Ser Phe Ser Gln Asn Ser Arg His Pro Ser Thr Arg Gln Lys Gln Phe
 1               5                  10                  15

AAT GCC ACC CCT CCT ACA CCA CCA ACC CCA GTA CTG AAA CGC CAT          96
Asn Ala Thr Pro Pro Thr Pro Pro Thr Pro Pro Val Leu Lys Arg His
         20                  25                  30

CAA CGG TGATAAG                                                      109
Gln Arg


(2) INFORMATION FOR SEQ ID NO:30:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 34 amino acids
         (B) TYPE: amino acid
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: protein

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:30:

Ser Phe Ser Gln Asn Ser Arg His Pro Ser Thr Arg Gln Lys Gln Phe
 1               5                  10                  15

Asn Ala Thr Pro Pro Thr Pro Pro Thr Pro Pro Val Leu Lys Arg His
         20                  25                  30

Gln Arg


(2) INFORMATION FOR SEQ ID NO:31:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 109 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: double
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

     (ix) FEATURE:
         (A) NAME/KEY: misc_difference
         (B) LOCATION: replace(1..4, "")
         (D) OTHER INFORMATION: /note= "Overhang:  not paired with
             complimentary strand."

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:31:

TCGACTTATC ACCGTTGATG GCGTTTCAGT ACTGGTGGGG TTGGTGGTGT AGGAGGGGTG        60

GCATTAAATT GCTTTTGCCT AGTGCTAGGG TGTCTAGAAT TCTGGGAGA                   109
```

What is claimed:

1. A composition comprising Factor VIII:C proteins, wherein the Factor VIII:C proteins consist essentially of a first polypeptide comprising an amino acid sequence of the A domain of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) or an amino acid sequence that differs therefrom in having not more than 10 number % amino acid substitutions, and a second polypeptide comprising an amino acid sequence of the C domain of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) or an amino acid sequence that

6,060,447

49
50

differs therefrom in having not more than 10 number % amino acid substitutions.

2. The composition of claim 1, comprising a complex of the first and second polypeptides.

3. The composition of claim 2, wherein the complex has human Factor VIII:C coagulant activity.

4. The composition of claim 1, comprising a Ca++-bridged complex of the first and second polypeptides.

5. The composition of claim 4, wherein the complex has human Factor VIII:C coagulant activity.

6. The composition of claim 2, wherein the first polypeptide consists of the amino acid sequence of amino acids 1–740 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190), and the second polypeptide consists of the amino acid sequence of amino acids 1649–2332 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

7. The composition of claim 2, wherein the first polypeptide consists of amino acids 1–740 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) or an amino acid sequence that differs therefrom in having not more than 10 number % amino acid substitutions, and the second polypeptide consists of amino acids 1649–2332 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) or an amino acid sequence that differs therefrom in having not more than 10 number % amino acid substitutions.

8. The composition of claim 4, wherein the first polypeptide consists of the amino acid sequence of amino acids 1–740 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190), and the second polypeptide consists of the amino acid sequence of amino acids 1649–2332 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

9. The composition of claim 4, wherein the first polypeptide consists of amino acids 1–740 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) or an amino acid sequence that differs therefrom in having not more than 10 number % amino acid substitutions, and the second polypeptide consists of amino acids 1649–2332 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) or an amino acid sequence that differs therefrom in having not more than 10 number % amino acid substitutions.

10. The composition of claim 2, wherein the first polypeptide comprises the amino acid sequence of amino acid 1 of the A domain to an amino acid selected from the group consisting of amino acids 741–760 of the B domain as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) or an amino acid sequence that differs therefrom in having not more than 10 number % amino acid substitutions, and the second polypeptide comprises the amino acid sequence of amino acids 1649–2332 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

11. The composition of claim 4, wherein the first polypeptide comprises the amino acid sequence of amino acid 1 of the A domain to an amino acid selected from the group consisting of amino acids 741–760 of the B domain as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) or an amino acid sequence that differs therefrom in having not more than 10 number % amino acid substitutions, and the second polypeptide com-

prises the amino acid sequence of amino acids 1649–2332 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

12. The composition of claim 2, wherein the first polypeptide consists of the amino acid sequence of amino acids 1–1102 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

13. The composition of claim 2, wherein the first polypeptide consists of the amino acid sequence of amino acids 1–1315 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

14. The composition of claim 2, wherein the first polypeptide consists of the amino acid sequence of amino acids 1–1405 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

15. The composition of claim 2, wherein the first polypeptide consists of the amino acid sequence of amino acids 1–978 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

16. The composition of claim 2, wherein the first polypeptide consists of the amino acid sequence extending to an amino acid selected from the group consisting of amino acids 741–760 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

17. The composition of claim 4, wherein the first polypeptide consists of the amino acid sequence of amino acids 1–1102 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

18. The composition of claim 4, wherein the first polypeptide consists of the amino acid sequence of amino acids 1–1315 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

19. The composition of claim 4, wherein the first polypeptide consists of the amino acid sequence of amino acids 1–1405 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

20. The composition of claim 4, wherein the first polypeptide consists of the amino acid sequence of amino acids 1–978 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

21. The composition of claim 4, wherein the first polypeptide consists of the amino acid sequence extending to an amino acid selected from the group consisting of amino acids 741–760 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

22. The composition of claim 2, wherein not more than about 5 number % of the amino acids of the amino acid sequence of the first polypeptide are substituted.

23. The composition of claim 4, wherein not more than about 5 number % of the amino acids of the amino acid sequence of the first polypeptide are substituted.

24. The composition of claim 2, wherein the second polypeptide consists of the amino acid sequence from an amino acid selected from the group consisting of amino acids 1570–1649 to an amino acid selected from the group consisting of amino acids 2300–2332 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

25. The composition of claim 24, wherein the second polypeptide consists of the amino acid sequence from an

6,060,447

51

amino acid selected from the group consisting of amino acids 1600–1649 to an amino acid selected from the group consisting of amino acids 2310–2332 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

26. The composition of claim 25, wherein the second polypeptide consists of the amino acid sequence from an amino acid selected from the group consisting of amino acids 1625–1649 to an amino acid selected from the group consisting of amino acids 2325–2332 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

27. The composition of claim 26, wherein the second polypeptide consists of the amino acid sequence from an amino acid selected from the group consisting of amino acids 1640–1649 to an amino acid selected from the group consisting of amino acids 2325–2332 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

28. The composition of claim 4, wherein the second polypeptide consists of the amino acid sequence from an amino acid selected from the group consisting of amino acids 1570–1649 to an amino acid selected from the group consisting of amino acids 2300–2332 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

29. The composition of claim 28, wherein the second polypeptide consists of the amino acid sequence from an amino acid selected from the group consisting of amino acids 1600–1649 to an amino acid selected from the group consisting of amino acids 2310–2332 of human Factor

52

VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

30. The composition of claim 29, wherein the second polypeptide consists of the amino acid sequence from an amino acid selected from the group consisting of amino acids 1625–1649 to an amino acid selected from the group consisting of amino acids 2325–2332 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

31. The composition of claim 30, wherein the second polypeptide consists of the amino acid sequence from an amino acid selected from the group consisting of amino acids 1640–1649 to an amino acid selected from the group consisting of amino acids 2325–2332 of human Factor VIII:C as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

32. A pharmaceutical composition comprising the composition of claim 1 and a physiologically acceptable carrier.

33. A pharmaceutical composition comprising the composition of claim 4 and a physiologically acceptable carrier.

34. A method for treating an individual requiring Factor VIII:C activity comprising administering to the individual a sufficient amount of the protein complex of claim 32 to enhance blood clotting activity in the individual.

35. A method for treating an individual requiring Factor VIII:C activity comprising administering to the individual a sufficient amount of the protein complex of claim 33 to enhance blood clotting activity in the individual.

\* \* \* \* \*

EXHIBIT D



US006228620B1

(12) **United States Patent**
Chapman et al.

(10) Patent No.:     **US 6,228,620 B1**
(45) Date of Patent:     *May 8, 2001

(54) **PROTEIN COMPLEXES HAVING FACTOR VIII:C ACTIVITY AND PRODUCTION THEREOF**

(75) Inventors: **Barbara Chapman**, Berkeley; **Rae Lyn Burke**, San Francisco, both of CA (US); **Mirella Ezban Rasmussen**, Copenhagen; **Jan Moller Mikkelson**, Gentofte, both of (DK)

(73) Assignees: **Chiron Corporation**, Emeryville, CA (US); **Novo Nordisk A/S**, Bagsvaerd (DK)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **08/441,943**

(22) Filed: **May 16, 1995**

**Related U.S. Application Data**

(62) Division of application No. 08/161,770, filed on Dec. 3, 1993, now Pat. No. 5,595,886, which is a continuation of application No. 07/652,099, filed on Feb. 7, 1991, now abandoned, which is a continuation-in-part of application No. 07/051,916, filed on May 19, 1987, now abandoned, which is a continuation-in-part of application No. 06/822,989, filed on Jan. 27, 1986, now abandoned.

(51) Int. Cl.[7] .............................. **C12P 21/02; C12N 1/00; C12N 5/10; C12N 15/12; C12N 15/63**

(52) U.S. Cl. ................. **435/69.6; 435/320.1; 435/252.3; 435/325; 435/358; 435/440; 435/475; 536/23.4; 536/23.5**

(58) Field of Search ............................ 435/69.6, 172.3, 435/476, 358; 530/383; 514/2, 12; 930/100; 336/23.4, 23.5, 475, 440, 320.1, 252.3, 325

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,657,894 | 4/1987 | Zimmerman et al. | 514/21 |
| 4,757,006 | 7/1988 | Toole et al. | 435/69.6 |
| 4,868,112 | 9/1989 | Toole, Jr. | 514/8 |
| 4,965,199 | 10/1990 | Capon et al. | 435/69.6 |
| 5,004,804 | 4/1991 | Kuo et al. | 530/387.9 |
| 5,045,455 | 9/1991 | Kuo et al. | 435/69.6 |
| 5,084,390 | 1/1992 | Hallewell | 435/188 |
| 5,149,637 | 9/1992 | Scandell et al. | 435/69.6 |
| 5,171,844 | 12/1992 | van Ooyen et al. | 530/383 |
| 5,198,349 | 3/1993 | Kaufman | 435/69.6 |
| 5,451,521 | 9/1995 | Kaufman et al. | 435/356 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0120694 | 10/1984 | (EP) . |
| 0150735 | 8/1985 | (EP) . |
| 0160457 | 11/1985 | (EP) . |
| 0182448 | 5/1986 | (EP) . |
| 0232112 | 8/1987 | (EP) . |
| 0251843 | 1/1988 | (EP) . |
| 0253455 | 1/1988 | (EP) . |
| 0254076 | 1/1988 | (EP) . |
| 0265778 | 5/1988 | (EP) . |
| 0306968 A2 | 3/1989 | (EP) . |
| 0351386 | 1/1990 | (EP) . |
| 0534383 A2 | 3/1993 | (EP) . |
| WO 85/01961 | 5/1985 | (WO) . |
| WO 87/07144 | 12/1987 | (WO) . |
| WO 88/00831 | 2/1988 | (WO) . |
| WO 88/03558 | 5/1988 | (WO) . |
| WO 88/08035 | 10/1988 | (WO) . |
| WO 91/09122 | 6/1991 | (WO) . |
| WO 92/07573 | 5/1992 | (WO) . |
| WO 92/07943 | 5/1992 | (WO) . |
| WO 92/16557 | 10/1992 | (WO) . |
| WO 94/29471 | 12/1994 | (WO) . |

OTHER PUBLICATIONS

Kaufman et al., "Site–specific Mutagenesis to Study the Structure and Function of Factor–VIII," *Journal of Cellular Biochemistry,* Abstract E112, p. 275 (1986).

Burke et al. "The functional domains of coagulation factor VIII:C" (1986) *J. Biol. Chem.* 261:12574–12578.

Eaton et al. "Construction and characterization of an active factor VIII variant lacking the central one–third of the molecule" (1986) *Biochemistry* 25:8343–8347.

Fulcher et al. "Human factor VIII procoagulant protein: Monoclonal antibodies define precursor–product relationships and functional epitopes" (1985) *J. Clin. Invest.* 76:117–124.

Gitschier et al. "Characterization of the human factor VIII gene" (1984) *Nature* 312:326–330.

Nordfang et al. "Generation of active coagulation factor VIII from isolated subunits" (1988) *J. Biol. Chem.* 263:1115–1118.

Orr et al. "'Spacer' function implied for the heavily glycosylated region of factor VIII" (1985) *J. Inter. Soc. Throm. Hemo.* 54:S321 (abstract).

Rotblat et al. "Purification of human factor VIII:C and its characterization by western blotting using monoclonal antibodies" (1985) *Biochemistry* 24:4294–4300.

(List continued on next page.)

*Primary Examiner*—Christopher S. F. Low
*Assistant Examiner*—Gabriele E. Bugaisky
(74) *Attorney, Agent, or Firm*—Roberta L. Robins; Joseph H. Guth; Robert P. Blackburn

(57) **ABSTRACT**

Recombinant protein complexes having human Factor VIII:C activity are expressed in a eukaryotic host cell by transforming the host cell with first and second expression cassettes encoding a first polypeptide substantially homologous to human Factor VIII:C A domain and a second polypeptide substantially homologous to human Factor VIII:C C domain, respectively. In the present invention, the first polypeptide may be extended having at its C-terminal a human Factor VIII:C B domain N-terminal peptide, a polypeptide spacer of 3–40 amino acids, and a human Factor VIII:C B domain C-terminal peptide. Expression of the second polypeptide is improved by employing an $\alpha_1$-antitrypsin signal sequence.

**91 Claims, No Drawings**

**US 6,228,620 B1**

Page 2

OTHER PUBLICATIONS

Toole et al., "A large region (≈95 kDa) of human factor VIII is dispensable for in vitro procoagulant activity" (1986) *Proc. Natl. Acad. Sci. USA* 83:5939–5942.

Toole et al. "Molecular cloning of a cDNA encoding human antihaemophilic factor" (1984) *Nature* 312:342–347.

Truett et al. "Characterization of the polypeptide composition of human factor VIII:C and the nucleotide sequence and expression of the human kidney cDNA" (1985) *DNA* 4:333–349.

Vehar et al. "Structure of human factor VIII" (1984) *Nature* 312:337–342.

Wood et al. "Expression of active human factor VIII from recombinant DNA clones" (1984) *Nature* 312:330–337.

Yonemura et al. "Efficient production of recombinant human factor VIII by co–expression of the heavy and light chains" (1993) *Protein Engineering* vol. 6, No. 6, pp. 669–674.

US 6,228,620 B1

1

# PROTEIN COMPLEXES HAVING FACTOR VIII:C ACTIVITY AND PRODUCTION THEREOF

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a divisional of application Ser. No. 08/161,770, filed Dec. 3, 1993, now U.S. Pat. No. 5,595,886, which is a continuation of Ser. No. 07/652,099, filed Feb. 7, 1991, now abandoned. This application is a continuation-in-part of U.S. patent application Ser. No. 07/051,916, filed May 19, 1987, now abandoned, which is a continuation-in-part of U.S. patent application Ser. No. 06/822,989, filed Jan. 27, 1986, now abandoned, all which are incorporated herein by reference in full.

## DESCRIPTION

### 1. Technical Field

This invention relates to protein complexes having Factor VIII:C activity, and to methods for producing said complexes by expression of suitable polynucleotide constructs. The protein complexes are useful in the treatment of classical (Type A) hemophilia.

### 2. Background of the Invention

Hemophilia A is an X-chromosome-linked inherited disease which afflicts 1–2 males per 10,000. The disease is caused by an absence or deficiency of Factor VIII:C. Factor VIII:C is a very large glycoprotein (native $M_r$ 330 K–360 K), which is present in plasma at extremely low concentrations. It is a necessary element in the proteolytic cascade which converts soluble fibrinogen to insoluble fibrin, forming a clot to prevent blood loss from traumatized tissue. In the bloodstream, it is found in noncovalent association with Factor VIII:R ("von Willebrand factor"), which acts as a stabilizing carrier protein. Factor VIII:C is very susceptible to cleavage by thrombin, plasmin, protease C, and other serine proteases. It is generally isolated from plasma or plasma products as a series of related polypeptides ranging from $M_r$ 160 K–40 K with predominant species of $M_r$ 92 K and $M_r$ 80 K–77 K. This complex pattern has made the analysis of the structure of active Factor VIII:C very difficult.

Factor VIII:C and the related polypeptides have been described by F. Rotblat et al, Biochemistry (1985) 24:4294–4300; G. A. Vehar et al, Nature (1984) 312:337–342; J. J. Toole et al, Nature (1984) 312:342–347; and M. A. Truett et al, DNA (1985) 4:333–349. E. Orr et al, Molecular Genetics of Clotting Factors, p. 54, s321, reported a "spacer" function for the heavily glycosylated region of Factor VIII:C. These sequences have been reported by J. J. Toole et al, supra; W. I. Wood et al, Nature (1984) 312:330–336; and M. A. Truett et al, supra. The full-length protein contains three repeats of one sequence (I), and two repeats of a second sequence (III). A third, heavily glycosylated sequence (II) is present between the second and third I repeats, and is apparently cleaved proteolytically to form the $M_r$ 92 K and $M_r$ 80 K polypeptides. The first two I repeats form the A domain, while the third I repeat and the two III repeats form the C domain. The II sequence forms the B domain. Thus, the full-length protein has the structure $I_1$-$I_2$-II-$I_3$-$III_1$-$III_2$ (A-B-C), while the $M_r$ 92 K and $M_r$ 80 K polypeptides (A and C) have the structures $I_1$-$I_2$ and $I_3$-$III_1$-$III_2$, respectively. C. Fulcher et al, J Clin Invest (1985) 76:117–124, suggested that based on antibody-epitope data with Factor VIII:C, both the $M_r$ 92 K and the $M_r$ 80 K polypeptides are necessary for Factor VIII:C function.

2

Factor VIII:C has historically been isolated from blood in a concentrated form for therapeutic treatment of hemophilia. However, concerns regarding transmission of HIV and other blood-borne diseases have stimulated activity to provide alternative supplies of Factor VIII:C. It is of substantial interest to be able to supply compositions having Factor VIII:C activity without concerns as to the transmission viral diseases associated with the native Factor VIII:C.

Although full-length recombinant human Factor VIII:C has been produced, it is difficult to purify and characterize, and it is unstable due to proteolysis. Efficient recombinant production of the full-length molecule for clinical use is doubtful at this time.

R. L. Burke et al, J Biol Chem (1986) 261:12574–78 disclosed the expression of an active Factor VIII:C complex from cells simultaneously transfected with polynucleotides encoding $M_r$ 92 K and $M_r$ 80 K polypeptides. The obtained protein demonstrated activity equal to that of cloned full-length Factor VIII:C expressed under similar conditions. O Nordfang et al, J Biol Chem (1988) 263:1115–18 disclosed the in vitro assembly of active Factor VIII:C complexes from separate preparations of $M_r$ 92 K protein and $M_r$ 80 K protein (FVIII-HC and -LC, respectively). Successful assembly required divalent metal ions (especially $Mn^{++}$ and $Ca^{++}$) and thiols, but only a small amount of FVIII-HC could be complexed into active FVIII:C.

## DISCLOSURE OF THE INVENTION

We have now invented an improved method for expressing recombinant protein complexes with high stability and Factor VIII:C activity. The $M_r$ 92 K polypeptide (FVIII-HC) and the $M_r$ 80 K polypeptide (FVIII-LC) are expressed as two separate polypeptides, under the control of separate promoters, within the same host cell. Each polypeptide is preferably expressed using a signal sequence which directs export to the extracellular space with cleavage of the signal sequence. FVIII-HC is preferably expressed as a fusion protein having a C-terminal extension. The extension comprises a polypeptide sequence homologous to the B domain N-terminal sequence (which may allow cleavage by thrombin), a polypeptide spacer of 3 to 100 amino acids, and a sequence homologous to the C-terminal B domain sequence. The C-terminal extension of FVIII-HC results in a higher yield of active polypeptide upon expression in eukaryotic host cells. FVIII-LC is preferably expressed as an LC polypeptide using a signal peptide. The FVIII-LC polypeptide is processed and secreted efficiently with the correct N-terminal amino acid residue, and correct glycosylation. Cotransfection with polynucleotides encoding FVIII-HC and FVIII-LC in a suitable host cell provides recombinant protein complexes having Factor VIII:C activity in high yield.

