IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENETICS INSTITUTE, LLC,<br>a Delaware limited liability company,<br><br>        Plaintiff,<br><br>        v.<br><br>NOVARTIS VACCINES AND<br>DIAGNOSTICS, INC., a Delaware corporation,<br><br>        Defendant. | Civil Action No. _____ |

### PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Genetics Institute, LLC states that it is wholly owned by Wyeth.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Plaintiff*

*Of Counsel:*

Barbara C. McCurdy
Steven P. O'Connor
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Willem G. Schuurman
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
(512) 542-8400

May 16, 2008