✎ AO 120 (Rev. 3/04)

| TO:    Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Delaware _____ on the following    X Patents or    ☐ Trademarks:

| DOCKET NO.<br>08cv290 | DATE FILED<br>5/16/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Genetics Institute LLC | | DEFENDANT<br><br>Novartis Vaccines and Diagnostics Inc. |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,868,112 | 09/19/89 | Genetics Institute Inc. |
| 2 | 4,868,112 | 09/19/89 | John  J. Toole, Jr. |
| 3 | 6,060,447 | 05/09/00 | Chiron Corporation |
| 4 | 6,228,620 B1 | 05/08/01 | Chiron Corporation |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |
|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| <br><br><br><br> |

| CLERK<br>    PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>05/16/08 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**