**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENETICS INSTITUTE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-290 SLR |
| | ) |
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that the time by which Defendant shall answer, move or otherwise respond to Plaintiff's complaint is extended to and including August 12, 2008.

| | |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Richard K. Herrmann |
| Jack B. Blumenfeld (I.D. #1014) | Richard K. Herrmann (I.D. #405) |
| Karen Jacobs Louden (I.D. #2881) | Mary B. Matterer (I.D. #2696) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Amy Arnott Quinlan (I.D. #3021) |
| 1201 North Market Street | MORRIS JAMES LLP |
| Wilmington, DE 19801 | 500 Delaware Avenue, Suite 1500 |
| (302) 658-9200 | Wilmington, DE 19801-1494 |
| jblumenfeld@mnat.com | (302) 888-6800 |
| klouden@mnat.com | rherrmann@morrisjames.com |
| | mmatterer@morrisjames.com |
| *Attorneys for Plaintiff* | aquinlan@morrisjames.com |
| | |
| | *Attorneys for Defendant* |

**SO ORDERED** this ____ day of _____, 2008.

_____
United States District Court Judge