**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENETICS INSTITUTE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 08-290 SLR |
| | ) |
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of George C. Yu, John Kappos and George Riley of the law firm of O'Melveny & Myers LLP to represent Defendant Novartis Vaccines and Diagnostics, Inc. in this matter.

Dated: June 12, 2008

                                                                     */s/ Richard K. Herrmann*
                                                                    Richard K. Herrmann (I.D. #405)
                                                                    Mary B. Matterer (I.D. #2696)
                                                                    Amy Arnott Quinlan (I.D. #3021)
                                                                    MORRIS JAMES LLP
                                                                    500 Delaware Avenue, Suite 1500
                                                                    Wilmington, DE 19801-1494
                                                                    (302) 888-6800
                                                                    rherrmann@morrisjames.com
                                                                    mmatterer@morrisjames.com
                                                                    aquinlan@morrisjames.com

                                                                    *Attorneys for Defendant*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____                                         _____
                                                                        **United States District Court Judge**

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 6, 2008

Signed: _____
George C. Yu, Esq.
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
(415) 984-8700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 6, 2008         Signed: _____
                                   John Kappos, Esq.
                                   O'Melveny & Myers LLP
                                   610 Newport Center Drive, 17th Floor
                                   Newport Beach, CA 92660
                                   (949) 760-9600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 11, 2008          Signed: /s/ George Riley
                             George Riley, Esq
                             O'Melveny & Myers LLP
                             Embarcadero Center West
                             275 Battery Street
                             San Francisco, CA 94111
                             (415) 984-8700