**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENETICS INSTITUTE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOVARTIS VACCINES AND<br>DIAGNOSTICS, INC.,<br><br>　　　　Defendant. | Civil Action No.  1:08-cv-0290-SLR |

**DEFENDANT NOVARTIS VACCINES AND DIAGNOSTICS, INC.'S
MOTION TO DISMISS PLAINTIFF GENETICS INSTITUTE, LLC'S COMPLAINT
FOR LACK OF SUBJECT MATTER JURISDICTION OR,
<u>IN THE ALTERNATIVE, MOTION TO TRANSFER UNDER 28 U.S.C. § 1404</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant Novartis Vaccines and Diagnostics, Inc. ("Novartis") hereby moves to dismiss Plaintiff Genetics Institute, LLC's ("GI's") complaint for lack of subject matter jurisdiction or, in the alternative, moves to transfer this action under 28 U.S.C. § 1404.  A memorandum in support of this motion is being filed concurrently herewith.

| | |
|---|---|
| August 12, 2008 |    */s/ Richard K. Herrmann* |

                                      Richard K. Herrmann (I.D. #405)
                                      Mary B. Matterer (I.D. #2696)
                                      Amy Arnott Quinlan (I.D. #3201)
                                      Morris James LLP
                                      500 Delaware Avenue, Suite 1500
                                      Wilmington, DE  19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com

George A. Riley (pro hac vice)
John C. Kappos (pro hac vice)
George C. Yu (pro hac vice)
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA  94111-3305
(415) 984-8700
griley@OMM.com
jkappos@OMM.com
gyu@OMM.com

*Attorneys for Defendant*
*Novartis Vaccines and Diagnostics, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENETICS INSTITUTE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOVARTIS VACCINES AND<br>DIAGNOSTICS, INC.,<br><br>　　　　Defendant. | Civil Action No. 1:08-cv-0290-SLR |

## [PROPOSED] ORDER TO DISMISS

Before the Court is Defendant Novartis Vaccines and Diagnostics, Inc.'s Motion to Dismiss Plaintiff Genetics Institute, LLC's Complaint for Lack of Subject Matter Jurisdiction or, in the Alternative, Motion to Transfer under 28 U.S.C. § 1404.  Having reviewed the motion and related briefing, the Court finds good cause exists to grant the motion.  Accordingly, it is

**ORDERED** that Defendant Novartis Vaccines and Diagnostics, Inc.'s Motion to Dismiss Plaintiff Genetics Institute, LLC's Complaint for Lack of Subject Matter Jurisdiction is **GRANTED**, and Plaintiff's complaint is hereby dismissed.

Date:_____     _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sue L. Robinson, J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENETICS INSTITUTE, LLC,<br><br>         Plaintiff,<br><br>     v.<br><br>NOVARTIS VACCINES AND<br>DIAGNOSTICS, INC.,<br><br>         Defendant. | Civil Action No.  1:08-cv-0290-SLR |

## [PROPOSED] ORDER TO TRANSFER

Before the Court is Defendant Novartis Vaccines and Diagnostics, Inc.'s Motion to Dismiss Plaintiff Genetics Institute, LLC's Complaint for Lack of Subject Matter Jurisdiction or, in the Alternative, Motion to Transfer under 28 U.S.C. § 1404.  Having reviewed the motion and related briefing, the Court finds good cause exists to grant the motion.  Accordingly, it is

**ORDERED** that Defendant Novartis Vaccines and Diagnostics, Inc.'s Motion to Transfer under 28 U.S.C. § 1404 is **GRANTED**, and this matter is hereby transferred to the United States District Court for the Eastern District of Texas.

Date:_____          _____
                                                                                                          Sue L. Robinson, J.