IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENETICS INSTITUTE, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>NOVARTIS VACCINES AND DIAGNOSTICS, INC., a Delaware corporation,<br><br>  Defendant. | C.A. No.  1:08-cv-0290-SLR |

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF THE COURT AND TO ALL PARTIES IN THIS ACTION:

PLEASE TAKE NOTICE that, effective September 1, 2008, the San Francisco office of O'Melveny & Myers LLP has moved from Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3305 to:

> O'MELVENY & MYERS LLP
> Two Embarcadero Center, 28th Floor
> San Francisco, California 94111
> Telephone:   (415) 984-8700
> Facsimile:    (415) 984-8701

August 12, 2008

  */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Amy Arnott Quinlan (I.D. #3201)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
(302) 888-6800
rherrmann@morrisjames.com

George A. Riley (pro hac vice)
John C. Kappos (pro hac vice)
George C. Yu (pro hac vice)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
(415) 984-8700
griley@OMM.com
jkappos@OMM.com
gyu@OMM.com

*Attorneys for Defendant*
*Novartis Vaccines and Diagnostics, Inc.*

2