## MODES OF CARRYING OUT THE INVENTION

### A. Definitions

The term "polynucleotide" as used herein refers to a sequence of DNA or RNA, which may be single or double-stranded (ss or ds), or a DNA-RNA heteroduplex. In most cases herein, polynucleotide will refer to dsDNA.

The term "signal peptide" as used herein refers to a peptide sequence which is recognized and acted upon by signal peptidase upon expression of the polypeptide. Signal peptides encode peptide sites for signal peptidase cleavage, and cause the attached polypeptide to be transported into the secretion pathway leading to the extracellular medium.

3

The term "A domain" refers to that portion of human Factor VIII:C which constitutes the $M_r$ 92 K protein subunit. The A domain contains from about 740 to about 760 amino acids, and is found at the N-terminus of the native human Factor VIII:C. The A domain polypeptide will extend from amino acid 10, usually amino acid 1, to at least about amino acid 620, usually at least about amino acid 675, usually at least about amino acid 710, ±10 amino acids, particularly ±1 amino acid, an may extend to amino acid 740, ±10 amino acids, more usually at least about amino acid 740. The polypeptide will include at least about 85% of the A domain (Wood et al, supra), more usually at least about 90% and may optionally include a portion of the N-terminus of the B domain, up to 110% (a portion of the B domain, more usually not including more than about 105% typically not exceeding about amino acid 1405. Of particular interest is an N-terminal chain having the entire sequence to the thrombolytic cleavage site at $Arg_{740}$-$Ser_{741}$.

The term "B domain" refers to that portion of native human Factor VIII:C which is generally removed by intracellular cleavage, and which is heavily glycosylated when expressed in mammalian cells such as COS7 and CHO. The B domain contains an N-terminal sequence, which allows cleavage of the A domain from the B domain by thrombin. The B domain also has a C-terminal processing site which allows cleavage of the C domain from the A-B precursor by an enzyme located in the Golgi apparatus of the mammalian cell. The sequences of the N-terminal and C-terminal sequences are set forth in the Examples below. The complexes of the invention which lack "a substantial portion of the B domain" lack all of the B domain, or essentially all of the B domain except for the N-terminal and C-terminal sequences.

The term "C domain" refers to that portion of native human Factor VIII:C which constitutes the C-terminus of the full length protein, and is cleaved intracellularly to form the Factor VIII:C light chain. The light chain will have an amino acid sequence substantially the same as the amino acid sequence of the C-terminus of a Factor VIII:C polypeptide, usually at least about 80%, more usually at least about 90% of the Factor VIII:C $M_r$ 80 K chain, particularly beginning with amino acid 1570, usually amino acid 1600, particularly amino acid 1625, more particularly amino acid 1640, preferably at about amino acid 1649, ±10 amino acids, more particularly ±1 amino acid, and continuing to at least about amino acid 2300, usually 2310, ±10 amino acids, preferably 2325, ±5 amino acids, more preferably to the terminal amino acid (2332). Usually, the light chain will have at least about 85%, more usually at least 95%, of the C1–C2domains, desirably the A3-C1-C2 domains.

The term "co-expressing" as used herein refers to simultaneous expression of an A domain polypeptide and a C domain polypeptide within the same host cell. The polynucleotide sequences encoding the A and C domains may be on the same or on different expression cassettes or plasmids. Co-expression of the A and C domains permits proper folding to occur, which in turn provides an A–C complex having higher activity and efficiency of secretion.

The term "cell growth medium" as used herein refers to any medium suitable for culturing host cells, and includes media suitable for obtaining expression of recombinant products whether actual cell "growth" occurs or not. Cell growth media generally include nutrients and a metabolizable energy source in an aqueous solution. If desired, cell growth media may also include a compound which induces expression of the recombinant polypeptides of the invention.

4

Selection of such an inducing compound depends upon the promoter selected to control expression. Other typical additives include selection compounds (i.e., drugs or other chemicals added to the media to insure that only transformed host cells survive in the medium) and serum, such as fetal bovine serum (FBS). "Serum-free medium" is a solution which has been supplemented to such an extent that the necessary trace factors present in serum need not be added in the form of serum. There are many suitable cell growth media available from commercial sources.

The term "polypeptide spacer" refers to a polypeptide sequence of about 3 to about 100 amino acids, which is generally not homologous to the human Factor VIII:C B domain and which carries fewer than 5 potential sites of N-linked glycosylation. Preferably, there will be 2 or fewer such sites. It is presently believed that the large size and high degree of glycosylation of the B domain prevents efficient expression of the $M_r$ 92 K polypeptide. However, a low (but useful) yield of the $M_r$ 92 K polypeptide is obtained when the B domain is completely removed. It is also presently believed that the A domain may not be folded correctly on a consistent basis in the absence of the B domain, so that only a small percentage of the A domain is correctly folded and expressed. The polypeptide spacer of the invention provides a C-terminal extension to the A domain, and apparently stabilizes the polypeptide and improves secretion in active form. Thus, it may be that use of a polypeptide which is glycosylated lightly (or not at all) prevents the A domain-spacer construct from encountering the same size problems obstructing expression of full-length Factor VIII:C. The presently preferred spacer is derived from a human Ig heavy chain hinge, particularly from human IgA1. This spacer provides a flexible extension, without adding an immunogenic epitope (when administered in humans).

The term "homology" as used herein means identity or substantial similarity between two polynucleotides or two polypeptides. Homology is determined on the basis of the nucleotide or amino acid sequence of the polynucleotide or polypeptide. In general terms, usually not more than 10, more usually not more than 5 number %, preferably not more than about 1 number % of the amino acids in the chains will differ from the amino acids naturally present in the Factor VIII:C A and C domains. Particularly, not more than about 5%, more usually not more than about 1% will be nonconservative substitutions. Conservative substitutions include:

| | |
|---|---|
| Gly ⟷ Ala; | Val ⟷ Ile ⟷ Leu; |
| Asp ⟷ Glu; | Lys ⟷ Arg; |
| Asn ⟷ Gln; and | Phe ⟷ Trp ⟷ Tyr. |

Nonconservative changes are generally substitutions of one of the above amino acids with an-amino acid from a different group (e.g., substituting Asn for Glu), or substituting Cys, Met, His, or Pro for any of the above amino acids.

The term "sufficient amount" of protein complex of the invention refers to that amount of protein which is capable of effecting therapeutic treatment of a subject having a disorder treatable with native human Factor VIII:C. In general, the protein complex of the invention is essentially as active as native human Factor VIII:C, and may be administered in similar amounts. The specific activity of the protein complex of the invention may be determined by means known in the art, as described below (e.g., by using the commercially available COATEST assay).

US 6,228,620 B1

5

The term "effective concentration" refers to a concentration of expression cassette which is capable of transforming a host cell under appropriate transformation conditions.

B. General Method

DNA constructs are generally employed for expression of the polypeptides of the invention. Each of the polynucleotide constructs will have, in the 5'-3'-direction of transcription, a transcriptional initiation and translational initiation region, a structural gene coding region comprising a sequence coding for the signal peptide sequence, and a sequence coding for the Factor VIII:C heavy or light chains, followed by translational and transcriptional termination sequences. The selection of specific elements such as these is within the skill of the art.

The initiation region may comprise a number of different sequences related to the initiation of transcription and translation. These sequences include enhancer sequences, RNA polymerase binding site, RNA capping site, ribosomal binding and translational initiation sites, and the like. The transcriptional initiation region may be the natural region associated with Factor VIII:C, or may be an alternative sequence to provide for higher transcriptional efficiency. The sequences may be obtained from mammalian viruses or the genes of the host cell or genes from a different mammalian host which are active in the host cell. Numerous transcriptional initiation regions have been isolated and demonstrated to be operative in mammalian host cells. These regions include the SV40 early promoter and late promoter regions, the adenovirus major late promoter region, actin promoter region, the cytomegalovirus $M_r$ 72 K immediate early protein promoter region, the metallothionein promoter, and the like.

The termination region may include 3'-untranslated sequences, a polyadenylation signal sequence, and the like. The termination region may be obtained from the 3' non-translated sequence of the Factor VIII:C natural cDNA, or may be from the same structural gene or different structural gene from which the 5'-initiation region was obtained. The 3'-region is not as essential to the level of transcription as the initiation region, so that its choice is more of a matter of convenience than specific selection.

The structural genes typically include a leader sequence coding for the signal peptide which directs the polypeptide into the lumen of the endoplasmic reticulum for processing and maturation. Optionally included are additional sequences encoding propeptides which are processed post-translationally by endopeptidases, where the endopeptidases cleave a peptide bond, removing the propeptide to generate the mature polypeptide. The signal peptide may be the naturally occurring one, particularly for the N-terminal peptide, or may be any signal peptide which provides for the processing and maturation of the polypeptides.

Various signal peptides have been reported in the literature and include such sequences as that of tissue plasminogen activator, immunoglobulin heavy and light chains, viral membrane glycoproteins such as Herpes Simplex virus glycoproteins gB and gD, $\alpha_1$-antitrypsin, and the like. The $\alpha_1$-anti-trypsin signal peptide is presently preferred for secretion of the FVIII-LC polypeptide.

The DNA sequences encoding the mature protein and signal peptide must be joined so as to be in reading frame. Where convenient restriction sites are available, the cohesive or blunt ends may be properly joined. However, for the most part, adapters will be employed where portions of the coding sequence will be recreated in the synthetic adaptor so that the truncated structural gene and/or truncated signal sequence will be linked through the adaptor, so as to be in

6

proper reading frame. The signal sequence and structural gene may be partially restriction mapped, so as to identify restriction sites, particularly unique restriction sites, which may be employed to link the two sequences together in proper reading frame by means of an appropriate adaptor. Alternatively unique restriction sites may be inserted at the junction of the signal sequence and mature polypeptide coding sequence by in vitro mutagenesis.

The translational start and stop signals will normally be part of the structural gene, providing for the initiation codon at the beginning of translation and one or more stop codons for the termination of translation. The initiation codons will be the first codons of the signal sequences. The stop codons may be added as appropriate as part of the termination region or be added to the coding region to provide for convenient 3'-terminus for linkage to the transcriptional termination region to provide for a complete termination region.

The various regions of the expression cassette, (the transcriptional and translational initiation region nucleic acid sequence, structural gene nucleic acid sequence encoding one of the polypeptides and under the transcriptional and translational control of the initiation region, and a transcriptional and translational termination region, controlling the processing of the mRNA and the translational termination) which identify the particular nucleotide sequences may be joined using conventional methods. Usually, the sequences obtained will contain, or be modified to contain restriction sites, which may then be annealed where complementary overhangs or cohesive ends are present. Modification frequently will be in noncoding regions by the introduction of linkers to provide for the desired cohesive ends. The ends will-usually be ligated prior to introduction into the host cell, although the host cell may be allowed to provide the necessary ligation.

The expression cassettes may be joined to a wide variety of other sequences for particular purposes. Where amplification of the amount of secreted glycoprotein is desired, the expression cassettes for FVIII:C may be joined in tandem to a gene for which spontaneous increases in gene copy number can be selected by an appropriate treatment. Such genes include the human metallothionein gene, and the mouse dihydrofolate reductase gene. These genes are placed in cassettes having their own transcriptional and translational regulatory sequences. By selecting cell clones resistant to increasing concentrations of heavy metal ions (e.g., cadmium) or methotrexate, the gene of interest (the expression cassette) may be co-amplified in the host cell.

The subject expression cassettes may be part of a vector comprising a replication system functional in the host cell, which replication system may provide for stable episomal maintenance or integration of the expression cassette into the host genome. The vector will also comprise a marker for selection, for selecting mammalian host cells containing the DNA construct and the vector from those host cells which lack the DNA construct and vector.

A wide variety of replication systems are available, typically derived from viruses that infect mammalian host cells. Illustrative replication systems include the replication systems from Simian virus 40, adenovirus, bovine papilloma virus, polyoma virus, Epstein Barr virus, and the like.

Selection markers enabling propagation of the vector in prokaryotic host cells may include resistance to a biocide, particularly an antibiotic, or complementation of auxotrophy to provide a prototrophic host. Particular genes of interest as markers include kanamycin resistance gene (NPTII), chloramphenicol resistance gene (CAT), penicillinase (β-lactamase), or the like.

US 6,228,620 B1

7

The vector will usually be circular, and will have one or more restriction sites which allow for the insertion of the expression cassette, stepwise or as a completed entity, into the vector. Frequently, the vector will also include a bacterial replication and selection system, which allows for cloning after each of the manipulative steps. In this way, relatively large amounts of the construction at each of the stages may be prepared, isolated, purified, tested to verify that the proper joining has occurred, and then used for the next stage.

Various mammalian host cells may be employed in which the regulatory sequences and replication system are functional. Such cells include COS7 cells, Chinese hamster ovary (CHO) cells, mouse kidney cells, hamster kidney cells, HeLa cells, HepG2 cells, or the like.

The expression cassettes of the desired polypeptides may be linked together in one nucleic acid chain or may be provided in separate nucleic acid molecules. The expression cassettes may be parts of different vectors or of the same vector. This is primarily a matter of convenience, although in some situations with particular vectors, one or the other manner of construction may be preferable.

The expression vector may be a replication-deficient retrovirus. S.-F. Yu et al, *Proc Nat Acad Sci USA* (1986) 83: 3194–98 disclosed the construction of self-inactivating ("SIN") retroviral gene transfer vectors. SIN vectors are created by deleting the promoter and enhancer sequences from the U3region of the 3' LTR. A functional U3 region in the 5' LTR permits expression of the recombinant viral genome in appropriate packaging cell lines. However, upon expression of its genomic RNA and reverse transcription into cDNA, the U3 region of the 5' LTR of the original provirus is deleted, and is replaced with the U3 region of the 3' LTR. Thus, when the SIN vector integrates, the nonfunctional 3' LTR U3 region replaces the functional 5' LTR U3 region, and renders the virus incapable of expressing the full-length genomic transcript.

The expression cassettes are introduced into the host cell by conventional methods. Conveniently, calcium phosphate-precipitated DNA or DNA in the presence of DEAE-dextran may be employed for transformation. A synthetic lipid particularly useful for polynucleotide transfection is N-[1-(2,3-dioleyl-oxy)propyl]-N,N,N-trimethylammonium chloride, which is commercially available under the name Lipofectin® (available from BRL, Gaithersburg, Md.), and is described by P. L. Felgner et al, *Proc Nat Acad Sci USA* (1987) 84:7413. Where viruses are involved, transfection or transduction may be employed. The particular manner in which the host cell is transformed is not critical to this invention, depending substantially upon whether the expression cassettes are joined to a replication system and the nature of the replication system and associated genes.

The transformed/transfected cells are then grown in an appropriate nutrient medium. It is presently preferred to employ CHO cells cultured at 10 to 32° C., more preferably about 27° C., for less than about 30 hours, more preferably less than 10, most preferably less than about 4 hours. The product is obtained as a complex of the two FVIII:C chains, so that the media or cell lysate may be isolated and the Factor VIII:C active complex extracted and purified. Various means are available for extraction and purification, such as affinity chromatography, ion exchange chromatography,

8

hydrophobic chromatography, electrophoresis, solvent-solvent extraction, selective precipitation, and the like. The particular manner in which the product is isolated is not critical to this invention, and is selected to minimize denaturation or inactivation and maximize the isolation of a high-purity active product.

Compositions are provided where the composition in the COATEST assay will have at least 0.02 U/mL of activity, usually at least about 0.2, more usually at least about 0.5 U/mL of activity. The subject product can be purified by affinity chromatography using antibodies, particularly monoclonal antibodies directed against the FVIII-LC, electrophoresis, extraction, HPLC, etc.

The subject method provides for production of a complex of the heavy and light chains which has Factor VIII:C activity. Production is evidenced by conditioned media as described in the experimental section, which will have at least about 50, usually at least about 70 mU/mL, more usually at least about 200 mU/mL of Factor VIII:C activity in the COATEST assay.

The complexes having Factor VIII:C activity produced according to the invention have a variety of uses as immunogens for the production of antibodies, for isolation of von Wille-brand factor by affinity chromatography, in diagnostic assays for Factor VIII:C and for treatment of hemophiliacs and other hosts having blood clotting disorders. The subject protein complexes may be administered in a physiologically acceptable carrier, such as water, saline, phosphate buffered saline, and citrate buffered saline, at concentrations in the range of about 10–200 U/mL. See U.S. Pat. Nos. 3,631,018; 3,652,530, and 4,069,216 for methods of administration and amounts. Other conventional additives may also be included.

## EXAMPLES

The examples presented below are provided as a further guide to the practitioner of ordinary skill in the art, and are not to be construed as limiting the invention in any way.

### Example 1

#### Preparation of Expression Plasmids

(A) pSV7d

The expression cassettes were prepared using the mammalian cell expression vector pSV7d (2423 bp).

The plasmid pSV7d (see Truett et al, supra) was constructed as follows: The 400 bp BamHI/HindIII fragment containing the SV40 origin of replication and early promoter was excised from pSVgtI (obtained from Paul Berg, Stanford University, California) and purified. The 240 bp SV40 BclI/BamHI fragment containing the SV40 polyA addition site was excised from pSV2/DHFR (Subramani et al, *Mol Cell Biol* (1981) 1:854–864) and purified. The fragments were fused through the following linker:

US 6,228,620 B1

9                                                    10

```
                     Stop Codons
                      1   2   3
  5'-AGCTAGATCTCCCGGGTCTAGATAAGTAAT-3'        (SEQ ID NO:1)
      |        |    |    |                    (SEQ ID NO:2)
      TCTAGAGGGCCCAGATCTATTCATTACTAG
      |        |    |    |           |
  HindIII  BglII SmaI XbaI     BclI overhang.
```

This linker contains five restriction sites, as well as stop codons in all three reading frames. The resulting 670 bp fragment containing the SV40 origin of replication, the SV40 early promoter, the polylinker with stop codons and the SV40 polyadenylation site was cloned into the BamHI site of pML, a pBR322 derivative having about 1.5 Kb deleted (Lusky and Botchan, Cell (1984) 36:391) to yield, SV6. The EcoRI and EcoRV sites in the pML sequences of pSV6 were eliminated by digestion with EcoRI and EcoRV, treated with Bal31 nuclease to remove about 200 bp on each end, and finally religated to yield pSV7a. The Bal31 resection also eliminated one BamHI restriction site flanking the SV40 region, approximately 200 bp away from the EcoRV site. To eliminate the second BamHI site flanking the SV40 region, pSV7a was digested with NruI, which cuts in the pML sequence upstream from the origin of replication. This was recircularized by blunt end ligation to yield pSV7b.

pSV7c and pSV7d represent successive polylinker replacements. First, pSV7b was digested with StuI and XbaI. Then, the following linker was ligated into the vector to yield pSV7c:

```
  BglII  EcoRI SmaI  KpnI  XbaI
    |     |    |     |     |
5'-AGATCTCGAATTCCCCGGGGGTACCT        (SEQ ID NO:3)
   TCTAGAGCTTAAGGGGCCCCCATGGAGATC     (SEQ ID NO:4)
```

Thereafter, pSV7c was digested with BglII and XbaI, and then ligated with the following linker to yield pSV7d:

```
  BglII    EcoRI  SmaI   XbaI  BamHI  SalI
    |        |     |      |     |      |
5'-GATCTCGAATTCCCCGGGTCTAGAGGATCCGTCGAC    (SEQ ID NO:5)
   (SEQ ID NO:6)             AGCTTAAGGGGCCCA-
   GATCTCCTAGGCACGTGGGATC
```

(B) pSVF8-92
pSVF8–92 is an expression plasmid for the $M_r$ 92 K FVIII-HC chain. Starting from the BamHI site in the polylinker pSV7d, pSVF8–92 consists of a 49 bp synthetic linker-adaptor molecule from BamHI to SacI encoding nucleotides –30 to +14 of the Factor VIII:C cDNA, (numbering from nucleotide A of the translational start site; the sequence is shown below in (D) a 2267 bp SacI to HindIII fragment from the Factor VIII:C DNA contained in pSVF8-200 described below (up to nucleotide +2281), and pSV7d from HindIII to BamHI.

(C) DSVF8-80
pSVF8-80 is an expression plasmid for the $M_r$ 80 K FVIII-LC chain. Starting from the SalI site in the polylinker

pSV7d, pSVF8-80 consists of a 201 bp fragment of a tissue plasminogen activator (tPA) cDNA from nucleotides –98 to +103 (relative to the start codon) terminating at a BglII site (tPA sequences given in S. J. F. Degan et al, J Biol Chem (1986) 261:6972–6985), a 29 bp synthetic BglII to BclI linker-adaptor encoding nucleotides +5002 to +5031 of Factor VIII:C ligated to a 2464 bp BclI fragment of factor VIII:C spanning from a BclI site created at nucleotide 5028 of the factor VIII:C cDNA through in vitro mutagenesis (Zoller and Smith, Meth Enzymol (1983) 100:468) (pF8GM7), to a BclI site in the 3' untranslated region, at nucleotide 7492, and a 400 bp fragment of tPA 3' untranslated sequence spanning from a BglII site to a synthetic PstI site generated from the cDNA cloning, followed by the polylinker from the vector M13mp9 (Vieira and Messing, Gene (1982) 19:259) and then pSV7d.

(D) DSVF8-200
The vector pSVF8-200 is an expression plasmid for the full-length Factor VIII:C cDNA. The plasmid pSVF8-200 (described in Truett et al), which contains the entire Factor VIII:C cDNA coding and 3' untranslated sequences, with the 5' untranslated sequences the same as described above for pSVF8-92, was prepared as follows.

Plasmid pSV7d was digested with BamHI to cut in the polylinker region downstream of the SV40 early promoter. The following 49 bp BamHI-SacI linker adaptor, which codes for the last30 bp of the 5' untranslated region and the first 15 bp of the human Factor VIII:C coding sequence, was chemically synthesized and ligated to pSV7d.

```
              -35  -30  -25  -20  -15  -10  -5
5'    GATCC TCTCC AGTTG AACAT TTGTA GCAAT AAGTC    (SEQ ID NOS:7-8)
3'    BamHI G AGAGG TCAAC TTGTA AACAT CGTTA TTCAG    (SEQ ID NO:9)

      Met Gln Ile Glu
      ATG CAA ATA GAG CT 3'
      TAC GTT TAT CSacI 5'
```

This ligated plasmid was subsequently digested with SacI to remove excess linkers and with SalI to provide a SalI overhang.

Fragment 1, the 2.9 K SacI fragment from pF8-102 containing the 5' coding region of human Factor VIII:C, and Fragment 2, the 6.5 K SacI-SalI fragment from pF8-6.5 which contains the 3' coding region of the factor, and pSV7d modified vector containing the linker adaptor were ligated together (see Truett et al, supra). This ligation mix was then used to transform E. coli HB101, and colonies were selected by resistance to ampicillin.

Three hundred transformants were screened by colony filter hybridization using the BamHI-SacI 5' adaptor or the 2.9 K SacI fragment as probes. Those colonies positive with both probes were then analyzed by restriction mapping. Plasmid pSVF8-200, which contains the entire coding region for the human Factor VIII:C gene and a 5' untranslated region properly fused in transcriptional orientation to the SV40 early promoter, was obtained.

US 6,228,620 B1

**11**

(E) Transfection and Culture of COS7 Cells

The plasmids described above were transfected into COS7 cells (Guzman, *Cell* (1981) 23:175) using the calcium phosphate coprecipitation method (van der Eb and Graham, *Meth Enzymol* (1980) 65:826–39) coupled with treatment with chloroquine diphosphate (Luthman and Magnusson, *Nuc Acids Res* (1983) 11:1295–1308) using 50 μg of plasmid DNA per 5×10⁵ cells for 14 hr. Cells may also be transfected by the DEAE-dextran method of Sompayrac and Danna, *Proc Nat Acad USA* (1981) 78:7575–78.

The COS7 cells were cultured in Dulbecco's modified Eagle medium supplemented with 10% fetal calf serum, 100 U/mL penicillin, 100 μg/mL streptomycin, 292 μg/mL glutamine, and 110 μg/mL sodium pyruvate. Samples were obtained from a 48-hour collection of serum-containing medium at 88 hours post transfection.

(F) Assays

At specific intervals post transfection, medium was removed from the cells, and aliquots were stored at –70° C. Samples were tested for their ability to decrease the prolonged partial thromboplastin time of Factor VIII:C deficient plasma in a standard coagulation assay (Hardisty et al, *Thromb et Diathesis Haemolog* (1962) 72:215). The more specific COATEST assay (Rosen et al, *Thromb and Haemostasis* (1985) 54:818–823), which measures the generation of activated Factor X (Xa) as a linear function of the concentration of exogenously supplied Factor VIII:C, was used to verify the results of the coagulation assay. The concentration of immunologically reactive Factor VIII:C protein in the medium was determined by the application of a radioimmunoassay (RIA) developed to detect the $M_r$ 92 K polypeptide and by an enzyme-linked immunosorbant assay (ELISA) specific for the $M_r$ 80 K polypeptide (Nordfang et al, *Thromb Haemostasis* (1985) 53:346).

As shown in Table 1 expression of the $M_r$ 92 K polypeptide or of the $M_r$ 80 K polypeptide alone produced no detectable activity even though high levels of each of the individual proteins were present in the conditioned media. When cells were cotransfected with pSVF8-92 and pSVF8-80 plasmids, the media contained about 20 mU/mL of coagulation activity. The same relative level of the coagulation activity was secreted by cells transfected with the plasmid pSVF8-200 encoding the complete Factor VIII:C protein.

When conditioned media from the pSVF8-92 and the pSVF8-80 single transfectants were mixed together (using several different conditions as outlined in Table 1) no activity was measurable.

These results indicate that a complex of the amino and carboxyl terminal domains of Factor VIII:C retains intrinsic coagulation activity and that the interior domain is not essential for activity nor for the assembly of an active complex from separate chains.

TABLE 1

| Assay of Recombinant Factor VIII:C Activity in Conditioned COS7 Cell Media | | | | |
|---|---|---|---|---|
| | Coagulation | | COATEST | HC-RIA | LC-ELISA |
| Plasmid | Time (sec) | Activity mU/mL | Activity mU/mL | Assay U/mL | Assay U/mL |
| pSVF8-92 | 95.7 | <0.9 | <0.1 | 0.15 | <0.0002 |
| pSVF8-80 | 97.2 | <0.9 | <0.1 | <0.01 | 1.36 |
| pSVF8-92 & pSVF8-80* | 56.1 | 22.5 | 20.4 | 0.05 | 1.13 |

**12**

TABLE 1-continued

| Assay of Recombinant Factor VIII:C Activity in Conditioned COS7 Cell Media | | | | |
|---|---|---|---|---|
| | Coagulation | | COATEST | HC-RIA | LC-ELISA |
| Plasmid | Time (sec) | Activity mU/mL | Activity mU/mL | Assay U/mL | Assay U/mL |
| pSVF8-200 | 47.7 | 70.0 | 43.2 | 0.12 | 0.28 |
| none | 94.6 | <0.9 | <0.1 | <0.0 | <0.0002 |
| pSVF8-92‡ + pSVF8-80‡† | 95.7 | <0.9 | <0.1 | — | — |

*plasmids were cotransfected into the same cells
‡plasmids were transfected into separate cells, and the supernatants mixed 48 hours later
†A variety of mixing conditions were tested, including preincubation for various times up to 2 hr at 37° C., 20° C., or 4° C. in the presence or absence of 10 mM CaCl₂. The value reported in this table is representative of the data obtained.

In Table 1, Coagulation Time and Activity were obtained as follows: Aliquots of 75 μL of media, conditioned by the growth of COS7 cells transfected with the indicated plasmids or mock transfected, were assayed for their ability to decrease the prolonged partial thromboplastin time of Factor VIII:C-deficient plasma in the one-stage assay. Briefly, 75 μL of Platelin (General Diagnostics) was-incubated for 3 min at 37° C., followed by the addition of 75 μL of Factor VIII:C-deficient plasma plus 75 μL of the test sample for an additional 5 min incubation at 37° C. A 75 μL aliquot of prewarmed 0.025 M CaCl₂ was added, and the clotting time measured with a Becton-Dickinson fibrometer. Normal human plasma diluted in COS7 cell medium was used as a standard. One mU of activity is assumed to correspond to approximately 100 pg of Factor VIII:C protein (Fay et al, *Proc Nat Acad Sci USA* (1982) 79:7200).

In Table 1, the COATEST assay (Kabi) was used to measure the generation of activated Factor X (Xa) as a linear function of the concentration of Factor VIII:C. The concentration of Factor Xa is measured by the proteolytic cleavage of the chromogen para-nitroaniline from a synthetic peptide substrate for Factor Xa. Normal human plasma diluted in 50 mM Tris-HCl, pH 7.3, 0.2% BSA was used as the standard.

For the RIA assay in Table 1, purified canine Factor VIII:C-inhibitory IgG was coated onto the wells of a 96-well polystyrene microtiter plate at a concentration of 3.5 μg/mL in 0.1 M sodium carbonate buffer, pH 9.8, by overnight incubation at 37° C. The plates were washed 3 times with 0.1 M NaCl, 0.05% Tween® 20 followed by incubation with a mixture of test medium samples and iodinated FVIII:C $M_r$ 92 K protein, both diluted in 0.05 M imidazole, 0.1 M NaCl, 1% bovine serum albumin, 0.05% Tween® 20, pH 7.3. The FVIII:C $M_r$ 92 K protein was isolated from plasma and was greater than 50% homogeneous as estimated by SDS-PAGE and silver staining. After incubation for 16 hr at room temperature, the plates were washed, and the amount of ¹²⁵I in the individual wells was measured in a gamma counter. An intermediate purified commercial Factor VIII:C preparation (Factor VIII, NORDISK) with a specific activity of 0.5 unit of coagulation activity per mg was used as the standard. This standard was calibrated against the World Health organization Third International Factor VIII:C standard. We defined our intermediate purified standard to contain a $M_r$ 92 K RIA activity/Factor VIII:C coagulation activity ratio of 1.

For the ELISA assay in Table 1, purified human Factor VIII:C-inhibitory IgG was coated onto the wells of a 96-well PVC microtiter plate at a concentration 4.5 μg/mL in 0.1 M

US 6,228,620 B1

13

sodium carbonate, pH 9.8, by overnight incubation at 37° C. The wells were washed as above and peroxidase-conjugated F(ab')₂ fragments of the human inhibitory IgG diluted in 0.1 M imidazole, 0.15 M NaCl, 1% BSA, 0.05% Tween® 20, pH 7.3, were added for a final incubation of 16 hr at room temperature. The color was developed with o-phenylenediamine solution. Normal human serum was used as a standard.

To verify that the observed coagulation activity was due to Factor VIII:C, the sensitivity of the coagulation to inhibition by antibody specific for Factor VIII:C was determined. Prior to assay, aliquots of conditioned media were preincubated for 2 hr at 37° C. in the presence of dilutions of normal human serum or of serum from a hemophiliac who had developed a high titer of inhibitory antibodies to Factor VIII:C. As shown in Table 2, the activity of the complete molecule, as well as that of the $M_r$ 92 X-80 K complex was reduced specifically by the inhibitory serum. The same results were obtained using three different inhibitory monoclonal antibodies which bind to the $M_r$ 80 K species. Inhibition of Factor VIII:C activity using inhibitory serum was studied as follows: 160 μL of the indicated COS7 cell conditioned medium were incubated with 20 μL of a 100-fold dilution of human Factor VIII:C inhibitory serum (Bethesda titer 1500 units) or a similar dilution of pooled normal human serum, or buffer alone (50 mM imidazole, 0.1 M NaCl, 100 μg/mL BSA pH 7.3) for 2 hr at 37° C. These samples were then assayed for residual coagulation activity as outlined above.

TABLE 2

| Coagulation Inhibition Assay | | |
|---|---|---|
| Plasmid | serum | Coagulation Time (secs) |
| pSVF8-80 + pSVF8-92 | Normal | 51.9 |
| | Immune | 74.5 |
| | Buffer | 54.4 |
| pSVF8-200 | Normal | 46.4 |
| | Immune | 69.4 |
| | Buffer | 46.8 |

The inhibition experiment was repeated using monoclonal antibodies, as follows: 100 μL of conditioned medium were incubated for 2 hr at 37° C. with either 10 μL of a 1 μg/μL solution of anti-Factor VIII:C monoclonal antibody from Hybritech (Bethesda titer 14,000 units) or buffer, and then assayed as above. The results are shown in Table 3.

TABLE 3

| Coagulation Inhibition Assay | | |
|---|---|---|
| Plasmid | serum | Coagulation Time (secs) |
| pSVF8-92 + pSVF8-80 | Immune | 72.9 |
| | Buffer | 48.0 |
| PSVF8-200 | Immune | 60.9 |
| | Buffer | 44.9 |

To demonstrate more clearly the existence of a two chain complex, the active species was partially purified from the COS7 cell media by passage over a MAb column specific for the $M_r$ 80 K portion. As shown in Table 4, approximately 65% of the applied activity was retained by the column and 50% of this bound material was eluted in an active form and at a fivefold greater concentration than in the initial media. Thus an active complex can be isolated by affinity chroma-

14

tography using an antibody specific for only the $M_r$ 80 K species. 100 μg of an anti-80 K monoclonal antibody (56 IgG) (Nordfang et al, *Thromb Haemostasis* (1985) 53:346) coupled to Sepharose® CL4B were incubated overnight at 20° C. with 1.4 mL of medium containing a total of 6.2 mU of activity (measured by the COATEST Assay obtained from-COS7 cells cotransfected with pSVF8-92 and pSVF8-80 plasmids). After incubation, the slurry was loaded into a column and the flowthrough fraction was collected. The column was washed with 300 μL of Buffer A (50,mM imidazole, 0.1 M NaCl, 0.1% sodium insulin, 0.2% NaN₃, pH 7.3) and then eluted with 300 μL of Buffer B (2.5 M NaCl, 50% ethylene glycol, 0.5 M imidazole, 0.1 M CaCl₂, 0.1% sodium insulin, 0.2% NaN₃, pH 7.3).

TABLE 4

| Partial Purification of M,92 K-80 K Coagulation Active Complex | | |
|---|---|---|
| Fraction | COATEST U/mL | 80 K ELISA U/mL |
| Media | .0044 | 0.175 |
| Flowthrough | .0017 | 0.13 |
| Eluate | .0200 | 0.76 |

Results reported here demonstrate that expression of the linker ("B") region; containing 918 amino acids or about 40% of the total for the intact protein, is not required for Factor VIII:C activity. Co-expression of individual $M_r$ 92 K and $M_r$ 80 K regions results in a level of Factor VIII:C activity comparable to that obtained from the expression of the whole Factor VIII:C coding region. These proteins assemble in vivo to form an active complex linked by a calcium bridge. The assembly does not require the presence of the B region and occurs efficiently for the two chains expressed in trans.

It is evident from the above results that Factor VIII:C activity can be achieved by directly producing an N-terminal fragment and a C-terminal fragment which are independently expressed, each having its own signal sequence. Thus, Factor VIII:C can be obtained more efficiently, since the large precursor need not be cloned and used as the coding sequence for the Factor VIII:C activity. Thus, cells may be employed for expression of Factor VIII:C which may be deficient in the capability for proper maturation of the full-length Factor VIII:C protein.

Example 2

Expression of the $M_r$ 92 K protein in COS7 cells using the pSVF8-92 construction was low compared to the amount of $M_r$ 80 K protein produced. The $M_r$ 92 K protein is apparently retained and/or degraded in the Golgi pathway, and is not efficiently processed or exported. Accordingly, the construction was modified in an attempt to increase the level of $M_r$ 92 K protein. Modifications of the following types were made: Changes in the 5' untranslated sequence of the Factor VIII:C gene; inclusion of heterologous 5' untranslated leader sequences; and changes in the 3' untranslated sequences. These constructs are summarized below.

(A) 5' Untranslated Region Modifications

Plasmid pSVF8-92B

This plasmid is a derivative of pSVF8-92 in which the 30 bp of 5' untranslated sequence of pSVF8-92 is replaced with the entire 5' untranslated region of human Factor VIII:C cDNA (nucleotides 1 to 171; see FIG. 8 of Truett et al,. supra), with a deletion of the G-C tails (by in vitro site-

US 6,228,620 B1

15

specific mutagenesis), and the three base changes shown below at the starting ATG (at position +172, FIG. 8, Truett et al, supra) to conform to Kozak's preferred sequences for efficient message translation in eukaryotic cells:

Factor VIII:C: GTCATG CAA (SEQ ID NO:10)

Kozak consensus: ACCATG G (SEQ ID NO:11)

This change alters the second amino acid of the signal peptide to Glu from Gln.

Plasmid pSVF8-92E

This plasmid is a derivative of pSVF8-92B in which the polylinker derived from pSV7d 5' to the Factor VIII:C sequences is removed with the exception of the SalI site, and the ATG codon in the 5' untranslated region (at 41 according to Truett et al, supra) is altered to ATT, by in vitro mutagenesis.

(B) Addition of Heterologous 5' Sequences

Plasmids pSVF8-92G, H, and I

These plasmids are derivatives of pSVF8-92B in which the 5' untranslated region as well as the natural Factor VIII:C signal sequences are replaced with the analogous region from the human tissue plasminogen activator (tPA) cDNA. In pSVF8-92G the first 35 amino acids (signal and prosequences) of the tPA pre-pro region are joined to mature Factor VIII:C $M_r$ 92 K with a serine substituted for the first amino acid (alanine) of the $M_r$ 92 K protein. In pSVF8-92H the first 32 amino acids of the tPA pre-pro region are joined to mature Factor VIII:C $M_r$ 92 K protein. In pSVF8-92I, the first 23 amino acids of the tPA pre-pro region are joined to mature Factor VIII:C $M_r$ 92 K protein. The tPA sequences are the same as those described for pSVF8-80.

Plasmid pSVF8-92J

This plasmid is a derivative of pSVF8-92G in which the tPA 5' region is replaced with 75 bp of Herpes simplex virus-1 (HSV-1) gD 40 untranslated sequences and 75 bp of HSV-1 gD signal sequence. pSVF8-92J also lacks the Ala Ser substitution (R. J. Watson et al, Science (1982) 218:381–384).

(C) 3' Untranslated Region Changes

Plasmid DSVF8-92C

This plasmid is a variation of pSVF8-92B in which the $M_r$ 92 K coding region is joined directly to the translational stop codon and natural 3' untranslated sequences of human Factor VIII:C cDNA.

Plasmid pSVF8-92L

This plasmid is a derivative of pSVF8-92C in which the 3' untranslated region of pSVF8-92C is replaced with the 3' untranslated region of pSVF8-80.

(D) Results

Each of the plasmids of parts A–C above was transfected into COS7 cells along with pSVF8-80 as described in Example 1 and the media tested for Factor VIII:C activity as in Example 1(F).

Plasmid pSVF8-92B, the first tested, showed activity levels ranging from 2-to-8-fold better than pSVF8-92. Of the remaining plasmids pSVF8-92E appeared to be the best, being 1.65-fold better than pSVF8-92B. pSVF8-92J and I also produced substantially higher expression levels than pSVF8-92, being close to that of pSVF8-92E. The expression level of pSVF8-92G approximated that of pSVF8-92, whereas that of pSVF8-92H was substantially less than pSVF8-92. The expression levels of both pSVF8-92C and pSVF8-92L appear to be equivalent to that of pSVF8-92E.

Example 3

This example describes the preparation of constructs for producing polypeptides that consist of the $M_r$ 92 K chain and a portion of the B domain. These derivatives were made

16

in an attempt to develop a heavy chain that is more stable and/or assembles more efficiently into an active complex with the light chain. The derivatives were chosen to mimic molecular species that have been observed in plasma-derived preparations of Factor VIII:C and in cell lysates and conditioned media from cells expressing recombinant full-length Factor VIII:C. Polypeptides of approximately the same size could possibly arise by thrombin cleavages of full-length Factor VIII:C.

(A) DSVF8-92S: This plasmid encodes a 982 amino acid heavy chain and was prepared from a full-length cDNA plasmid pSVF8-302 by cleavage at the first SacI site of the B-domain coding region. An oligonucleotide adaptor was used to install a translational stop codon and fuse the coding sequence to the natural human Factor VIII:C 3' untranslated sequence beginning at the first BalI site. This plasmid encodes the first 978 amino acids of native human Factor VIII:C and 4 substituted amino acid residues at the carboxy terminus.

(B) DSVF8-160: This plasmid provides a 1323 amino acid heavy chain and was prepared from a full-length clone (designated pSVF8-303) similar to pSVF8-200, but having the 5' untranslated region of pSVF8-92E. pSVF8-303 was cleaved with EcoRV and SmaI, and the blunt ends were ligated together to form pSVF8-160. This plasmid encodes the first 1315 amino acids of Factor VIII:C. Eight substituted amino acids are added at the carboxyl terminus as a result of the fusion of the polylinker of the vector pSV7d.

(C) PSVF8-170: This plasmid provides a 1416 amino acid heavy chain and was also prepared from pSVF8-303. pSVF8-303 was partially digested with BglII, and the resulting 6811 bp fragment was gel isolated and the ends ligated together to form pSVF8-170. This plasmid encodes the first 1405 amino acids of Factor VIII:C and has a carboxyl extension of 11 amino acids due to fusion of the polylinker of the vector pSV7d.

(D) DSVF8-120: This plasmid provides a 1107 amino acid heavy chain and was prepared from pSVF8-303. The plasmid pSVF8-303 was digested with ApaI and the cohesive ends were filled in with T4 polymerase. The resulting molecule was further digested with SmaI, the DNA self-ligated and propagated in E. coli HB101. This plasmid encodes 1102 amino acids from the amino terminus of Factor VIII:C plus an additional 5 amino acids at the carboxyl terminus, encoded by the pSV7d polylinker.

(E) Results

Each of the plasmids of parts A–D was transfected into COS7 cells along with pSVF8-80, and the media tested for Factor VIII:C activity, as described in Example 1.

All of these plasmids showed substantially reduced expression levels compared to that of pSVF8-92E. Interestingly, though, the ratio of RIA to COATEST activity for pSVF8-160 and pSVF8-170 is about 1.8, compared to 7.2 for pSVF8-92E. This result suggests that these longer heavy chain derivatives have a higher specific activity, that is, they are more efficiently assembled into active subunit complexes than the $M_r$ 92 K molecule itself. Also, the ratio of coagulation activity to COATEST activity is lower for the longer heavy chains at about 1.7 compared to 2.3 for $M_r$ 92 K and 1.35 for the complete molecule, suggesting that these longer polypeptides form complexes which are not as activated as that of the $M_r$ 92 K+$M_r$ 80 K complex.

Example 4

This example describes the preparation of stable CHO cell lines that produce the Factor VIII:C $M_r$ 92 K-80 K chain complex.

US 6,228,620 B1

17

(A) Preparation of a Plasmid Encoding a Selectable Marker

The plasmid pAd-DHFR, bearing the murine DHFR cDNA, was constructed by fusing the major late promoter from adenovirus-2 (Ad-MLP, map units 16-27.3) to the 5' untranslated sequences of the mouse DHFR cDNA (J. H. Nunberg et al, *Cell* (1980) 19:355–64). SV40 DNA encoding part of the early transcription unit, including the intron of the small t antigen gene, and having the SV40 early region transcriptional termination region, was obtained from pSV2-neo (Southern and Berg, *J Mol Appl Gen* (1982) 1:327–41) and fused to the 3' untranslated end of the DHFR cDNA. These three segments were subcloned into pBR322 to obtain plasmid pAd-DHFR.

(B) Transfection and Culture of CHO Cells

CHO-DUKX-B11 cells carrying non-functional genes for dihydrofolate reductase (Urlaub and Chasin, *Proc Nat Acad Sci USA* (1980) 77:4216–4220) were transfected with a calcium phosphate coprecipitate of three plasmids: pSVF8-92C, pSVF8-92E, or pSVF8-80, and pAd-DHFR following the method of Graham and Van der Eb, supra, and modifications described by Wigler et al, *Cell* (1978) 14:725–731 and Lewis et al, *Somatic Cell Genet* (1980) 6:333–347. Coprecipitates contained up to 10 $\mu g$ of each plasmid. Cells were selected for expression of the DHFR (positive) phenotype in a medium deficient in hypoxanthine and thymidine.

After isolation of DHFR positive clones and identification of those producing Factor VIII:C activity, the resulting cell lines were grown in methotrexate to amplify the DHFR genes and coamplify the Factor VIII:C genes. This selection was performed by plating cells in medium containing methotrexate in concentrations ranging from 0.025 to 0.2 $\mu M$. Methotrexate resistant clones were again assayed for Factor VIII:C activity.

(C) Assay Methods

Conditioned media from these DHFR positive clones were assayed by ELISA for Factor VIII:C light chain immunoreactivity by the method of Nordfang et al, *Thromb Haemostas* (1985) 53:346–50. Factor VIII:C heavy chain immunoreactivity was evaluated using a radioimmunoassay (RIA) described by R. L. Burke et al, *J Biol Chem* (1986) 261:12574–78. Active Factor VIII:c complexes formed by co-expression of the 92 K and 80 K $M_r$ glycoproteins were measured using the COATEST assay described in Example 1.

(D) CHO Lines Expressing Active 92 K-80 K $M_r$ Complexes

Shown in Table 5 are four independent CHO cell lines that simultaneously express products of all three plasmids used for transfection. The Factor VIII:C activity values shown in Table 5 are those initially observed. Expression of glycoproteins by stable cell lines usually improves after passage in T-75 flask cultures. An example of this can be seen for the line 10-C2, which ultimately produced 200 mU Factor VIII:C activity per mL conditioned medium (Table 6). Cloning these stable cell lines illustrates that the independently expressed heavy and light chains of Factor VIII:C can assemble into an active complex and be secreted by Chinese hamster ovary cells.

TABLE 5

| | CHO cell lines producing active 92 K-80 K complexes | |
|---|---|---|
| Clone | Transfected DNA | mU COATEST/mL |
| 11-D6 | pSVF8-92C, pSVF8-80, pAd-DHFR | 43 |
| 11-D5 | pSVF8-92C, pSVF8-80, pAd-DHFR | 30 |

18

TABLE 5-continued

| | CHO cell lines producing active 92 K-80 K complexes | |
|---|---|---|
| Clone | Transfected DNA | mU COATEST/mL |
| 8-C1 | pSVF8-92E, pSVF8-80, pAd-DHFR | 18.2 |
| 10-C2 | pSVF8-92E, pSVF8-80, pAd-DHFR | 70.0 |

That the three plasmids were integrated into the chromosomes of the CHO cells is suggested by the fact that the cell lines of Table 5 could be grown for many passages without loss of Factor VIII:C expression. It was then necessary to determine if expression of Factor VIII:C glycoproteins could be co-amplified by methotrexate selection. All four of these cell lines were placed under selection in several concentrations of methotrexate. Resistant colonies (DHFR genes amplified) were obtained for each line and these were screened for Factor VIII:C activity. Expression of Factor VIII:C was lost or unchanged in methotrexate resistant 11-D5 and 11-D6 clones. Expression of Factor VIII:C varied among methotrexate resistant clones derived from 10-C2 and 8-C1 (shown in Table 6).

Twenty-two methotrexate-resistant 8-C1 clones were examined, the data for 10 of which are reported in Table 6. The amount of Factor VIII:C amplification varies among clones, suggesting that either one of the subunit genes may have been co-amplified with the DHFR cassette, or both of them, or neither one. Note clones 8C1-A2, 8C1-C2, and 8C1-C5 as examples of these four possibilities. Similarly, 30 methotrexate-selected derivatives of 10-C2 were evaluated, the data for 20 of which are also represented in Table 6. These also contain a spectrum of activity. Note clones 10C2-A2, 10C2-D2, 10C2-B5, and 10C2-C6 as examples of the four different co-amplification possibilities.

TABLE 6

| Clone | conc. MTX ($\mu M$) | COATEST (mU/mL) | LC-ELISA (mU/mL) | HC-RIA (mU/mL) |
|---|---|---|---|---|
| 8-C1 | 0 | 18 | 1275 | n.d. |
| 8C1-A1 | 0.1 | <50 | 1750 | 80 |
| 8C1-A2 | 0.1 | 60 | 1950 | >1000 |
| 8C1-A5 | 0.05 | 2 | 100 | 10 |
| 8C1-B3 | 0.025 | 33 | 1950 | 1000 |
| 8C1-B4 | 0.025 | 50 | 3550 | 820 |
| 8C1-B5 | 0.025 | 35 | 1950 | >1000 |
| 8C1-C2 | 0.025 | 130 | 13,100 | >>1000 |
| 8C1-C3 | 0.025 | 165 | 3900 | >>>1000 |
| 8C1-C5 | 0.025 | 30 | 1750 | 760 |
| 10-C2 | 0 | 200 | 1400 | 700 |
| 10C2-A1 | 0.05 | 61 | 1600 | 400 |
| 10C2-A2 | 0.1 | 67 | 6700 | 700 |
| 10C2-A4 | 0.05 | 63 | 2250 | 1200 |
| 10C2-A5 | 0.05 | 183 | 9450 | 2660 |
| 10C2-A6 | 0.05 | 320 | 8600 | 7400 |
| 10C2-B1 | 0.05 | 408 | 8100 | 4300 |
| 10C2-B3 | 0.05 | 134 | 4800 | 9800 |
| 10C2-B4 | 0.05 | 394 | 18,000 | 7800 |
| 10C2-B5 | 0.05 | 461 | 15,000 | 8400 |
| 10C2-B6 | 0.05 | 247 | 2200 | 9800 |
| 10C2-C1 | 0.1 | 160 | 8100 | 7600 |
| 10C2-C2 | 0.05 | 228 | 6000 | 5600 |
| 10C2-C5 | 0.05 | 294 | 14,850 | 2650 |
| 10C2-C5 | 0.05 | 294 | 12,400 | 5400 |
| 10C2-C6 | 0.05 | 100 | 1350 | 520 |
| 10C2-D2 | 0.05 | 496 | 1560 | 16,400 |
| 10C2-D3 | 0.05 | 242 | 10,200 | 2260 |
| 10C2-D4 | 0.05 | 165 | 14,100 | 3500 |
| 10C2-D5 | 0.05 | 316 | 7800 | 5200 |
| 10C2-D6 | 0.05 | 141 | 1600 | 6400 |

US 6,228,620 B1

**19**

Among the CHO lines described in Table 6 is one (10C2-D2) that produces 0.5 U/mL of active Factor VIII:C complex, which is one half the concentration found in normal human plasma. For analysis and purification of Factor VIII:C material, CHO cell lines expressing Factor VIII:C polypeptides were grown in laboratory scale fermentations to produce 1–2 liter quantities of tissue culture fluid. Assay of this material showed that approximately 10% to 20% of immunoreactive Factor VIII:C from unamplified lines is active in the COATEST. In amplified lines, the percentage of active material drops to 2% to 5% of the total immunoreactive product. This means that only a fraction of the heavy and light chains of FVIII:C is assembled into active complexes. The remainder may exist as free subunits or in degraded forms.

Plasmids pSVF8-92 and pSVF8-80 were deposited at the American Type Culture Collection (ATCC) on Jan. 24, 1986 and given ATCC Accession Nos. 40222 and 40223, respectively. Plasmid pSVF8-200 was deposited at the ATCC on Jul. 17, 1985 and was given ATCC Accession No. 40190.

### Example 5

This example describes modification of the plasmid pSVF8-80 to correct the amino terminal amino acid of the FVIII:C light chain glycoprotein. A consequence of engineering, which provided the signal peptide needed for independent secretion of the 80 K $M_r$ glycoprotein (Example 1) is a substitution of Ser for the normal aminoterminal residue of human plasma FVIII:C light chains. New plasmids were made in an attempt to change the tPA pre-pro

**20**

peptide sequence, so that the FVIII:C light chain will have the Glu residue at its amino terminus instead of the mutant Ser residue after proteolytic processing.

The FVIII:C light chain is thought to be cleaved from the full-length FVIII:C precursor before secretion, i.e. intracellularly, by a protease resident in the Golgi apparatus. This cleavage occurs between amino acid residues 1648 and 1649 (Arg-Glu). On polyacrylamide gels the light chains appear as a doublet of 77 and 80 K $M_r$ bands, representing polypeptides having one or two N-linked oligosaccharides. Independent secretion of light chains was achieved by fusion of the light chain coding region of the FVIII:C cDNA to the cDNA of tPA. In the process of supplying the tPA signal peptide, however, the amino terminus of the FVIII:C light chain was mutated from the native glutamic acid residue to a serine. Although this mutant recombinant light chain displays molecular characteristics similar to the chain derived from full-length recombinant FVIII:C, there is preliminary evidence that 1) it may not be alternatively glycosylated in the same manner as the chain cleaved from the FVIII:C presursor, 2) it may behave differently during purification by ion exchange and vWF Sepharose® chromatography, and 3) it may be different antigenically from authentic light chain.

The tPA pre-pro peptide sequence requires three proteolytic cleavages to release the mature polypeptide. Shown below is the translation of the protein coding sequence of pSVF8-80 in the region of the tPA-FVIII:C 80 K fusion:

pSVF8-80

```
    -35            -30                -25
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Val Leu Leu Leu
ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG    (SEQ ID NOS:12–13)

    -20             -15        *        -10     *
Cys Gly Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala
TGT GGA GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC

         -5    @              1              5
Arg Phe Arg Arg Gly Ala Arg Ser Ile Thr Arg Thr Thr Leu
CGA TTC AGA AGA GGA GCC AGA TCT ATA ACT CGT ACT CTT CAG

        10
Gln Ser Asp
CAG TCT GAT
```

The signal peptidase cleavage has been thought to occur on the carboxy side of either Ser (position −13) or Ala (position −8), indicated by asterisks. The second cleavage probably occurs on the carboxy side of Arg (position −4, indicated by @ above). The third processing event is proteolysis at the Arg-Ser bond to release a Gly-Ala-Arg tripeptide and leave a Ser (position 1) aminoterminus on the mature tPA or FVIII:C light chain polypeptides.

Preparation of Plasmids

(1) pSVF9-80KG

The Ser codon (position 1) was changed by site-directed mutagenesis to a Glu codon (position 1). This was done in an effort to allow the first two proteolytic processing events to occur normally, and test whether the Arg-Glu protease could recognize and cleave the dipeptide in an altered context, i.e., where the tPA tripeptide is substituted for the FVIII:C B domain. The tPA-80 K chain fusion region is

US 6,228,620 B1

21

22

shown below. Otherwise, this plasmid is identical to pSVF8-80.

pSVF8-80KG

```
-35                  -30               -25
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Val Leu Leu Leu
ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG   (SEQ ID NOS:14-15)

     -20               -15    *         -10    *
Cys Gly Ala Val Phe Val Ser Pro Ser Gln Gln Ile His Ala
TGT GGA GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC

        -5    @      Gly Ala Arg    1              5
Arg Phe Arg Arg Gly Ala Arg Glu Ile Thr Arg Thr Thr Leu
CGA TTC AGA AGA GGA GCC AGA GAA ATA ACT CGT ACT CTT CAG

     10
Gln Ser Asp
CAG TCT GAT
```

### (2) DSVF8-80S

Twelve codons were deleted from pSVF8-80 by in vitro mutagenesis, and the Ser (position 1) codon changed to a codon for Glu. This placed the Glu FVIII:C light chain residue after Ser23 of the putative tPA signal peptide (indicated by an asterisk). Cleavage by signal peptidase on the carboxy side of 80 K chain fusion region of pSVF8-80S is shown below. Otherwise this plasmid is identical to pSVF8-80.

pSVF8-80S

```
-23        -20               -15            -10
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Val Leu Leu Leu
ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG   (SEQ ID NOS:16-17)

              -5         *    1              5
Cys Gly Ala Val Phe Val Ser Pro Ser Glu Ile Thr Arg Thr
TGT GGA GCA GTC TTC GTT TCG CCC AGC GAA ATA ACT CGT ACT

                   10
Thr Leu Gln Ser Asp Gln Glu Glu Ile Asp Tyr Asp Asp Thr
CTT CAG CAG TCT GAT CAA GAG GAA ATT GAC TAT GAT GAT ACC
```

### (3) pSVF8-80R

A deletion of three codons of pSVF8-80, to remove the tPA pro-tripeptide, was made by in vitro mutagenesis, and the Ser (position 1) codon was changed to one for Glu. This places a Glu residue after Arg32 of the tPA pro-peptide, marked with @ on the tPA-80 K chain fusion region of pSVF8-80R shown below:

pSVF8-80R

```
-32     -30               -25            -20
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Val Leu Leu Leu
ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG   (SEQ ID NOS:18-19)

              -15               -10            -5
Cys Gly Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala
TGT GGA GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC

                   @    1                      10
Arg Phe Arg Arg Glu Ile Thr Arg Thr Thr Leu Gln Ser Asp
CGA TTC AGA AGA GAG ATA ACT CGT ACT CTT CAG CAG TCT GAT
```

This construction was made in the hope that cleavage by a Golgi-resident protease with dibasic specificity would release FVIII:C light chains having Glu amino termini.

### (4) pSVF8-80A

Seven codons of pSVF8-80 were deleted by site-directed mutagenesis, removing the DNA encoding the putative tPA

US 6,228,620 B1

23                                                                 24

pro sequence, and the Ser (position 1) codon was replaced by a Glu codon after codon 28 (Ala) of the putative tPA signal peptide coding sequence (indicated by an asterisk below). Cleavage by signal peptidase on the carboxy side of $Ala_{28}$ will release non-mutant FVIII:C light chain. The tPA-80 X chain fusion region is shown below. Otherwise, this plasmid is identical to pSVF8-80.

DSVF8-80A

```
-28         -25          Arg Gly Leu Cys Cys  -15
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Val Leu Leu Leu
ATG GAT GCA ATG AAG AGA GGG CTC TGC TGT GTG CTG CTG   (SEQ ID NOS:20-21)

         -10              -5              *
Cys Gly Ala Val Phe Val Ser Pro Ser Gln Gly Ile His Ala
TGT GGA GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC

 1                 10
Glu Ile Thr Arg Thr Thr Leu Gln Ser Asp Glu Glu Glu Ile
GAG ATA ACT CGT ACT ACG CAG TCT GAT CAA GAG GAA ATT
```

(B) Expression and Protein Sequence Analysis

(1) Transfection into COS7 Cells

COS7 cells were transfected using the DEAE-dextran procedure described in Example 1, and conditioned media were assayed by the LC-ELISA. All four derivatives of pSVF8-80 encode 80 K $M_r$ glycoproteins that are reactive in the LC-ELISA and that can be immunoprecipitated after biosynthetic radiolabeling with various anti-FVIII:C light chain antibodies. Except for pSVF8-80R, all the derivatives lead to secretion of about the same amount of 80 K glycoprotein as pSVF8-80. Secretion of 80 K glycoprotein from cells transfected with pSVF8-80R is very poor, usually less than 25% of that produced from the other plasmids. In addition, the appearance of this FVIII:C light chain is different on gel electrophoresis, where the bands are always diffuse.

(2) Expression in CHO Cells

Each of these plasmids was introduced into DUKX-B11 CHO cells with pAd-DHFR as described in Example 4. Permanent cell lines were established for production of each type of light chain. Expression of the 80 K $M_r$ glycoproteins in CHO cells is very similar to expression in COS7 cells, with respect to the amounts of glycoprotein secreted and the appearance of the 80 K bands on gel electrophoresis. CHO lines transfected with pSVF8-80R produced such a low level of 80 K glycoprotein that analysis of this material was not done.

3. Purification and Amino Acid Sequence Analysis

Conditioned media from either large scale COS7 transfections (pSVF8-80KG) or from transfected (amplified) CHO cell lines (pSVF8-80K cell line 10C2B5; pSVF8-80A, cell line A1N; pSVF8-80S, cell line S1R) were prepared. The medium was DME H12 with 10% FBS. FVIII-LC was purified for sequencing by a two-step procedure comprising ion exchange chromatography followed by affinity chroma-

tography. Ion exchange chromatography was performed as follows: A column of S-FF Sepharose® (15x0.8 cm) was equilibrated with 0.02 M MES, 0.05 M NaCl, 0.01 M $CaCl_2$, pH 5.8, $\lambda_{20°C}$=7.2 mS. Conditioned medium (500–1300 mL) was applied to the column after adjustment of pH to 5.8 with a flow rate of 100 mL/h. The column was washed with 10 column volumes of 0.05 M imidazole, 0.05 M NaCl, 0.01 M $CaCl_2$, pH 7.35, $\lambda_{20°C}$=8.8 mS at a flow rate of 200 mL/h.

FVIII-LC was eluted by addition of 0.1 M $CaCl_2$ to the washing buffer, flow rate 50 mL/h. All operations were performed at 4° C.

Affinity chromatography was performed as follows: The murine monoclonal anti-FVIII-LC antibody 56-IgG was coupled to Sepharose® 4B by the CNBr method to a density of 2.5 mg/mL gel. The FVIII-LC containing eluate was incubated with the immunosorbent overnight at room temperature, 1 mL of gel per 1000 units FVIII-LC. The gel was then packed into a column and washed with 20 column volumes of a low salt buffer (0.05 M imidazole, 0.15 M NaCl, 0.01 M $CaCl_2$, 10% glycerol, 0.02% $NaN_3$, pH 7.3), followed by 20 column volumes of a high salt buffer (0.05 M imidazole, 1.0 M NaCl, 10% glycerol, pH 7.3). FVIII-LC was eluted from the immunosorbent using 1 M $CaCl_2$ in 0.05 M imidazole, 0.15 M NaCl, 10% glycerol after one hour incubation. The eluate was immediately desalted on a Sephadex® G-25 column to a solution of 0.05 M imidazole, 0.15 M NaCl, 0.01 M $CaCl_2$, 10% glycerol, 0.02% Tween® 80, 0.02% $NaN_3$, pH 7.3 and stored at –80° C. N-terminal sequence analysis was performed on an Applied Biosystem 477A sequencer.

The results of this analysis are shown in Table 7. The 80 K glycoprotein encoded by pSVF8-80KG has a tripeptide extension on its aminoterminus. Presumably this is the tPA pro tripeptide Gly-Ala-Arg, which cannot be processed by the Arg-Glu protease that recognizes the FVIII:C B domain. Further, the N-terminal sequences reveal that the signal peptide of tPA is actually 22 amino acid residues in length, with signal peptidase cleavage occurring on the carboxy side of $Pro_{22}$. Therefore, plasmid constructions pSVF8-80S and pSVF8-80A, predicated upon signal peptidase cleavage after $Ser_{23}$ and $Ala_{28}$, respectively, lead to incorrect amino terminal residues on the 80 K light chains.

TABLE 7

| | N-terminal Sequences of 80 K Chains with Modified tPA pre-pro Regions | |
|---|---|---|
| Plasmid | N-terminal Sequence | Amount (pmol) |
| pSVF8-80 | X-Ile-X-Arg-Thr-X-Leu-Gln-X-Asp-Glu-(SEQ ID NO:22) | 10 |
| pSVF8-80KG | X-X-Arg-Glu-Ile-Thr-Arg-Thr-Thr-Leu-(SEQ ID NO:23) | 20 |

US 6,228,620 B1

25                                                                  26

TABLE 7-continued

| | N-terminal Sequences of 80 K Chains with Modified tPA pre-pro Regions | |
|---|---|---|
| Plasmid | N-terminal Sequence | Amount (pmol) |
| pSVF8-80S | Ser-Glu-Ile-Thr-Arg-Thr-(SEQ ID NO:24) | 40 |
| pSVF8-80A | X-Glu-Glu-Ile-(SEQ ID NO:25) | 40 |

Results shown in this example reveal the difficulty of predicting how a secreted polypeptide will be processed following transcription and translation. Modifications of the protein sequence have unexpected consequences for proteolytic processing and oligosaccharide addition, and can affect the overall efficiency of secretion.

### Example 6

This example describes a method for expression of authentic FVIII:C light chains using the signal peptide of human $\alpha_1$-antitrypsin.

sequence (as an EcoRV-SalI sequence starting at codon 2) to be fused in correct reading frame to codon 1 of $\alpha_1$-antitrypsin, and replace the coding sequence of mature human $\alpha_1$-antitrypsin.

The coding sequence of pSVF8-80AT in the region of fusion is shown translated below. Except for substitution of the $\alpha_1$-antitrypsin signal peptide coding sequence for the tPA pre-pro coding sequence, this plasmid is identical to pSVF8-80.

pSVF8-80AT (Amino Terminal Region)

```
-24        -20              -15              -10
Met Pro Ser Ser Val Ser Trp Gly Ile Leu Leu Leu Ala Gly Leu
ATG CCC TCG AGC GTC TCG TGG GGC ATC CTC CTG CTG GCA GGC CTG (SEQ ID NO:26-27)

           -5                 1                5
Cys Cys Leu Val Pro Val Ser Leu Ala Glu Ile Thr Arg Thr Thr
TGC TGC CTG GTC CCT GTC TCC CTG GCT GAG ATC ACT CGT ACT ACT

           10                 15                 20
Leu Gln Ser Asp Gln Glu Glu Ile Asp Tyr Asp Asp Thr Ile Ser
CTT CAG TCT GAT CAA GAG GAA ATT GAC TAT GAT GAT ACC ATA TCA
```

#### A. Preparation of Plasmids

1. p SVα1AT.Met

A cDNA encoding the mature human $\alpha_1$-antitrypsin polypeptide had been assembled using fragments of human liver cDNA clones and a synthetic oligonucleotide; the assembly was ligated as a BamHI-SalI fragment into pBR322 to make plasmid pAT(Met) (Rosenberg et al, *Nature* (1984) 312:77–80). A synthetic oligonucleotide linker-adapter and part of a cDNA clone encoding the signal peptide were used to attach the signal peptide coding sequence, with an EcoRI restriction site on the 5' end, to the BamHI site of pAT(Met). The resulting 1271 bp EcoRI-SalI fragment, encoding the translated sequences of human $\alpha_1$-antitrypsin, was ligated into the EcoRI-SalI sites of pSV7d (described in Example 1) to make pSVα1AT.Met.

2. pSVF8-80AT

Plasmid pSVα1AT.Met was opened at the BamHI site, which occurs at the boundary between the codons of the signal peptide and mature $\alpha_1$-antitrypsin sequences. The cohesive end of this restriction site was removed with mung bean nuclease to leave the GAG (Glu) codon, and the $\alpha_1$-antitrypsin sequence was deleted by digestion with SalI. The coding sequence of FVIII:C 80 K was prepared for attachment by in vitro mutagenesis of codons 1 and 2 of pSVF8-80 to form an EcoRV site (which preserves codon 2 as an Ile codon). This allowed the FVIII:C light chain coding

#### B. Expression and Amino Acid Sequence Analysis

1. Expression of PSVF8-80AT in COS7 Cells

COS7 cells were transfected with pSVF8-80AT and a heavy chain expression plasmid, usually pSVF8-92C. Conditioned media were assayed by LC-ELISA, HC-ELISA and COATEST. Transfected cells were also labeled with radioactive Met, so that the biosynthetically radiolabeled FVIII:C light chains could be immunoprecipitated and visualized after polyacrylamide gel electrophoresis. Plasmid SVF8-80AT directs the synthesis of FVIII:C light chains that appear as a doublet of 77-80 K $M_r$. The amount produced in COS7 cells is the same as for pSVF8-80. Co-expression with pSVF8-92C, or other FVIII:C heavy chain plasmid, leads to production of active FVIII:C complexes measured in the COATEST assay.

2. Purification and Amino Acid Sequence Analysis

Material for purification was prepared by transfection of COS7 cells in T-175 flasks, using increased cell density and decreased chloroquine diphosphate concentration. Conditioned media were collected 60 hours after transfection. Purification and amino acid sequence analysis were performed as described in Example 5. The results of aminoterminal sequence analysis (Table 8) indicate that the FVIII:C light chain encoded by pSVF8-80AT has the same aminoterminal sequence as authentic human plasma FVIII:C light chain.

US 6,228,620 B1

27                                                                                          28

TABLE 8

N-terminal Sequence of 80 K Chains Secreted
Using α₁-antitrypsin Signal Peptide

| Plasmid | N-terminal Sequence | Amount (pmol) |
|---|---|---|
| pSVF8-80 | X-Ile-X-Arg-Thr-X-Leu-Gln-X-Asp-Gln-(SEQ ID NO:22) | 10 |
| pSVF8-80AT | Glu-Ile-Thr-Arg-Thr-X-Leu-Gln-Ser-Asp-Gln(SEQ ID NO:28) | 10 |

3. In Vitro Assembly of 80 AT FVIII:C Light Chains

The ability of 80 AT FVIII:C light chains to recombine
with purified FVIII:C heavy chains in vitro was tested in an
experiment shown in Table 9. Purified FVIII:C light chains
were incubated at concentrations of 3.7 U/mL with purified
recombinant (from full-length human FVIII:C) heavy chains
at 17 U/mL in buffer containing 50 mM Mn⁺⁺ and 150 μM
β-mercaptoethanol. As the control, purified recombinant
heavy and light chains were allowed to reassociate under the
same conditions, and the quantity of active FVIII:C pro-
duced was assayed by COATEST. These results suggest that
the 80AT FVIII:C light chain can be combined in vitro with
purified recombinant heavy chain.

TABLE 9

Combination of Recombinant FVIII:C Light
Chains with Heavy Chains in vitro

| Purified FVIII-LC | Purified FVIII-HC | Percent Control Activity |
|---|---|---|
| 80AT | full-length | 86 |
| 80S | full-length | 51 |
| 80A | full-length | 92 |
| 80KG | full-length | 233 |

Example 7

This example describes plasmids for improved expression
of the Factor VIII:C heavy chain. Modifications in DNA
sequences responsible for the initiation of transcription and
in non-coding sequences are made in order to increase the
efficiency of transcription and the stability of the messenger
RNA. The heavy chain glycoprotein is modified by a
carboxy-terminal extension composed of segments of the B
domain joined by a short peptide. This is done to obtain a
heavy-chain that is secreted from cells more efficiently, is
more stable in tissue culture medium, and assembles more
efficiently with the light chain.

A. Preparation of Plasmids

1. pCMVF8-92/6x

In an effort to improve the level of transcription and
stability of the messenger RNA for the Factor VIII:C 92 K
Mᵣ heavy chain, the SV40 early transcriptional initiation
region was replaced by sequences from the human cytome-
galovirus immediate early region (Boshart et al, Cell (1985)
4:521–530). In addition, 5′ untranslated sequences contrib-
uted by the SV40 early region to the messenger RNA were
replaced with the 5′ untranslated sequences of the HCMV
1E1 gene, including its first intron. This intron is included on
the assumption that spliced transcripts lead to faster pro-
cessing and more stable mRNA. The expression vector also
has an SV40 origin of replication to permit transient expres-
sion in COS7 cells, and a bacterial β-lactamase gene to
permit DNA cloning by selection for ampicillin resistance.

The plasmid was constructed from a 700 bp SalI-PvuI
fragment of pSV7d (described in Example 1) containing the
SV40 polyadenylation region, a 1400 bp PvuI-EcoRI (filled
in with Klenow polymerase) fragment of pSVT2 (Myers et
al, Cell (1981) 25:373–34; Rio et al, Cell (1983)
32:1227–40) providing the SV40 origin of replication and
the rest of the β-lactamase gene, a 1700 bp SspI-SalI
fragment derived from a plasmid subclone of the human
cytomegalovirus (Towne strain) in which the SalI site was
introduced by in vitro mutagenesis near the translational
start site for the 1E1 protein, and the 4300 bp SalI-SalI
fragment of pSVF8-92C (described in Example 2) contain-
ing the cDNA encoding the Factor VIII:C 92 K Mᵣ glyco-
protein.

2. pSVF8-92tβ

This plasmid is a derivative of pSVF8-92C that encodes
the 92 K Mᵣ recombinant heavy chain with a C-terminal
extension composed of N-terminal and C-terminal amino
acid residues of the central (B) domain of the Factor VIII:C
precursor linked by a peptide hinge peptide homologous to
that of human immunoglobulin a heavy chain. It is com-
posed of a 4900 bp HindIII-SalI fragment from pSVF8-92C,
into which was inserted a 110 bp HindIII-SalI synthetic
linker-adapter (shown below).

```
←------------- N-terminus of B Domain ----------------→
SerPheSerGlnAsnSerArgHisProSerThrArgGlnLysGlnPheAsnAla
AGCTTCTCCCAGAATTCTAGACACCCTAGCACTAGGCAAAAGCAATTTAATGCC
|   AGAGGGTCTTAAGATCTGTGGGATCGTGATCCGTTTTCGTTAAATTACGG
|       |      |
HinDIII  EcoRI  XbaI

--→+←---IgA hinge --→+←--C-terminus of B Domain-→
ThrProProThrProProThrProProValLeuLysArgHisGlnArgOP  OC
ACCCCTCCTACACCACCAACCCCACCAGTACTGAAACGCCATCAACGGTGATAAG     (SEQ ID NO:29–30)
TGGGGAGGATGTGGTGGTTGGGGTGGTCATGACTTTGCGGTAGTTGCCACTATTCAGCT    (SEQ ID NO:31)
                |                                |
               ScaI                            SalI
```

US 6,228,620 B1

29

The linker-adapter encodes a carboxy-terminal extension of 34 additional amino acid residues, and one potential site of N-linked glycosylation. The C-terminal peptide should-increase the molecular weight of the heavy chain to approximately 96 K $M_r$, and to about 99 K $M_r$ if it is glycosylated.

B. Assay for FVIII:C Heavy Chain Antigen and FVIII:C Complex Formation

The cofactor activity of the FVIII:C light chain-heavy chain complex was estimated using a commercially available test kit from KabiVitrum (COATEST). Immunoreactive FVIII:C light chain was measured by ELISA using HZ IgG coating antibody and peroxidase-conjugated antibodies from Nordisk Gentofte. The FVIII:C heavy chain immunoreactivity was quantified using an ELISA developed at Nordisk Gentofte, which employs human polyclonal antibody from an inhibitor patient (E-IgG).

C. Transient Expression of pCMVF8-92/6x

The pCMVF8-92/6x plasmid was cotransfected with various FVIII:C light chain plasmids (described in Example 5) into COS7 cells using the DEAE-dextran procedure. A sample of results from these transfections is shown in Table 10. The data suggest that addition of the CMV 1E1 promoter/enhancer, and the 5' untranslated sequences of the 1E1 gene yields a 2.5 fold improvement (on average) in, FVIII:C heavy chain expression.

30

TABLE 10

Expression is COS7 Cells of
pCMVF8-92/6x Versus pSVF8-92C

| HC-Plasmid | LC-Plasmid | FVIII:C Activity (mU/mL) | |
|---|---|---|---|
| | | COA[a] | HC-RIA[b] |
| pSVF8-92C | pSVF8-80 | 46 | 160 |
| pSVF8-92C | -80A | 34 | 72 |
| pSVF8-92C | -80R | 61 | 310 |
| pSVF8-92C | -80S | 31 | 46 |
| pCMVF8-92/6x | -80 | 87 | 290 |
| pCMVF8-92/6x | -80A | 131 | 140 |
| pCMVF8-92/6x | -80R | 178 | 330 |
| pCMVF8-92/6x | -80S | 114 | 690 |

[a]COATEST assay
[b]Radioimmunoassay for heavy chain

D. Transient Expression in COS7 Cells of pSVF8-92tβ

Shown in Table 11 are the results of cotransfecting pSVF8-92tβ with a Factor VIII:C light chain expression plasmid (pSVF8-80AT, described in Example 6) into COS7 cells. The 92tβheavy chain is secreted at higher levels than the 92C heavy chain, which has a single amino acid (Ser) carboxy-terminal extension. The ratio of COATEST (COA) activity to ELISA-reactive glycoprotein (a measure of complex formation) is greater for 92tβ chains than for 92C chains. In addition, the 92tβ heavy chain is secreted well in serum-free medium and appears to be stable, with a ratio of activity to protein nearly the same as in 10% FBS. These results show that this 34 amino acid carboxy-terminal extension improves secretion and stabilizes the recombinant FVIII:C heavy chain.

TABLE 11

Expression of pSVF8-92tβ in COS7 Cells

| Exp[t] | Medium | Plasmid 1 | Plasmid 2 | mU/mL FVIII | | |
|---|---|---|---|---|---|---|
| | | | | COATEST | LC[a] | HC[b] |
| 1 | 10% FBS | pSVF8-92tβ | pSVF8-80AT | 41 | 487 | 98 |
| | | pSVF8-92C | pSVF8-80AT | 23 | 442 | 49 |
| 2 | 10% FBS | pSVF8-92tβ | pSVF8-80AT | 80 | 484 | 162 |
| | | pSVF8-92C | pSVF8-80AT | 30 | 639 | 90 |
| 3 | HB CHO | pSVF8-92tβ | pSVF8-80AT | 38 | 262 | 125 |

[t]COS7 cell monolayers in duplicate were exposed to DNA in DEAE-Dextran, washed, and treated with medium containing chloroquine diphosphate for 8 hrs. Cells were washed to remove the drug, then covered with 5 mL DME H21 containing 10% FBS. For expression in serum-free medium, dishes were washed after 12–16 hrs. and overlaid with HB CHO ® from Hana Biologicals. Conditioned media were assayed for FVIII:C activity as described.
[a]by ELISA assay specific for light chain.
[b]by ELISA assay specific for heavy chain.

Example 8

This example describes a method for expression of a FVIII:C heavy chain having $Arg_{740}$ as the C-terminus.
A. Preparation of Plasmid pCMVF8-92R

The FVIII:C heavy chain encoded by the plasmid pCMVF8-92/6x has $Ser_{741}$ as a C-terminal extension. In order to obtain a FVIII:C heavy chain with $Arg_{740}$ as the C-terminus, a 1588 bp BamHI fragment of pCMVF8-92/6x, encoding the 3' end of the coding sequence derived from pSVF8-92C was purified. This fragment was cloned into

US 6,228,620 B1

31

m13mp18 and the $Ser_{741}$ residue was changed to a translational stop codon by in vitro mutagenesis. The pCMVF8-92R expression plasmid was assembled by cloning the mutagenized BamHI fragment into the 5840 bp BamHI fragment of the original vector. By this procedure 680 bp of FVIII:C 3' untranslated sequences were deleted.

B. Transient Expression in COS7 Cells of pCMVF8-92R

The pCMVF8-92R plasmid was co-transfected with the FVIII:C light chain plasmid pSVF8-80AT (described in Example 6) into COS7 cells using the calcium phosphate technique (Graham and van der Eb, Virol (1973) 52:456–67). The media were changed 18 and 42 hours post-transfection. Media samples for assays were collected 66 hours post-transfection. The results from these assays are shown in Table 12 below. The data shows that FVIII:C activity was generated when pCMVF8-92R was cotransfected with a plasmid providing expression of FVIII LC.

TABLE 12

| Coexpression of pCMVF8-92R and pSVF8-80AT. | | | |
|---|---|---|---|
| Transfection | COA (mU/mL) | HC:Ag (mU/mL) | LC:Ag (mU/mL) |
| A | 243 | 400 | 990 |
| B | 263 | 460 | 1190 |

Example 9

This example describes the preparation of a stable CHO cell line that produces the native FVIII:C $M_r$ 92K-80K complex.

The DHFR⁻ CHO cell line DG44 (G. Urlaub et al, Som Cell Mol Genet (1986) 12:555–66) was first transfected with the plasmid pCMVF8-80AT. In this plasmid the CMV promoter (described in Example 7) regulates FVIII LC cDNA derived from pSVF8-80AT (described in Example 6), and downstream contains the Ad-MLP/dhfr cassette derived from pAd-DHFR (described in Example 4). The cells were transfected using the polybrene method described by W. Chaney et al, Som Cell Mol Genet (1986) 12:237–44. By selecting for DHFR⁺ cells (in DMEM+10% DFSC) several FVIII-LC producers were isolated; one of which was designated 11W.

In order to introduce FVIII-HC into 11W, the cell line was cotransfected with the plasmid pPR78 (this plasmid is analogous to pCMVF8-92R, but contains the HC cDNA derived from pCMVF8-92R described in Example 8 instead of the LC cDNA) and pSV2-neo (P. J. Southern and P. Berg, J Mol Appl Gen (1982) 1: 3.27–41). The transfection method used was the modified calcium phosphate procedure (G.

32

Chen and H. Okayala, Mol Cell Biol (1987) 7:2745–52). Transfectants were isolated in medium containing 700 μg/mL Geneticin (G418 sulfate, Gibco). Cells from the primary pool were subcloned by limiting dilution, and individual clones tested for expression of active FVIII:C. In this way several FVIII:C producing cell lines were isolated, one of which was designated 45-4/B-9.

45-4/B-9 was grown to confluency in a T-75 culture flask (DMEM+10% DFCS+700 μg/mL Geneticin) at 37° C., after which the cells were transferred to 27° C. and acclimatized for 3 days before an expression period of 24 hours. After the expression period, the FVIII:C concentration was measured to 12.8 U/mL using the chromogenic assay (Kabi).

Deposit Information

The following materials were deposited with the American Type Culture Collection:

| Plasmid | Deposit Date | Accession No. |
|---|---|---|
| pSVF8-92 | 24 January 1986 | 40222 |
| pSVF8-80 | 24 January 1986 | 40223 |
| pSVF8-200 | 17 July 1985 | 40190 |

The above materials have been deposited with the American Type Culture Collection, Rockville, Md., under the accession numbers indicated. This deposit will be maintained under the terms of the Budapest Treaty on the International Recognition of the Deposit of Microorganisms for purposes of Patent Procedure. The deposits will be maintained for a period of 30 years following issuance of this patent, or for the enforceable life of the patent, whichever is greater. Upon issuance of the patent, the deposits will be available to the public from the ATCC without restriction.

These deposits are provided merely as convenience to those of skill in the art, and are not an admission that a deposit is required under 35 U.S.C. §112. The sequence of the polynucleotides contained within the deposited materials, as well as the amino acid sequence of the polypeptides encoded thereby, are incorporated herein by reference and are controlling in the event of any conflict with the written description of sequences herein. A license may be required to make, use, or sell the deposited materials, and no such license is granted hereby.

Although the foregoing invention has been described in some detail by way of illustration and example for purposes of clarity of understanding, it will be obvious that certain changes and modifications may be practiced within the scope of the appended claims.

SEQUENCE LISTING

(1) GENERAL INFORMATION:

   (iii) NUMBER OF SEQUENCES: 35

(2) INFORMATION FOR SEQ ID NO:1:

   (i) SEQUENCE CHARACTERISTICS:
      (A) LENGTH: 30 base pairs
      (B) TYPE: nucleic acid

US 6,228,620 B1

33                                              34

—continued

```
        (C) STRANDEDNESS: double
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: DNA (genomic)

   (ix) FEATURE:
        (A) NAME/KEY: misc_difference
        (B) LOCATION: replace(1..4, "")
        (D) OTHER INFORMATION: /note= "Overhang:  not paired with
            complimentary strand."

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:1:

AGCTAGATCT CCCGGGTCTA GATAAGTAAT                                30


(2) INFORMATION FOR SEQ ID NO:2:

   (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 30 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: double
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: DNA (genomic)

   (ix) FEATURE:
        (A) NAME/KEY: misc_difference
        (B) LOCATION: replace(1..4, "")
        (D) OTHER INFORMATION: /note= "Overhang:  not paired with
            complimentary strand."

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:2:

GATCATTACT TATCTAGACC CGGGAGATCT                                30


(2) INFORMATION FOR SEQ ID NO:3:

   (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 26 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: double
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: DNA (genomic)

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:3:

AGATCTCGAA TTCCCCGGGG GTACCT                                    26


(2) INFORMATION FOR SEQ ID NO:4:

   (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 30 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: double
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: DNA (genomic)

   (ix) FEATURE:
        (A) NAME/KEY: misc_difference
        (B) LOCATION: replace(1..4, "")
        (D) OTHER INFORMATION: /note= "Overhang:  not paired with
            complimentary strand."

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:4:

CTAGAGGTAC CCCCGGGGAA TTCGAGATCT                                30


(2) INFORMATION FOR SEQ ID NO:5:

   (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 36 base pairs
        (B) TYPE: nucleic acid
```

US 6,228,620 B1

**35**                        **36**

-continued

```
         (C) STRANDEDNESS: double
         (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: DNA (genomic)

  (ix) FEATURE:
         (A) NAME/KEY: misc_difference
         (B) LOCATION: replace(1..4, "")
         (D) OTHER INFORMATION: /note= "Overhang:  not paired with
             complimentary strand."

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:5:

GATCTCGAAT TCCCCGGGTC TAGAGGATCC GTCGAC                           36


(2) INFORMATION FOR SEQ ID NO:6:

   (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 36 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: double
         (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: DNA (genomic)

  (ix) FEATURE:
         (A) NAME/KEY: misc_difference
         (B) LOCATION: replace(1..4, "")
         (D) OTHER INFORMATION: /note= "Overhang:  not paired with
             complimentary strand."

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:6:

CTAGGTGCAC GGATCCTCTA GACCCGGGGA ATTCGA                           36


(2) INFORMATION FOR SEQ ID NO:7:

   (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 49 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: double
         (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: DNA (genomic)

  (ix) FEATURE:
         (A) NAME/KEY: misc_difference
         (B) LOCATION: replace(1..4, "")
         (D) OTHER INFORMATION: /note= "Overhang:  not paired with
             complimentary strand."

  (ix) FEATURE:
         (A) NAME/KEY: CDS
         (B) LOCATION: 36..47

  (ix) FEATURE:
         (A) NAME/KEY: misc_difference
         (B) LOCATION: replace(46..49, "")
         (D) OTHER INFORMATION: /note= "Overhang:  not paired with
             complimentary strand."

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:7:

GATCCTCTCC AGTTGAACAT TTGTAGCAAT AAGTC ATG CAA ATA GAG CT        49
                                     Met Gln Ile Glu
                                      1


(2) INFORMATION FOR SEQ ID NO:8:

   (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 4 amino acids
         (B) TYPE: amino acid
         (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: protein
```

US 6,228,620 B1

37                                                          38

---

-continued

```
     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:8:

Met Gln Ile Glu
  1


(2) INFORMATION FOR SEQ ID NO:9:

     (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 41 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: double
           (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:9:

CTATTTGCAT GACTTATTGC TACAAATGTT CAACTGGAGA G              41


(2) INFORMATION FOR SEQ ID NO:10:

     (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 9 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:10:

GTCATGCAA                                                  9


(2) INFORMATION FOR SEQ ID NO:11:

     (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 7 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:11:

ACCATGG                                                    7


(2) INFORMATION FOR SEQ ID NO:12:

     (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 135 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

     (ix) FEATURE:
           (A) NAME/KEY: CDS
           (B) LOCATION: 1..135

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:12:

ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC GTG CTG CTG TGT GGA    48
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Val Leu Leu Cys Gly
  1               5                  10                  15

GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC CGA TTC AGA AGA    96
Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Arg Phe Arg Arg
               20                  25                  30

GGA GCC AGA TCT ATA ACT CGT ACT CTT CAG CAG TCT GAT              135
Gly Ala Arg Ser Ile Thr Arg Thr Leu Gln Gln Ser Asp
               35                  40                  45
```

US 6,228,620 B1

39                                                          40

-continued

(2) INFORMATION FOR SEQ ID NO:13:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 45 amino acids
        (B) TYPE: amino acid
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: protein

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:13:

```
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
1               5               10              15

Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Arg Phe Arg Arg
        20              25              30

Gly Ala Arg Ser Ile Thr Arg Thr Leu Gln Gln Ser Asp
        35              40              45
```

(2) INFORMATION FOR SEQ ID NO:14:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 135 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (ix) FEATURE:
        (A) NAME/KEY: CDS
        (B) LOCATION: 1..135

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:14:

```
ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG TGT GGA      48
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
1               5               10              15

GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC CGA TTC AGA AGA      96
Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Arg Phe Arg Arg
        20              25              30

GGA GCC AGA GAA ATA ACT CGT ACT CTT CAG CAG TCT GAT            135
Gly Ala Arg Glu Ile Thr Arg Thr Leu Gln Gln Ser Asp
        35              40              45
```

(2) INFORMATION FOR SEQ ID NO:15:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 45 amino acids
        (B) TYPE: amino acid
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: protein

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:15:

```
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
1               5               10              15

Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Arg Phe Arg Arg
        20              25              30

Gly Ala Arg Glu Ile Thr Arg Thr Leu Gln Gln Ser Asp
        35              40              45
```

(2) INFORMATION FOR SEQ ID NO:16:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 126 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

US 6,228,620 B1

41                                                                                  42

-continued

```
(ii) MOLECULE TYPE: DNA (genomic)

(ix) FEATURE:
     (A) NAME/KEY: CDS
     (B) LOCATION: 1..126

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:16:

ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG TGT GGA      48
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
 1               5                  10                  15

GCA GTC TTC GTT TCG CCC AGC GAG ATA ACT CGT ACT CTT CAG CAG TCT      96
Ala Val Phe Val Ser Pro Ser Glu Ile Thr Arg Thr Leu Gln Gln Ser
        20                  25                  30

GAT CAA GAG GAA ATT GAC TAT GAT GAT ACC                             126
Asp Gln Glu Glu Ile Asp Tyr Asp Asp Thr
        35                  40


(2) INFORMATION FOR SEQ ID NO:17:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 42 amino acids
        (B) TYPE: amino acid
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: protein

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:17:

Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
 1               5                  10                  15

Ala Val Phe Val Ser Pro Ser Glu Ile Thr Arg Thr Leu Gln Gln Ser
        20                  25                  30

Asp Gln Glu Glu Ile Asp Tyr Asp Asp Thr
        35                  40


(2) INFORMATION FOR SEQ ID NO:18:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 126 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: DNA (genomic)

   (ix) FEATURE:
        (A) NAME/KEY: CDS
        (B) LOCATION: 1..126

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:18:

ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG TGT GGA      48
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
 1               5                  10                  15

GCA GTC TTC GTT TCG CCC AGC GAG GAA ATC CAT GCC CGA TTC AGA AGA      96
Ala Val Phe Val Ser Pro Ser Glu Glu Ile His Ala Arg Phe Arg Arg
        20                  25                  30

GAG ATA ACT CGT ACT CTT CAG CAG TCT GAT                             126
Glu Ile Thr Arg Thr Leu Gln Gln Ser Asp
        35                  40


(2) INFORMATION FOR SEQ ID NO:19:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 42 amino acids
        (B) TYPE: amino acid
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: protein
```

US 6,228,620 B1

43                                                    44

-continued

```
     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:19:

Met Asp Ala Met Lys Arg Gly Leu Cys Cys Val Leu Leu Cys Gly
1               5                   10                  15

Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Arg Phe Arg Arg
        20                  25                  30

Glu Ile Thr Arg Thr Leu Gln Gln Ser Asp
        35                  40


(2) INFORMATION FOR SEQ ID NO:20:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 126 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

     (ix) FEATURE:
         (A) NAME/KEY: CDS
         (B) LOCATION: 1..126

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:20:

ATG GAT GCA ATG AAG AGA GGG CTC TGC TGC TGT GTG CTG CTG TGT GGA    48
Met Asp Ala Met Lys Arg Gly Leu Cys Cys Val Leu Leu Cys Gly
1               5                   10                  15

GCA GTC TTC GTT TCG CCC AGC CAG GAA ATC CAT GCC GAG ATA ACT CGT    96
Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Glu Ile Thr Arg
        20                  25                  30

ACT CTT CAG CAG TCT GAT CAA GAG GAA ATT                            126
Thr Leu Gln Gln Ser Asp Gln Glu Glu Ile
        35                  40


(2) INFORMATION FOR SEQ ID NO:21:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 42 amino acids
         (B) TYPE: amino acid
         (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: protein

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:21:

Met Asp Ala Met Lys Arg Gly Leu Cys Cys Cys Val Leu Leu Cys Gly
1               5                   10                  15

Ala Val Phe Val Ser Pro Ser Gln Glu Ile His Ala Glu Ile Thr Arg
        20                  25                  30

Thr Leu Gln Gln Ser Asp Gln Glu Glu Ile
        35                  40


(2) INFORMATION FOR SEQ ID NO:22:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 11 amino acids
         (B) TYPE: amino acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: peptide

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:22:

Xaa Ile Xaa Arg Thr Xaa Leu Gln Xaa Asp Gln
1               5                   10
```

US 6,228,620 B1

-continued

---

(2) INFORMATION FOR SEQ ID NO:23:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 10 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:23:

Xaa Xaa Arg Glu Ile Thr Arg Thr Thr Leu
1               5                   10


(2) INFORMATION FOR SEQ ID NO:24:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 6 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:24:

Ser Glu Ile Thr Arg Thr
1               5


(2) INFORMATION FOR SEQ ID NO:25:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 4 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:25:

Xaa Gln Glu Ile
1


(2) INFORMATION FOR SEQ ID NO:26:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 135 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (ix) FEATURE:
        (A) NAME/KEY: CDS
        (B) LOCATION: 1..135

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:26:

ATG CCC TCG AGC GTC TCG TGG GGC ATC CTC CTG CTG GCA GGC CTG TGC        48
Met Pro Ser Ser Val Ser Trp Gly Ile Leu Leu Leu Ala Gly Leu Cys
1               5                   10                  15


TGC CTG GTC CCT GTC TCC CTG GCT GAG ATC ACT CGT ACT ACT CTT CAG        96
Cys Leu Val Pro Val Ser Leu Ala Glu Ile Thr Arg Thr Thr Leu Gln
        20                  25                  30


TCT GAT CAA GAG GAA ATT GAC TAT GAT GAT ACC ATA TCA                   135
Ser Asp Gln Glu Glu Ile Asp Tyr Asp Asp Thr Ile Ser
        35                  40                  45

US 6,228,620 B1

47                                                                              48

-continued

(2) INFORMATION FOR SEQ ID NO:27:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 45 amino acids
            (B) TYPE: amino acid
            (D) TOPOLOGY: linear

       (ii) MOLECULE TYPE: protein

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:27:

Met Pro Ser Ser Val Ser Trp Gly Ile Leu Leu Leu Ala Gly Leu Cys
1               5                  10                 15

Cys Leu Val Pro Val Ser Leu Ala Glu Ile Thr Arg Thr Thr Leu Gln
            20                 25                 30

Ser Asp Gln Glu Glu Ile Asp Tyr Asp Asp Thr Ile Ser
        35                 40                 45

(2) INFORMATION FOR SEQ ID NO:28:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 11 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (ii) MOLECULE TYPE: peptide

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:28:

Glu Ile Thr Arg Thr Xaa Leu Gln Ser Asp Gln
1               5                  10

(2) INFORMATION FOR SEQ ID NO:29:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 109 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: double
            (D) TOPOLOGY: linear

       (ii) MOLECULE TYPE: DNA (genomic)

       (ix) FEATURE:
            (A) NAME/KEY: misc_difference
            (B) LOCATION: replace(1..4, "")
            (D) OTHER INFORMATION: /note= "Overhang:  not paired with
                complimentary strand."

       (ix) FEATURE:
            (A) NAME/KEY: CDS
            (B) LOCATION: 1..102

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:29:

AGC TTC TCC CAG AAT TCT AGA CAC CCT AGC ACT AGG CAA AAG CAA TTT      48
Ser Phe Ser Gln Asn Ser Arg His Pro Ser Thr Arg Gln Lys Gln Phe
1                   5                  10                 15

AAT GCC ACC CCT CCT ACA CCA CCA ACC CCA CCA GTA CTG AAA CGC CAT      96
Asn Ala Thr Pro Pro Thr Pro Pro Thr Pro Pro Val Leu Lys Arg His
            20                 25                 30

CAA CGG TGATAAG                                                      109
Gln Arg

(2) INFORMATION FOR SEQ ID NO:30:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 34 amino acids
            (B) TYPE: amino acid
            (D) TOPOLOGY: linear

       (ii) MOLECULE TYPE: protein

US 6,228,620 B1

49                                        50

-continued

```
       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:30:

Ser Phe Ser Gln Asn Ser Arg His Pro Ser Thr Arg Gln Lys Gln Phe
1               5                   10                  15

Asn Ala Thr Pro Pro Thr Pro Pro Thr Pro Pro Val Leu Lys Arg His
            20                  25                  30

Gln Arg


(2) INFORMATION FOR SEQ ID NO:31:

       (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 109 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: double
            (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

      (ix) FEATURE:
            (A) NAME/KEY: misc_difference
            (B) LOCATION: replace(1..4, "")
            (D) OTHER INFORMATION: /note= "Overhang:  not paired with
                complimentary strand."

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:31:

TCGACTTATC ACCGGTGATG GCGTTTCAGT ACTGGTGGGG TTGGTGGTGT AGGAGGGGTG     60

GCATTAAATT GCTTTTGCCT AGTGCTAGGG TGTCTAGAAT TCTGGGAGA                 109


(2) INFORMATION FOR SEQ ID NO:32:

       (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 19 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: peptide

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:32:

Ser Phe Ser Gln Asn Ser Arg His Pro Ser Thr Arg Gln Lys Gln Phe
1               5                   10                  15

Asn Ala Thr


(2) INFORMATION FOR SEQ ID NO:33:

       (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 6 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: peptide

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:33:

Pro Pro Thr Pro Pro Thr
1               5


(2) INFORMATION FOR SEQ ID NO:34:

       (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 9 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: peptide
```

US 6,228,620 B1

51

52

-continued

```
  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:34:

Pro Pro Val Leu Lys Arg His Gln Arg
1               5


(2) INFORMATION FOR SEQ ID NO:35:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 23 amino acids
         (B) TYPE: amino acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:35:

Met Pro Ser Ser Val Ser Trp Gly Ile Leu Leu Ala Gly Leu Leu Cys Cys
1               5                   10                  15

Leu Val Pro Val Ser Leu Ala
        20
```

What is claimed:

1. A nucleic acid composition for introducing nucleic acid into a eukaryotic host cell to obtain expression of a recombinant protein lacking all or a portion of the B domain of human Factor VIII, wherein said recombinant protein consists of:

a first amino acid sequence having at least 90% sequence identity with the contiguous amino acid sequence of amino acids 1 to 740 or amino acids 1 to 741 of the native, mature A domain of human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190); and

a second amino acid sequence having at least 90% sequence identity with the contiguous amino acid sequence of amino acids 1649, plus or minus 10 amino acids, through amino acid 2332 of the native, mature C domain of human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190);

wherein said nucleic acid encodes said first and second amino acid sequences and does not encode the complete B domain of human Factor VIII,

and further wherein the recombinant protein is capable of coagulation activity in a coagulation activity assay.

2. The composition of claim 1, wherein the first amino acid sequence consists of an amino acid sequence having at least 90% sequence identity with amino acid residues 1 to 740 or 1 to 741 of the native, mature A domain of human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence consists of an amino acid sequence having at least 90% sequence identity with amino acid residues 1649 to 2332 of the native, mature A domain of human Factor VIII and up to 10 amino acids of the human Factor VIII B domain sequence contiguous to amino acid 1649 as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

3. The composition of claim 2, wherein the first amino acid sequence consists of amino acids 1 to 740 of the native, mature A domain of human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence consists of amino acids 1640 to 2332 of native, mature human Factor

VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

4. The composition of claim 2, wherein the first amino acid sequence extends to amino acid 741 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190), and the second amino acid sequence extends to an amino acid sequence selected from the group consisting of amino acids 1639 to 1649 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

5. The composition of claim 4, wherein the encoding nucleic acid is joined to a vector comprising a viral replication system.

6. The composition of claim 3, wherein the first amino acid sequence consists of amino acids 1 to 741 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence consists of amino acids 1640 to 2332 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

7. A method of introducing nucleic acid into a eukaryotic host cell to obtain expression of a recombinant protein lacking all or a portion of the B domain of human Factor VIII, wherein the recombinant protein consists of a first amino acid sequence and a second amino acid sequence, said method comprising:

(a) providing said nucleic acid encoding the first amino acid sequence, wherein the first amino acid sequence has at least 90% sequence identity with the contiguous amino acid sequence of amino acids 1 to 740 or amino acids 1 to 741 of the native, mature A domain of human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence, wherein the second amino acid sequence has at least 90% sequence identity with the contiguous amino acid sequence of amino acids 1649, plus or minus 10 amino acids, through amino acid 2332 of the native, mature C domain of human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190), wherein said nucleic acid does not encode the complete B domain of human Factor VIII and further wherein the recombinant pro-

US 6,228,620 B1

**53**

tein is capable of coagulation activity in a coagulation activity assay; and

(b) introducing said nucleic acid into said host cell under conditions permitting the insertion of nucleic acid into said cell.

8. The method of claim 7, wherein the first amino acid sequence consists of amino acids 1 to 740 or amino acids 1 to 741 of the native, mature human A domain of human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence consists of amino acids 1649 to 2332 of the native, mature human C domain of Factor VIII and up to 10 amino acids of the human Factor VIII B domain sequence contiguous to amino acid 1649 as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

9. The method of claim 8, wherein the first amino acid sequence extends to amino acid 741 of native, mature Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence extends to an amino acid sequence selected from the group consisting of amino acids 1639 to 1649 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

10. The method of claim 8, wherein the first amino acid sequence consists of amino acids 1 to 740 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence consists of amino acids 1640 to 2332 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

11. A host cell comprising nucleic acid for expression of a recombinant protein lacking all or a portion of the B domain of human Factor VIII, wherein the recombinant protein consists of a first amino acid sequence having at least 90% sequence identity with the contiguous amino acid sequence of amino acids 1 to 740 or amino acids 1 to 741 of the native, mature A domain of human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and a second amino acid sequence having at least 90% sequence identity with the contiguous amino acid sequence of amino acids 1649, plus or minus 10 amino acids, through amino acid 2332 of the native, mature C domain of human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190), wherein said nucleic acid does not encode the complete B domain of human Factor VIII, and further wherein the recombinant protein is capable of coagulation activity in a coagulation activity assay.

12. The host cell of claim 11, wherein the first amino acid sequence consists of amino acids 1 to 740 or 1 to 741 of native, mature human Factor VIII as encoded by the polynucleotide present in 12plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence consists of amino acids 1649 to 2332 of native, mature human Factor VIII and up to 10 amino acids of the human Factor VIII B domain sequence contiguous to amino acid 1649 as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

13. The host cell of claim 11, wherein the first amino acid sequence consists of amino acids 1 to 740 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence consists of amino acids 1640 to 2332 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

**54**

14. The host cell of claim 11, wherein the first amino acid sequence extends to amino acid residue 741 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence extends to an amino acid residue selected from the group consisting of amino acids 1639 to 1649 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

15. The host cell of claim 11, wherein said host cell is a mammalian host cell.

16. The host cell of claim 15 wherein the mammalian host cell is selected from the group consisting of a COS cell, a Chinese Hamster Ovary (CHO) cell, a mouse kidney cell, a hamster kidney cell, a HeLa cell, and a HepG2 cell.

17. The host cell of claim 16, wherein the mammalian host cell is a COS cell.

18. The host cell of claim 16, wherein the mammalian cell is a CHO cell.

19. A method of preparing a Factor VIII protein capable of coagulation activity in a coagulation activity assay, comprising

providing the host cell of claim 11; and

growing the host cell under conditions in which the nucleic acid is expressed.

20. A nucleic acid composition for introducing nucleic acid into a eukaryotic host cell to obtain co-expression of a recombinant protein complex lacking all or a portion of the B domain of human Factor VIII and capable of coagulation activity in a coagulation activity assay, wherein said nucleic acid composition comprises:

a first expression cassette comprising a first polynucleotide that comprises a first nucleotide sequence encoding a first polypeptide comprising a first amino acid sequence having at least 90% sequence identity with a contiguous amino acid sequence of the native A domain of human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190); and

a second expression cassette comprising a second polynucleotide that comprises a second nucleotide sequence encoding a second polypeptide comprising a second amino acid sequence having at least 90% sequence identity with a contiguous amino acid sequence of the native C domain of human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190),

wherein neither the first nor the second polynucleotide encodes the complete B domain of human Factor VIII and further wherein the nucleic acid composition is effective in producing a protein complex capable of coagulation activity in a coagulation activity assay.

21. The composition of claim 20, wherein said first polynucleotide encodes a first polypeptide comprising a contiguous sequence of amino acids that corresponds to at least about 90% of the contiguous amino acid sequence of human Factor VIII amino acid residues 1 to 740, numbered relative to the native, mature human Factor VIII sequence as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190), and said second polynucleotide encodes a second polypeptide comprising a contiguous sequence of amino acids that corresponds to at least about 90% of the contiguous amino acid sequence of human Factor VIII amino acid residues 1649 to 2332, numbered relative to the native, mature human Factor VIII sequence as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

US 6,228,620 B1

55

56

**22.** The composition of claim **21**, wherein the first expression cassette is joined to a vector comprising a viral replication system.

**23.** The composition of claim **20**, wherein said first polynucleotide further comprises a polylinker and wherein said first polypeptide comprises the first 978 amino acid residues of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and a C-terminal extension of 4 amino acid residues encoded by the polylinker.

**24.** The composition of claim **21**, wherein the first polynucleotide encodes an amino acid sequence comprising amino acids 1 to 740 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second polynucleotide encodes an amino acid sequence comprising amino acids 1649 to 2332 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

**25.** The composition of claim **20**, wherein said first polynucleotide further comprises a polylinker and wherein said first polypeptide comprises the first 1315 amino acid residues of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and a C-terminal extension of 8 amino acid residues encoded by the polylinker.

**26.** The composition of claim **20**, wherein said first polynucleotide further comprises a polylinker and wherein said first polypeptide comprises the first 1405 amino acid residues of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and a C-terminal extension of 11 amino acid residues encoded by the polylinker.

**27.** The composition of claim **20**, wherein said first polynucleotide further comprises a polylinker and wherein said first polypeptide comprises the first 1102 amino acid residues of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and a C-terminal extension of 5 amino acid residues encoded by the polylinker.

**28.** The composition of claim **20**, wherein said first polynucleotide further encodes a signal sequence capable of directing secretion.

**29.** The composition of claim **20**, wherein said second polynucleotide further encodes a signal sequence capable of directing secretion.

**30.** A eukaryotic host cell containing the composition of claim **20**.

**31.** A eukaryotic host cell containing the composition of claim **23**.

**32.** A method of introducing into a eukaryotic host cell capable of coexpression a nucleic acid encoding a Factor VIII protein capable of coagulation activity in a coagulation activity assay, comprising:

  (a) providing the nucleic acid composition of claim **20**; and

  (b) introducing the nucleic acid composition into the host cell under conditions permitting the introduction of the nucleic acid into the cell.

**33.** A method for producing a recombinant protein complex capable of coagulation activity in a coagulation activity assay, said complex comprising a first polypeptide having at least 90% sequence identity with the amino acid sequence of the native A domain of human Factor VIII and a second polypeptide having at least 90% sequence identity with the amino acid sequence of the native C domain of human Factor VIII, and further wherein the complex lacks all or a portion of the B domain of human Factor VIII, which method comprises:

co-expressing in a eukaryotic host cell

  (a) a first polynucleotide that comprises a polynucleotide encoding the first polypeptide comprising a first amino acid sequence having at least 90% sequence identity with a contiguous amino acid sequence of the native A domain of human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190), and

  (b) a second polynucleotide that comprises a polynucleotide encoding the second polypeptide comprising a second amino acid sequence having at least 90% sequence identity with a contiguous amino acid sequence of the native C domain of human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190),

wherein neither the first nor the second polynucleotide encodes the complete B domain of human Factor VIII and further wherein the protein complex has coagulation activity.

**34.** The method of claim **33**, wherein the first polynucleotide encodes a first polypeptide comprising a contiguous sequence of amino acids that corresponds to at least 90% of the contiguous amino acid sequence of human Factor VIII amino acid residues 1 to 740, numbered relative to the native, mature human Factor VIII sequence as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190), and the second polynucleotide encodes a second polypeptide comprising a contiguous sequence of amino acids that corresponds to at least 90% of the contiguous amino acid sequence of native human Factor VIII amino acid residues 1649 to 2332, numbered relative to the native, mature human Factor VIII sequence as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

**35.** The method of claim **34**, wherein the first polynucleotide encodes an amino acid sequence comprising amino acids 1 to 740 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second polynucleotide encodes an amino acid sequence comprising amino acids 1649 to 2332 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

**36.** The method of claim **33**, wherein not more than about 5% of the amino acid residues of the first and second amino acid sequences differ from the naturally occurring amino acid sequence of the Factor VIII A and C domains, respectively, as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

**37.** The method of claim **33**, wherein the second amino acid sequence consists of the amino acid sequence of amino acid residues 1649-2322 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

**38.** The method of claim **37**, wherein the first amino acid sequence consists of the amino acid sequence of amino acid residues 1–740 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

**39.** The method of claim **37**, wherein the first amino acid sequence consists of the amino acid sequence of amino acid residues 1–1102 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

**40.** The method of claim **37**, wherein the first amino acid sequence consists of the amino acid sequence of amino acid

US 6,228,620 B1

57

residues 1–1315 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

41. The method of claim 37, wherein the first amino acid sequence consists of the amino acid sequence of amino acid residues 1–1405 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

42. The method of claim 33, wherein said first polynucle-otide fiber comprises a polylinker.

43. The method of claim 33, wherein the nucleic acid is DNA.

44. The method of claim 43, wherein the first polynucle-otide further comprises:

(a) a 5' untranslated DNA sequence that increases the expression of the first polypeptide, wherein said 5' untranslated sequence is positioned 5' to said poly-nucleotide encoding the first polypeptide, wherein said 5' untranslated DNA is selected from the group con-sisting of human Factor VIII 5' untranslated DNA, SV40 t antigen 5' untranslated DNA, and human cytomegalovirus 1E1 protein 5' untranslated DNA; or

(b) a 3' untranslated DNA sequence that enhances the expression of the first polypeptide, wherein said 3' untranslated sequence is positioned 3' to said poly-nucleotide encoding the first polypeptide, wherein said 3' untranslated DNA is selected from the group con-sisting of human Factor VIII 3' untranslated DNA, human tissue plasminogen activator 3' untranslated DNA, and SV40 t-antigen 3' untranslated DNA.

45. The method of claim 43, wherein the second poly-nucleotide further comprises:

(a) a 5' untranslated DNA sequence that increases the expression of said second polypeptide, wherein said 5' untranslated sequence is positioned 5== to said poly-nucleotid encoding the second polypeptide, wherein said 5' untranslated DNA is selected from the group consisting of human Factor VIII 5' untranslated DNA, SV40 t antigen 5' untranslated DNA, and human cytomegalovirus 1E1 protein 5' untranslated DNA; or

(b) a 3' untranslated DNA sequence that enhances the expression of the second polypeptide, wherein said 3' untranslated sequence is positioned 3' to said poly-nucleotide encoding the second polypeptide, wherein said 3' untranslated DNA is selected from the group consisting of human Factor VIII 3' unslated DNA, human tissue plasminogen activator 3' untranslated DNA, and SV40 t-antigen 3' untranslated DNA.

46. The method of claim 33, wherein the eukaryotic host cell is a mammalian cell.

47. The method of claim 33, wherein the first polynucle-otide and second polynucleotide are on separate expression plasmids.

48. The method of claim 42, wherein the first polynucle-otide and the second polynucleotide are on separate expres-sion plasmids.

49. The method of claim 33, wherein said first polynucle-otide further comprises a polylinker and wherein said first polypeptide comprises the first 1315 amino acid residues of native, mature human Factor VIII as encoded by the poly-nucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and a C-terminal extension of 8 amino acid residues encoded by the polylinker.

50. The method of claim 33, wherein said first polynucle-otide further comprises a polylinker and wherein said first polypeptide comprises the first 1405 amino acid residues of native, mature human Factor VIII as encoded by the poly-

58

nucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and a C-terminal extension of 11 amino acid residues encoded by the polylinker.

51. The method of claim 33, wherein said first polynucle-otide further comprises a polylinker and wherein said first polypeptide comprises the first 1102 amino acid residues of native, mature human Factor VIII as encoded by the poly-nucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and a C-terminal extension of 5 amino acid residues encoded by the polylinker.

52. The method of claim 33, wherein said first polynucle-otide further encodes a signal sequence capable of directing secretion.

53. The method of claim 33, wherein said second poly-nucleotide further encodes a signal sequence capable of directing secretion.

54. The method of claim 52, wherein said signal sequence comprise the signal sequence of human α1-anti-trypsin.

55. The method of claim 53, wherein said signal sequence comprise the signal sequence of human α1-anti-trypsin.

56. The method of claim 42, wherein said first polypeptide comprises the first 978 amino acids of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and a C-terminal extension of 4 amino acids encoded by the polylinker.

57. A method of preparing a recombinant eukaryotic host cell comprising, transforming the eukaryotic host cell with the composition of claim 20.

58. The method of claim 9, wherein the encoding nucleic acid is joined to a vector comprising a viral replication system.

59. The composition of claim 21, wherein the first polypeptide comprises Factor VIII amino acid residues 10 to 740 as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

60. The composition of claim 21, wherein the first polypeptide comprises Factor VIII amino acid residues 1 to 675 as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

61. The composition of claim 21, wherein the second expression cassette is joined to a vector comprising a viral replication system.

62. The composition of claim 21 wherein the first and second expression cassettes are joined to a vector compris-ing a viral replication system.

63. The method of claim 34, wherein the first polypeptide comprises Factor VIII amino acid residues 10 to 740 as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

64. The method of claim 34, wherein the first polypeptide comprises Factor VIII amino acid residues 1 to 675 as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

65. The method of claim 34, wherein the first expression cassette is joined to a vector comprising a viral replication system.

66. The method of claim 34, wherein the second expres-sion cassette is joined to a vector comprising a viral repli-cation system.

67. The method of claim 34, wherein the first and second expression cassettes are joined to a vector comprising a viral replication system.

68. A nucleic acid composition for introducing nucleic acid into a eukaryotic host cell to obtain expression of a recombinant protein lacking all or a portion of the B domain of human Factor VIII, wherein said recombinant protein consists of:

US 6,228,620 B1

**59**

a first amino acid sequence which consists of an amino acid sequence having at least 90% sequence identity with the contiguous amino acid sequence of amino acids 1 to 740 of the native, mature A domain of human Factor VIII and optionally up to 10 amino acids of the human Factor VIII B domain sequence contiguous to amino acid 740 as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190); and

a second amino acid sequence which consists of an amino acid sequence having at least 90% sequence identity with the contiguous amino acid sequence of amino acids 1649 to 2332 of the native, mature C domain of human Factor VIII and optionally up to 10 amino acids of the human Factor VIII B domain sequence contiguous to amino acid 1649 as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190);

wherein said nucleic acid encodes said first and second amino acid sequences, and further wherein said recombinant protein is capable of coagulation activity in a coagulation activity assay.

69. The composition of claim 68, wherein the first amino acid sequence consists of an amino acid sequence having at least 90% sequence identity with amino acids 1 to 745 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence consists of an amino acid sequence having at least 90% sequence identity with amino acids 1640 to 2332 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

70. The composition of claim 69, wherein the first amino acid sequence consists of amino acids 1 to 745 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence consists of amino acids 1640 to 2332 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

71. A method of introducing nucleic acid into a eukaryotic host cell to obtain expression of a recombinant protein capable of coagulation activity in a coagulation activity assay, comprising:

(a) providing a nucleic acid composition according to claim 68; and

(b) introducing said nucleic acid composition into said host cell under conditions permitting the insertion of nucleic acid into said cell.

72. A method of introducing nucleic acid into a eukaryotic host cell to obtain expression of a recombinant protein capable of coagulation activity in a coagulation activity assay, comprising:

(a) providing a nucleic acid composition according to claim 68; and

(b) introducing said nucleic acid composition into said host cell under conditions permitting the insertion of nucleic acid into said cell.

73. A method of introducing nucleic acid into a eukaryotic host cell to obtain expression of a recombinant protein capable of coagulation activity in a coagulation activity assay, comprising:

(a) providing a nucleic acid composition according to claim 70, and (b) introducing said nucleic acid composition into said host cell under conditions permitting the insertion of nucleic acid into said cell.

74. A host cell comprising nucleic acid for expression of a recombinant protein lacking all or a portion of the B

**60**

domain of human Factor VIII, wherein said recombinant protein consists of a first amino acid sequence which consists of an amino acid sequence having at least 90% sequence identity with the contiguous amino acid sequence of amino acids 1 to 740 of the native, mature A domain of human Factor VIII and optionally up to 10 amino acids of the human Factor VIII B domain sequence contiguous to amino acid 740 as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190), and a second amino acid sequence which consists of an amino acid sequence having at least 90% sequence identity with the contiguous amino acid sequence of amino acids 1649 to 2332 of the native, mature C domain of human Factor VIII and optionally up to 10 amino acids of the human Factor VIII B domain sequence contiguous to amino acid 1649 as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190), wherein said recombinant protein is capable of coagulation activity in a coagulation activity assay.

75. The host cell of claim 74, wherein the first amino acid sequence consists of an amino acid sequence having at least 90% sequence identity with amino acids 1 to 745 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence consists of an amino acid sequence having at least 90% sequence identity with amino acids 1640 to 2332 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

76. The host cell of claim 75, wherein the first amino acid sequence consists of amino acids 1 to 745 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190) and the second amino acid sequence consists of amino acids 1640 to 2332 of native, mature human Factor VIII as encoded by the polynucleotide present in plasmid pSVF8-200 (ATCC No. 40190).

77. The host cell of claim 74, wherein said host cell is a mammalian host cell.

78. The host cell of claim 75, wherein said host cell is a mammalian host cell.

79. The host cell of claim 76, wherein said host cell is a mammalian host cell.

80. The host cell of claim 77, wherein the mammalian host cell is a Chinese Hamster Ovary (CHO) cell.

81. The host cell of claim 78, wherein the mammalian host cell is a Chinese Haimster Ovary (CHO) cell.

82. The host cell of claim 79, wherein the mammalian host cell is a Chinese Hamster Ovary (CHO) cell.

83. A method of producing a Factor VIII protein preparation capable of coagulation activity in a coagulation activity assay comprising

providing the host cell of claim 74, and

growing the host cell under conditions in which the nucleic acid is expressed.

84. A method of producing a Factor VIII protein preparation capable of coagulation activity in a coagulation activity assay comprising

providing the host cell of claim 75; and

growing the host cell under conditions in which the nucleic acid is expressed.

85. A method of producing a Factor VIII protein preparation capable of coagulation activity in a coagulation activity assay comprising

providing the host cell of claim 76; and

growing the host cell under conditions in which the nucleic acid is expressed.

US 6,228,620 B1

| 61 | 62 |

**86.** A method of producing a Factor VIII protein preparation capable of coagulation activity in a coagulation activity assay, comprising

providing the host cell of claim **77**; and

growing the host cell under conditions in which the nucleic acid is expressed.

**87.** A method of producing a Factor VIII protein preparation capable of coagulation activity in a coagulation activity assay, comprising

providing the host cell of claim **78**; and

growing tie host cell under conditions in which the nucleic acid is expressed.

**88.** A method of producing a Factor VIII protein preparation capable of coagulation activity in a coagulation activity assay, comprising

providing the host cell of claim **79**; and

growing the host cell under conditions in which the nucleic acid is expressed.

**89.** A method of producing a Factor VIII protein preparation capable of coagulation activity in a coagulation activity assay, comprising

providing the host cell of claim **80**; and

growing the host cell under conditions in which the nucleic acid is expressed.

**90.** A method of producing a Factor VIII protein preparation capable of coagulation activity in a coagulation activity assay, comprising

providing the host cell of claim **81**; and

growing the host cell under conditions in which the nucleic acid is expressed.

**91.** A method of producing a Factor VIII protein preparation capable of coagulation activity in a coagulation activity assay, comprising

providing the host cell of claim **82**; and

growing the host cell under conditions in which the nucleic acid is expressed.

\*   \*   \*   \*   \*